**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California
_____ (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Community Provider of Enrichment Services, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Counseling and Consulting Services<br><br>d/b/a CPES Inc. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 6 – 0 3 9 3 9 7 9 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>4825　North Sabino Canyon Road<br>Number　Street<br><br>_____<br><br>Tucson　AZ　85750<br>City　State　ZIP Code<br><br>_____<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number　Street<br><br>_____<br>P.O. Box<br><br>_____<br>City　State　ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number　Street<br><br>_____<br><br>_____<br>City　State　ZIP Code |
| 5. | **Debtor's website** (URL) | www.cpes.com | |

Debtor    Community Provider of Enrichment Services, Inc.    Case number *(if known)*_____
          _____
          Name

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ❑ Partnership (excluding LLP) |
| | | ❑ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

❑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    6  2  3  2

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

❑ Chapter 7

❑ Chapter 9

■ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❑ A plan is being filed with this petition.

❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

Debtor    Community Provider of Enrichment Services, Inc.                    Case number *(if known)*_____
                Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No

☐ Yes.    District _____    When _____    Case number _____
                                                      MM / DD / YYYY

            District _____    When _____    Case number _____
                                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

■ Yes.    Debtor    Novelles Developmental Services, Inc.    Relationship    Affiliate _____

            District _____    When _____
                                                      MM / DD / YYYY

            Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                            Number        Street

                            _____

                            _____    _____  _____
                            City                        State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name    _____

        Phone    _____

---

| Statistical and administrative information |
| --- |

Debtor    Community Provider of Enrichment Services, Inc.    Case number (if known)_____
       _____
       Name

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☑ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** --  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04   24  2020
            _____
            MM  /  DD  /  YYYY

✖   /e/ Mark G. Monson                              Mark G. Monson
  _____    _____
  Signature of authorized representative of debtor    Printed name

       Title   President & Chief Executive Officer
            _____

Debtor   Community Provider of Enrichment Services, Inc.
         Name

Case number (*if known*)_____

---

**18. Signature of attorney**

✘   /s/ Ryan M. Salzman
_____
Signature of attorney for debtor

Date   04    24    2020
       MM  / DD / YYYY

Ryan M. Salzman
_____
Printed name

Faegre Drinker Biddle & Reath LLP
_____
Firm name

1800        Century Park East, Suite 1500
_____
Number        Street

Los Angeles                                    CA        90067
_____    _____    _____
City                                          State      ZIP Code

(310) 203-4049                        Ryan.Salzman@faegredrinker.com
_____          _____
Contact phone                      Email address

299923                             CA
_____          _____
Bar number                         State

---

<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Community Provider of Enrichment Services, Inc. |
| United States Bankruptcy Court for the: | Central ___ District of California ___ (State) |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CAPGROW HOLDINGS JV SUB IV LLC 320 W OHIO ST., STE 650N CHICAGO, IL 60654 | | | | | | $55,104.00 |
| 2 | RON W BROWN C/O HVI, LLC TUCSON, AZ 85728 | | | | | | $29,953.42 |
| 3 | ORSETT FOOTHILLS LLC C/O ORSETT PROPERTIES, LTD. PHOENIX, AZ 85016 | | | | | | $18,825.56 |
| 4 | EASLEY SUNLAND TUJUNGA LLC 808 LAKE BREEZE DR HIGHLAND VILLAGE, TX 75077 | | | | | | $9,462.75 |
| 5 | PLAZA 44 TRUST ACCOUNT C/O CASE, HUFF & ASSOCIATES INC SCOTTSDALE, AZ 85254 | | | | | | $6,879.48 |
| 6 | STAFF OF LIFE LLC 4873 E SPEEDWAY BLVD TUCSON, AZ 85712 | | | | | | $6,475.02 |
| 7 | IDEAL ARIZONA HOLDINGS LLC ATTN J BRUCE FORBES FT LAUDERDALE, FL 33316 | | | | | | $4,772.76 |
| 8 | MAQSOOD & SABINA ENTERPRISES, LLC 6000 E CALLE DE VITA TUCSON, AZ 85750 | | | | | | $4,063.35 |

