1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FAEGRE DRINKER BIDDLE & REATH LLP**
JEREMY M. PELPHREY (CA Bar # 249862)
Jeremy.Pelphrey@faegredrinker.com
RYAN M. SALZMAN (CA Bar #299923)
Ryan.Salzman@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
*Proposed Counsel for the Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Community Provider of Enrichment Services, Inc. d/b/a CPES Inc., *et al.*,<br><br>        Debtors. | Case No. 9:20-bk-10554-DS<br><br>Chapter 11 Cases<br>(Joint Administration Requested)<br><br>**EMERGENCY MOTION OF DEBTORS FOR THE ENTRY OF AN ORDER: EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS PURSUANT TO 11 U.S.C. §§ 105(a) AND 521(a), FED. R. BANKR. P. 1007(c), AND LOCAL RULE 1007-1(b)**<br><br>No Hearing Required Per LBR 1007-1(b) and 9013-1(p)<br><br>Declaration of Mark G. Monson in Support of Emergency First Day Motions filed concurrently herewith. |
| [•] Affects All Debtors<br><br>[ ] Community Provider of Enrichment Services, Inc. d/b/a CPES Inc.<br>[ ] Novelles Developmental Services, Inc.<br><br><br>Debtors and Debtors in Possession | |

## EMERGENCY MOTION

Community Provider of Enrichment Services, Inc. d/b/a CPES Inc. ("CPES AZ"), and Novelles Developmental Services, Inc. ("Novelles"), as debtors and debtors in possession (collectively, "CPES" or the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby submit this Motion (the "Motion"), pursuant to sections 521(a) and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1(b) of the Local Rules of the United States Bankruptcy Court for the Central District of California (the "Local Rules") for entry of an order extending the initial fourteen (14) day period to file their schedules of assets and liabilities and statements of financial affairs (collectively, the "Schedules and Statements") by thirty (30) days, to allow the Debtors a total of forty-four (44) days after the Petition Date (as defined below) to file their Schedules and Statements (the "Schedules and Statements Deadline"), without prejudice to the Debtors' right to request additional time if necessary.

## SUMMARY OF REQUESTED RELIEF

The Debtors respectfully submit that there is sufficient cause for the Court to extend the deadline by which the Debtors must file their Schedules and Statements from May 8, 2020 to June 7, 2020.

## ADDITIONAL INFORMATION

The Motion is based on the Notice of Emergency Motions that will be filed and served after a hearing date for the Debtors' "First Day Motions" has been obtained, the attached Memorandum of Points and Authorities, the First Day Declaration, and the arguments of counsel and other admissible evidence properly brought before the Court at or before the hearing regarding the Motion.  In addition, the Debtors request that the Court take judicial notice of all documents filed with the Court in this case.

Counsel to the Debtors will provide notice of this Motion, the attached Memorandum of Points and Authorities, the First Day Declaration and the Notice of First Day Motions on:  (i) the Office of the United States Trustee; (ii) the twenty largest general unsecured creditors of each Debtor appearing on the list filed in accordance with Rule 1007(d) of the Bankruptcy Rules; (iii)

the United States of America, and the State of California; and (iv) parties that file with the Court and serve upon the Debtors requests for notice of all matters in accordance with Bankruptcy Rule 2002(i).  To the extent necessary, the Debtors request that the Court waive compliance with LBR 9075-1(a)(6) and approve service (in addition to the means of services set forth in such LBR) by overnight delivery.   Among other things, the Notice of Emergency Motions will provide that any opposition or objection to the Motion may be presented at any time before or at the hearing regarding the Motion, but that failure to timely object may be deemed by the Court to constitute consent to the relief requested herein.

In the event that the Court grants the relief requested by the Motion, the Debtors shall provide notice of the entry of the order granting such relief upon each of the foregoing parties and any other parties in interest as the Court directs.  The Debtors submit that such notice is sufficient and that no other or further notice be given.

*[Remainder of page intentionally left blank.]*

1    **WHEREFORE**, for all the foregoing reasons and such additional reasons as may be

2    advanced at or prior to the hearing regarding this Motion, the Debtors respectfully request that the

3    Court enter an order extending the initial fourteen (14) day period to file their schedules of assets

4    and liabilities and statements of financial affairs (collectively, the "Schedules and Statements") by

5    thirty (30) days, to allow the Debtors a total of forty-four (44) days after the Petition Date (as

6    defined below) to file their Schedules and Statements (the "Schedules and Statements Deadline"),

7    without prejudice to the Debtors' right to request additional time if necessary..

