FAEGRE DRINKER BIDDLE & REATH LLP
JEREMY M. PELPHREY (CA Bar # 249862)
Jeremy.Pelphrey@faegredrinker.com
RYAN M. SALZMAN (CA Bar #299923)
Ryan.Salzman@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
*Counsel for the Debtors and Debtors in Possession*



**FILED & ENTERED**

**AUG 21 2020**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** rust **DEPUTY CLERK**

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Community Provider of Enrichment Services, Inc. d/b/a CPES Inc., et al.,<br>EIN: 86-0804057<br><br>Novelles Developmental Services, Inc.<br>EIN: 27-5174435<br><br>CPES California, Inc.<br>EIN: 27-2315212<br><br>   Debtors. | Lead Case No. 9:20-bk-10554-DS<br><br>Jointly Administered With:<br>Case No. 9:20-bk-10553-DS<br>Case No. 9:20-bk-10994-DS<br><br>Chapter 11<br><br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO ASSUME OR REJECT REAL PROPERTY LEASES** |
| [ ] Affects All Debtors<br><br>[x] Community Provider of Enrichment Services, Inc. d/b/a CPES Inc.<br>[x] Novelles Developmental Services, Inc.<br>[ ] CPES California, Inc.<br><br>Debtors and Debtors in Possession. | |

On July 31, 2020, Community Provider of Enrichment Services, Inc. and Novelles Developmental Services, Inc. (together, the "Original Debtors") filed the "Motion to Extend Time to Assume or Reject Real Property Leases" (the "Motion," Docket No. 233).

The court has reviewed and considered the Motion, all the documents filed in support of the Motion, and the record in these cases. Notice of the Motion appears proper, and no opposition to the

Motion has been filed. Cause has been shown for the relief requested. For these reasons and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted, and the deadline under 11 U.S.C. § 365(d)(4) for the Original Debtors to assume or reject their unexpired real property leases is extended from August 22, 2020 to November 20, 2020.

### 

Date: August 21, 2020

Deborah J. Saltzman
United States Bankruptcy Judge