**FAEGRE DRINKER BIDDLE & REATH LLP**
JEREMY M. PELPHREY (CA Bar # 249862)
jeremy.pelphrey@faegredrinker.com
RYAN M. SALZMAN (CA Bar #299923)
Ryan.Salzman@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California  90067
Telephone:     +1 310 203 4000
Facsimile:      +1 310 229 1285
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| | |
|---|---|
| In re: | Lead Case No. 9:20-bk-10554-DS |
| Community Provider of Enrichment Services, Inc. d/b/a CPES Inc., *et al.*, EIN: 86-0804057 | Jointly Administered With: |
| | Case No. 9:20-bk-10553-DS |
| Novelles Developmental Services, Inc. EIN: 27-5174435 | Case No. 9:20-bk-10994-DS |
| CPES California, Inc. EIN: 27-2315212 | Chapter 11 Cases |
| Debtors. | **NOTICE OF ENTERED BIDDING PROCEDURES ORDER, AUCTION DATE, AND SALE HEARING** |
| [ ] Affects All Debtors [•] Community Provider of Enrichment Services, Inc. d/b/a CPES Inc. [ ] Novelles Developmental Services, Inc. [ ] CPES California, Inc. Debtors and Debtors in Possession | |

**PLEASE TAKE NOTICE** that on [•], Community Provider of Enrichment Services, Inc. d/b/a CPES Inc. ("CPES AZ" or the "Debtor") as Debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), filed the *Debtor's Notice of Motion and Motion for Entry of (I) an Order (A) Authorizing and Approving the Debtor's Entry into the Stalking Horse Asset Purchase Agreement, (B) Authorizing and Approving Bidding Procedures and Break-Up Fee, (C) Approving Notice Procedures, and (D) Scheduling a Sale Hearing, and (E) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and*

*Unexpired Leases and Determining Cure Amounts; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [Dkt. No. •] (the "Motion").[1]

**PLEASE TAKE FURTHER NOTICE** that, on [•], the Court entered an Order (Dkt. No. [•], the "Bidding Procedures Order") approving, among other things, the Bidding Procedures requested in the Motion, which Bidding Procedures Order governs (i) the bidding process for the sale of certain assets (the "Purchased Assets") of the Debtors and (ii) procedures for the assumption and assignment of certain of the Debtor's executory contracts and unexpired leases.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Bidding Procedures, an auction (the "Auction") will be conducted on **[•], at [•] (prevailing Pacific Time)**, at the offices of Faegre Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1500, Los Angeles, CA 90067, or at such other location as shall be identified in a notice filed with the Bankruptcy Court at least 24 hours before the Auction.

**PLEASE TAKE FURTHER NOTICE** that an evidentiary hearing (the "Sale Hearing") to approve the Sale and authorize the assumption and assignment of the Assumed Contracts will be held on **[•], at [•] (prevailing Pacific Time)**, before the United States Bankruptcy Court for the Central District of California, 1415 State Street, Santa Barbara, California, 93101, Courtroom 201. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing. Objections to the Sale shall be filed with the Bankruptcy Court and served so as to be received no later than **[•] (prevailing Pacific Time) on [•]** by (i) counsel to the Debtors: Faegre Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1500, Los Angeles, CA 90067 (Attn: Vince Slusher (Vince.Slusher@faegredrinker.com)); (ii) the Debtor's proposed Investment Banker: CohnReznick Capital, 500 East Pratt Street, Ste. 400, Baltimore, MD 21202 (Attn: Jeff

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Manning (Jeff.Manning@cohnreznickcapital.com)); (iii) counsel to the Stalking Horse Bidder: Engelman Berger, P.C., 2800 North Central Avenue, Suite 1200, Phoenix, AZ 5004 (Attn: Patrick Clisham (pac@eblawyers.com)) and Steadfast Law, PLLC, Las Sendas Business Center, 2929 N. Power Rd., Suite 101, Mesa, AZ 85215 (Attn: Eric Walberg (eric@steadfastlawyers.com)); and (iv) the Office of the United States Trustee (the "U.S. Trustee"): 1415 State Street, Ste. 148, Santa Barbara, CA 93101 (Attn: Brian Fittipaldi (Brian.Fittipaldi@usdoj.gov)) (collectively, the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that this Notice of the Auction and Sale Hearing is subject to the full terms and conditions of the Motion, Bidding Procedures Order and Bidding Procedures, which Bidding Procedures Order shall control in the event of any conflict, and the Debtor encourages parties in interest to review such documents in their entirety. Copies of the Motion, Bidding Procedures Order, and Bidding Procedures are available free of charge on the Debtor's case website: www.bmc.com/cpes.

Dated: [•]

**FAEGRE DRINKER BIDDLE & REATH LLP**

Ryan M. Salzman (CA Bar #299923)
Ryan.Salzman@faegredrinker.com
Jeremy M. Pelphrey (CA Bar #249862)
Jeremy.Pelphrey@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Vince Slusher (TX Bar # 00785480)
1717 Main Street, Suite 5400
Dallas, Texas 75201
Telephone: (469) 357-2500
Facsimile: (469) 327-0860
Vince.Slusher@faegredrinker.com
*Admitted Pro Hac Vice*

*Counsel for the Debtors and Debtors in Possession*