**FAEGRE DRINKER BIDDLE & REATH LLP**
JEREMY M. PELPHREY (CA Bar # 249862)
jeremy.pelphrey@faegredrinker.com
RYAN M. SALZMAN (CA Bar #299923)
Ryan.Salzman@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:     +1 310 203 4000
Facsimile:     +1 310 229 1285
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| | |
|---|---|
| In re: | Lead Case No. 9:20-bk-10554-DS |
| Community Provider of Enrichment Services, Inc. d/b/a CPES Inc., *et al.*, EIN: 86-0804057 | Jointly Administered With: |
| | Case No. 9:20-bk-10553-DS |
| Novelles Developmental Services, Inc. EIN: 27-5174435 | Case No. 9:20-bk-10994-DS |
| CPES California, Inc. EIN: 27-2315212 | Chapter 11 Cases |
| Debtors. | **NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT AND CURE AMOUNTS WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES** |
| [ ] Affects All Debtors | |
| [•] Community Provider of Enrichment Services, Inc. d/b/a CPES Inc. [ ] Novelles Developmental Services, Inc. [ ] CPES California, Inc. | |
| Debtors and Debtors in Possession | |

**PLEASE TAKE NOTICE** that on [•], Community Provider of Enrichment Services, Inc. d/b/a CPES Inc. ("CPES AZ" or the "Debtor") as Debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), filed the *Debtor's Notice of Motion and Motion for Entry of (I) an Order (A) Authorizing and Approving the Debtor's Entry into the Stalking Horse Asset Purchase Agreement, (B) Authorizing and Approving Bidding Procedures and Break-Up Fee, (C) Approving Notice Procedures, and (D) Scheduling a Sale Hearing, and (E) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and*

*Unexpired Leases and Determining Cure Amounts; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [Dkt. No. •] (the "Motion").[1]

**PLEASE TAKE FURTHER NOTICE** that, on [•], the Court entered an Order (Dkt. No. [•], the "Bidding Procedures Order") approving, among other things, the Bidding Procedures requested in the Motion, which Bidding Procedures Order governs (i) the bidding process for the sale of certain assets (the "Purchased Assets") of the Debtors and (ii) procedures for the assumption and assignment of certain of the Debtor's executory contracts and unexpired leases.

**PLEASE TAKE FURTHER NOTICE** that the Motion also seeks Court approval of the sale (the "Sale") of the Purchased to the Winning Bidder(s), free and clear of all liens, claims, encumbrances, and interests pursuant to section 363 of the Bankruptcy Code, including the assumption by the California Debtors and assignment to the Winning Bidder(s) of certain executory contracts and unexpired leases pursuant to section 365 of the Bankruptcy Code (the "Assumed Contracts"), with such liens, claims, encumbrances, and interests to attach to the proceeds of the Sale with the same priority, validity and enforceability as they had prior to such Sale. Within forty-eight (48) hours following the conclusion of the Auction, the Debtor shall file a notice identifying the Winning Bidder(s) with the Bankruptcy Court. Any counterparty to an Assumed Executory Contract that wishes to receive such notice by email or fax must provide their email address or fax number to Faegre Drinker Biddle & Reath LLP, Attn: Kaitlin MacKenzie, by emailing kaitlin.mackenzie@faegredrinker.com before the Auction.

**PLEASE TAKE FURTHER NOTICE** that an evidentiary hearing (the "Sale Hearing") to approve the Sale and authorize the assumption and assignment of the Assumed Contracts will be held on **[•], at [•] (prevailing Pacific Time)**, before the United States Bankruptcy Court for the Central District of California, 1415 State Street, Santa Barbara, California, 93101, Courtroom 201.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, consistent with the Bidding Procedures Order, the Debtor may seek to assume an executory contract or unexpired lease to which you may be a party. The Assumed Executory Contract(s) are described on Exhibit A attached to this Notice. The amount shown on Exhibit A hereto as the "Cure Amount" is the amount, if any, which the Debtor asserts is owed to cure any defaults existing under the Assumed Executory Contract.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Cure Amount shown for the Assumed Executory Contract(s) on Exhibit A to which you are a party, you must file a written objection with the United States Bankruptcy Court for the Central District of California, 1415 State Street, Santa Barbara, California 93101, on or before **[•] at [•] (prevailing Pacific Time)**. Any objection must set forth the specific default or defaults alleged and set forth any cure amount as alleged by you. If a contract or lease is assumed and assigned pursuant to a Court order approving same, then unless you properly file and serve an objection to the Cure Amount contained in this Notice, you will receive at the time of the closing of the sale (or as soon as reasonably practicable thereafter), the Cure Amount set forth herein, if any. Any counterparty to an Assumed Executory Contract that fails to timely file and serve an objection to the Cure Amounts shall be forever barred from asserting that a Cure Amount is owed in an amount in excess of the amount, if any, set forth in the attached Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that if you have any other objection to the Debtor's assumption and assignment of the Assumed Executory Contract (including an objection based on adequate assurance of future performance by the Stalking Horse Bidder, CTB AZ, LLC, under the Assumed Executory Contract) to which you may be a party, you also must file that objection in writing no later than [•] (prevailing Pacific Time) on [•], provided, however, that if any Winning Bidder is not the Stalking Horse Bidder, any counterparty to an Assumed Executory Contract may raise an objection to the assumption and assignment of the Assumed Executory