Debtor     Community Provider of Enrichment Services, Inc._____       Case number (*if known*)_____
<br>_____Name_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | LA ESTANCIA APARTMENTS 6445 S MAPLE AVE. TEMPE, AZ 85283 | | | | | | $3,890.85 |
| 10 | CTC PROPERTY MANAGEMENT, LLC 2197 S 4TH AVE. STE 206 YUMA, AZ 85364 | | | | | | $3,796.00 |
| 11 | JANET CASE PETER SPICER SPOKANE, WA 99203 | | | | | | $3,150.00 |
| 12 | CAPGROW HOLDINGS JV SUB III LLC 320 W OHIO ST., STE 650N CHICAGO, IL 60654 | | | | | | $2,726.89 |
| 13 | HSL ASSET MANAGEMENT, LLC 201 S KOLB RD TUCSON, AZ 85710 | (866) 520-1245 Ext. 0000 | | | | | $2,527.48 |
| 14 | MICHAEL WINSHIP 572 MASON RD VISTA, CA 92084 | | | | | | $1,800.00 |
| 15 | K LAZY V HOLDINGS, LLC PO BOX 2641 OVERGAARD, AZ 85933-2641 | | | | | | $1,654.75 |
| 16 | WYATT SIEGAL 8511 E EDGEMONT AVE. SCOTTSDALE, AZ 85257 | (602) 549-5535 Ext. 0000 | | | | | $1,527.00 |
| 17 | BILL LINDERMAN 18021 N 50TH PLACE SCOTTSDALE, AZ 85254 | (602) 717-2610 Ext. 0000 | | | | | $1,350.00 |
| 18 | WEST USA REALTY ATTN: BOB MORRIS SCOTTSDALE, AZ 85254 | (480) 948-5554 Ext. 0000 | | | | | $1,319.50 |
| 19 | AURORA SKY REALTY LLC 1843 PASEO SAN LUIS, STE A SIERRA VISTA, AZ 85635 | (520) 685-8210 Ext. 0000 | | | | | $1,300.38 |
| 20 | TOWNS, J E 780 CAYO GRANDE COURT NEWBURY PARK, CA 91320 | | | | | | $1,300.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP<br>Ryan M. Salzman (CA Bar #299923)<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>Telephone: (310) 203-4049<br>Facsimile: (310) 229-1285<br>ryan.salzman@faegredrinker.com | |
| ☒ *Attorney for:* Debtors and Debtors in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>Community Provider of Enrichment Services, Inc.<br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br><br><br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Ryan M. Salzman _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☒ I am the attorney for the Debtor corporation

2.a.  ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

CPES Employee Stock Ownership Plan and Trust

[For additional names, attach an addendum to this form.]

b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  04/24/2020

By:  /s/ Ryan M. Salzman

Signature of Debtor, or attorney for Debtor

Name:  Ryan M. Salzman

Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**Fill in this information to identify the case and this filing:**

Debtor Name   Community Provider of Enrichment Services, Inc.

United States Bankruptcy Court for the:  Central            District of  California
                                                                                   (State)

Case number (*If known*):  _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑  *Schedule H: Codebtors* (Official Form 206H)

❑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑  Amended *Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration  Statement of Corporate Ownership

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/24/2020          ✖   /e/ Mark G. Monson
              MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                        Mark G. Monson
                                        Printed name

                                        Chief Executive Officer
                                        Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP<br>Ryan M. Salzman (CA Bar #299923)<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>Telephone: (310) 203-4049<br>Facsimile: (310) 229-1285<br>Ryan.salzman@faegredrinker.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>Community Provider of Enrichment Services, Inc. d/b/a CPES Inc., et al.<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.


Date: _____        _____
                                  Signature of Debtor 1


Date: _____        _____
                                  Signature of Debtor 2 (joint debtor) (if applicable)
                                   /s/ Ryan M. Salzman
Date: ___04/24/2020_____    _____
                                  Signature of Attorney for Debtor (if applicable)

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                              **F 1007-1.MAILING.LIST.VERIFICATION**

## CERTIFICATE OF
## RESOLUTIONS OF THE BOARD OF DIRECTORS OF COMMUNITY PROVIDER
## OF ENRICHMENT SERVICES, INC.,
### an Arizona corporation

I, Mark G. Monson, the undersigned Chief Executive Officer of Community Provider of Enrichment Services, Inc., an Arizona corporation (the "Corporation") hereby certify that, on April __3__, 2020, the following resolutions were duly adopted and authorized in accordance with the requirements of applicable law by the Board of Directors (the "Board of Directors") of the Corporation, and recorded in the minute book of the Corporation, and that they have not been amended, modified or rescinded, or modified or rescinded and, accordingly, are in full force and effect.

### Chapter 11 Filing

**WHEREAS,** the Board of Directors considered presentations by the management and the legal advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it and the effect of the foregoing on the Corporations business; and

**WHEREAS,** the Board of Directors has had the opportunity to consult with the management and the legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation.