8    Dated: April 27, 2020                          **FAEGRE DRINKER BIDDLE & REATH LLP**

9                                                     By: */s/ Ryan M. Salzman*
                                                      Ryan M. Salzman (CA Bar #299923)
10                                                    Ryan.Salzman@faegredrinker.com
                                                      Jeremy M. Pelphrey (CA Bar #249862)
11                                                    Jeremy.Pelphrey@faegredrinker.com
                                                      1800 Century Park East, Suite 1500
12                                                    Los Angeles, CA 90067
                                                      Telephone: (310) 203-4000
13                                                    Facsimile: (310) 229-1285

14                                                    Vince Slusher (TX Bar # 00785480)
                                                      1717 Main Street, Suite 5400
15                                                    Dallas, Texas 75201
                                                      Telephone: (469) 357-2500
16                                                    Facsimile: (469) 327-0860
                                                      Vince.Slusher@faegredrinker.com
17                                                    *Pro Hac Vice Pending*

18                                                    *Proposed Counsel for the Debtors and Debtors
                                                      in Possession*

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM AND POINTS OF LAW

### I.    JURISDICTION

The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### II.    BACKGROUND

On the April 24, 2020 (the "Petition Date"), the Debtors commenced with the Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or statutory committee has been appointed in either of the Chapter 11 Cases.

Additional information regarding the circumstances leading to the commencement of the Chapter 11 Cases and information regarding the Debtors' businesses and capital structure is set forth in the *Declaration of Mark G. Monson in Support of Emergency First Day Motions*, filed contemporaneously herewith in support of the Debtors' chapter 11 petitions and related first day relief (the "First Day Declaration").

### III.    CAUSE EXISTS TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS

Section 521 of the Bankruptcy Code requires a debtor to file its schedules of assets and liabilities and statements of financial affairs unless the Court orders otherwise. 11 U.S.C. § 521(a)(1)(A)–(B).  These schedules and statements must be filed within fourteen (14) days after the petition date unless the Bankruptcy Court grants an extension of time "on motion for cause shown." Fed. R. Bankr. P. 1007(c).  Rule 1007-1(b) of the Local Rules of the United States Bankruptcy Court for the Central District of California (the "Local Rules") states:

(1)    A motion for an extension of time to file the lists of creditors and equity security holders, or to file the schedules, statements, and other documents, must: (A) identify the date the petition was filed, and the date of the proposed new deadline; (B) be supported by a declaration under penalty of perjury establishing a sufficient explanation for the requested extension of time; and (C) contain a proof of service upon the case trustee (if any) and all creditors.

(2)    The motion may be ruled upon without a hearing pursuant to LBR 9013-1(p)

1    Additionally, section 105(a) of the Bankruptcy Code, which codifies the equitable powers

2    of the Bankruptcy Court, authorizes the Court to "issue any order, process, or judgment that is

3    necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). In light of

4    the facts and circumstances surrounding these Chapter 11 Cases, this Court has the authority,

5    consistent with sections 521(a) and 105(a) of the Bankruptcy Code, to grant the requested relief.

6    The First Day Declaration filed contemporaneously herewith in support of the Debtors'

7    chapter 11 petitions and related first day relief provides adequate support for the 30-day extension

8    of time to file the Schedules and Statements of Financial Affairs and Documents.

9    The Debtors require more time to fully analyze their assets and liabilities with the assistance

10    and advice of counsel in order to prepare full and accurate Schedules, Statements and other

11    Documents. As discussed, the Debtors operate a robust mental health care system offering a full

12    range of community-based behavioral health services, substance abuse treatment, foster care, and

13    intellectual and developmental disability supports throughout California and Arizona. During this

14    same time period, the Debtors must also prepare the 7-Day Package for submission to the Office

15    of the United States Trustee, which will require significant time and attention. The Debtors are also

16    preparing other emergency motions, employment applications and applications for compensation,

17    and will be responding to inquiries regarding these bankruptcy cases. All the while, the Debtors

18    must provide patient care and operate their facilities.