Contract solely with respect to such Winning Bidder's ability to provide adequate assurance of future performance under the Assumed Executory Contract at the Sale Hearing, or any time before the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that any objection you may file must be served so as to be received by the following parties by the applicable objection deadline date and time: (i) counsel to the Debtors: Faegre Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1500, Los Angeles, CA 90067 (Attn: Vince Slusher (Vince.Slusher@faegredrinker.com)); (ii) the Debtor's proposed Investment Banker: CohnReznick Capital, 500 East Pratt Street, Ste. 400, Baltimore, MD 21202 (Attn: Jeff Manning (Jeff.Manning@cohnreznickcapital.com)); (iii) counsel to the Stalking Horse Bidder: Engelman Berger, P.C., 2800 North Central Avenue, Suite 1200, Phoenix, AZ 5004 (Attn: Patrick Clisham (pac@eblawyers.com)) and Steadfast Law, PLLC, Las Sendas Business Center, 2929 N. Power Rd., Suite 101, Mesa, AZ 85215 (Attn: Eric Walberg (eric@steadfastlawyers.com)) and (iv) the Office of the United States Trustee (the "U.S. Trustee"): 1415 State Street, Ste. 148, Santa Barbara, CA 93101 (Attn: Brian Fittipaldi (Brian.Fittipaldi@usdoj.gov)) (collectively, the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that the Winning Bidder(s) shall be responsible for satisfying any requirements regarding adequate assurance of future performance that may be imposed under sections 365(b) and (f) of the Bankruptcy Code in connection with the proposed assignment of any Assumed Executory Contract. The Court shall make its determinations concerning adequate assurance of future performance under the Assumed Contracts pursuant to sections 365(b) and (f) of the Bankruptcy Code at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, in the event that the Debtor and the counterparty cannot resolve the Cure Amount, the Debtor shall segregate from the proceeds of sale any disputed Cure Amounts ("Disputed Cure Amounts") pending the resolution of any such disputes by the Court or mutual agreement of the parties. Assumption Objections may be resolved by the Court at the Sale Hearing, or at a separate hearing either before or after the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, except to the extent otherwise provided in

the Purchase Agreement with the Winning Bidder(s), pursuant to section 365(k) of the Bankruptcy Code, the Debtor and its estate shall be relieved of all liability accruing or arising after the effective date of assumption and assignment of the Assumed Contracts.

**PLEASE TAKE FURTHER NOTICE** that nothing contained herein shall obligate the Debtor to assume any Assumed Contracts or to pay any Cure Amount.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITH NO FURTHER NOTICE. ANY COUNTERPARTY TO ANY ASSUMED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE AMOUNT FOR SUCH ASSUMED CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE AMOUNT.

Dated: [•]

**FAEGRE DRINKER BIDDLE & REATH LLP**

Ryan M. Salzman (CA Bar #299923)
Ryan.Salzman@faegredrinker.com
Jeremy M. Pelphrey (CA Bar #249862)
Jeremy.Pelphrey@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Vince Slusher (TX Bar # 00785480)
1717 Main Street, Suite 5400
Dallas, Texas 75201
Telephone: (469) 357-2500
Facsimile: (469) 327-0860
Vince.Slusher@faegredrinker.com
*Admitted Pro Hac Vice*

*Counsel for the Debtors and Debtors in Possession*