**NOW, THEREFORE, IT IS**

**RESOLVED,** that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest that the Corporation shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition, and the voluntary petitions to be filed by the Corporation's affiliates, collectively, (the "Chapter 11 Cases") under the provision of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court"); and it is further

**RESOLVED,** that any officer of the Corporation (the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Corporation all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business, and it is further

**RESOLVED,** that the Authorized Officers, acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to certify the authenticity of these resolutions.

ACTIVE.122298362.01

## Retention of Professionals

**IT IS FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of FAEGRE DRINKER BIDDLE & REATH LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of FAEGRE DRINKER BIDDLE & REATH LLP; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ a firm to act as notice, claims, and balloting agent and as administrative advisor to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainer, and to cause to be filed appropriate applications for authority to retain the services of [such firm; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ and other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED** that each of the Authorized Officers be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Corporation's chapter 11 case, with a view to the successful prosecution of such case.

## General Authorizations

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case in such officer's or officers' judgment, shall be necessary, advisable or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

ACTIVE.122298362.01

**RESOLVED**, that all members of the Board of Directors of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Corporation, or hereby waive any right to have received such notice; and it is further

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolution, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act transaction, or agreement or certificate has been specifically authorized in advance by resolution of the Board of Directors; and it is further

**RESOLVED**, that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Corporation with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member or managing member of each direct subsidiary of the Corporation, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgement as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein; and it is further

**RESOLVED**, that the CEO of the Corporation is hereby authorized, empowered and directed to certify that the foregoing resolution of the Board of Directors of the Corporation were duly consented to and adopted as of the date hereof.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Resolutions of the Board of Directors of Community Provider of Enrichment Services, Inc. as of the 3rd day of April 2020.

_____
Mark G. Monson, CEO

## CERTIFICATE OF
## RESOLUTIONS OF THE BOARD OF DIRECTORS OF COMMUNITY PROVIDER
## OF ENRICHMENT SERVICES, INC.,
### an Arizona corporation

I, Mark G. Monson, the undersigned Chief Executive Officer of Community Provider of Enrichment Services, Inc., an Arizona corporation (the "Corporation") hereby certify that, on April __3__, 2020, the following resolutions were duly adopted and authorized in accordance with the requirements of applicable law by the Board of Directors (the "Board of Directors") of the Corporation, and recorded in the minute book of the Corporation, and that they have not been amended, modified or rescinded, or modified or rescinded and, accordingly, are in full force and effect.

### Chapter 11 Filing

**WHEREAS,** the Board of Directors considered presentations by the management and the legal advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it and the effect of the foregoing on the Corporations business; and

**WHEREAS,** the Board of Directors has had the opportunity to consult with the management and the legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation.

**NOW, THEREFORE, IT IS**

**RESOLVED,** that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest that the Corporation shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition, and the voluntary petitions to be filed by the Corporation's affiliates, collectively, (the "Chapter 11 Cases") under the provision of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court"); and it is further

**RESOLVED,** that any officer of the Corporation (the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Corporation all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business, and it is further

**RESOLVED,** that the Authorized Officers, acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to certify the authenticity of these resolutions.

ACTIVE.122298362.01

## Retention of Professionals

**IT IS FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of FAEGRE DRINKER BIDDLE & REATH LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of FAEGRE DRINKER BIDDLE & REATH LLP; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ a firm to act as notice, claims, and balloting agent and as administrative advisor to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainer, and to cause to be filed appropriate applications for authority to retain the services of [such firm; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ and other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED** that each of the Authorized Officers be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Corporation's chapter 11 case, with a view to the successful prosecution of such case.

## General Authorizations

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case in such officer's or officers' judgment, shall be necessary, advisable or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

ACTIVE.122298362.01

**RESOLVED**, that all members of the Board of Directors of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Corporation, or hereby waive any right to have received such notice; and it is further

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolution, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act transaction, or agreement or certificate has been specifically authorized in advance by resolution of the Board of Directors; and it is further

**RESOLVED**, that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Corporation with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member or managing member of each direct subsidiary of the Corporation, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgement as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein; and it is further

**RESOLVED**, that the CEO of the Corporation is hereby authorized, empowered and directed to certify that the foregoing resolution of the Board of Directors of the Corporation were duly consented to and adopted as of the date hereof.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Resolutions of the Board of Directors of Community Provider of Enrichment Services, Inc. as of the 3rd day of April 2020.

_____
Mark G. Monson, CEO