19    The Court's grant of a time extension to file the Schedules and Statements as requested in

20    this Motion is appropriate in light of these circumstances. While the Debtors, with the assistance

21    of their professional advisors, have mobilized their employees to work diligently and expeditiously

22    to prepare the Schedules and Statements, the 14-day deadline simply is not achievable under the

23    circumstances of these Chapter 11 Cases. Given the volume of work entailed in completing the

24    Schedules and Statements, as well as the competing demands on the Debtors' employees and

25    professionals to stabilize the Debtors' business operations and address the many other issues that

26    arise during the critical initial postpetition period, the Debtors, as a practical matter, are unable to

27    properly and accurately complete the Schedules and Statements within the initial statutory period.

28    Furthermore, if the Debtors are forced to file their Schedules and Statements by the current

1  deadline, then the Debtors and their professionals will most likely have to later expend substantial

2  time and resources to prepare amendments at the expense of the estate.  Additionally, the Debtors

3  respectfully submit that none of their creditors will be prejudiced by the extension of time requested

4  herein.

5  Accordingly, ample cause exists to extend the time for filing the Schedules and Statements

6  as requested in the Motion.

7  **IV.    CONCLUSION**

8  Based on the information set forth hereinabove, the Debtors respectfully submit that there

9  is sufficient cause for the Court to extend the deadline by which the Debtors must file their

10  Schedules and Statements from May 8, 2020 to June 7, 2020.

11  **V.    NOTICE**

12  Counsel to the Debtors will serve this Motion, the attached Memorandum of Points and

13  Authorities, the First Day Declaration and the Notice of Emergency Motions on: (i) the Office of

14  the United States Trustee; (ii) the twenty (20) largest general unsecured creditors for each Debtor;

15  (iii) the United States of America, the State of California, and the State of Arizona; and (iv) parties

16  that file with the Court and serve upon the Debtors requests for notice of all matters in accordance

17  with Bankruptcy Rule 2002(i). The Debtors submit that, in view of the facts and circumstances,

18  such notice is sufficient and no further notice is required.

19

20

21

22

23

24

25

26

27

28

1    WHEREFORE, the Debtors respectfully request entry of an order granting the relief

2  requested herein and such other and further relief as the Court may deem just and appropriate.

3  Dated: April 27, 2020                    **FAEGRE DRINKER BIDDLE & REATH LLP**

4                                            By: */s/ Ryan M. Salzman*
                                            Ryan M. Salzman (CA Bar #299923)
5                                            Ryan.Salzman@faegredrinker.com
                                            Jeremy M. Pelphrey (CA Bar #249862)
6                                            Jeremy.Pelphrey@faegredrinker.com
                                            1800 Century Park East, Suite 1500
7                                            Los Angeles, CA 90067
                                            Telephone: ((310) 203-4000
8                                            Facsimile: (310) 229-1285

9                                            Vince Slusher (TX Bar # 00785480)
                                            1717 Main Street, Suite 5400
10                                           Dallas, Texas 75201
                                            Telephone: (469) 357-2500
11                                           Facsimile: (469) 327-0860
                                            Vince.Slusher@faegredrinker.com
12                                           *Pro Hac Vice Pending*

13                                           *Proposed Counsel for the Debtors and Debtors
                                            in Possession*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
FAEGRE DRINKER BIDDLE & REATH LLP, 90 South 7th St, Ste 2200, Minneapolis, MN  55402

A true and correct copy of the foregoing document entitled (*specify*): **EMERGENCY MOTION OF DEBTORS FOR THE ENTRY OF AN ORDER: EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS PURSUANT TO 11 U.S.C. §§ 105(a) AND 521(a), FED. R. BANKR. P. 1007(c), AND LOCAL RULE 1007-1(b)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/27/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Steve Ordaz, BMC Group, Inc., email: sordaz@bmcgroup.com; tfeil@bmcgroup.com
Brian D. Fittipaldi, Office of the US Trustee, email: brian.fittipaldi@usdoj.gov
United States Trustee, email: ustregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __4/27/2020_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Deborah J. Saltzman
U.S. Bankruptcy Court
255 E. Temple St, Ste 1634
Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 4/27/2020 | Susan Carlson | /e/ Susan Carlson |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.