# EXHIBIT A

**DECLARATION OF NICOLETTE FIDEL IN SUPPORT OF:**

**ARIZONA DEPARTMENT OF ECONOMIC SECURITY,
DIVISION OF DEVELOPMENTAL DISABILITIES
MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER
11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)**

I, Nicolette Fidel, states as follows:

1. I am over the age of 18 and competent to testify and make this Declaration.

2. The matters stated in this Declaration are based upon my own personal knowledge or the information contained within the books and records of the Arizona Department of Economic Security, Division of Developmental Disability ("DES/DDD") in the ordinary course of business with respect to this matter. In addition, I am able to read, interpret and understand the contents of such records.

3. I am the Assistant Director, Network Operations for DES/DDD, a party-in-interest in the Community Provider of Enrichment Services, Inc. d/b/a/ CPES Inc., et al., Chapter 11 Bankruptcy proceedings.

4. As part of my duties for DES/DDD, I am responsible for the licensing of developmental homes, certification and regulation of Home and Community Based Services (HCBS), including on-site inspections of certain services. I am also responsible for the implementation of workforce development and provider network development strategies for DES/DDD.

5. I am authorized to submit this Declaration on behalf of DES/DDD in connection with DES/DDD's Motion for Relief from the Automatic Stay in the Community Provider of Enrichment Services, Inc. d/b/a/ CPES Inc., et al., Chapter 11 Bankruptcy proceedings.

6. If called upon to testify concerning the matters addressed herein, I would testify to the facts as stated.

7. CPES AZ currently operates fifty-three group homes throughout the State

3890185.1

1

of Arizona (the "Group Homes") providing services to individuals with developmental disabilities. CPES AZ, as a Qualified Vendor, pursuant to Arizona law, operates these Group Homes through an approved Qualified Vendor Agreement with DES/DDD.

8. Founded in 1982, the Arizona Health Care Cost Containment System (AHCCCS) is Arizona's Medicaid Program funded jointly by the federal and state government for indigent individuals and families.

9. AHCCCS operates under a fully integrated managed care system as authorized under the Social Security Act, 42 C.F.R. § 438.2.

10. AHCCCS requires its contracted health plans to coordinate and pay for physical, behavioral health care services, and Long Term Services and Supports ("LTSS").

11. For Arizonans with developmental disabilities, AHCCCS contracts with the DES/DDD as a fully integrated managed care organization.

12. The population with developmental disabilities includes vulnerable individuals who have manifestations or diagnosis of autism, cognitive disability, cerebral palsy, and epilepsy. Some individuals with developmental disabilities also experience comorbid conditions including acute physical health conditions and behavioral disorders or severe mental illness, including schizophrenia and bipolar disorder.

13. In carrying out its responsibilities, DES/DDD strives to support the choices of individuals with developmental disabilities and their families by promoting and providing flexible, quality, consumer-driven services, and support.

14. DES/DDD is guided by the belief that individuals with developmental disabilities are valued members of their communities and are involved and participating members based on their own choices.

15. DES/DDD aims to support services which promote: (a) healthy relationships with people; (b) individual and family priorities and choices; (c) equal

access to quality services and support for all individuals and families; (d) partnerships and ongoing communication with individuals, family members, advocates, providers, and community members; (e) developmental approaches—changing conditions that affect people rather than changing people who are affected by conditions; (f) individual freedom from abuse, neglect and exploitation with a balance between the right to make choices and experience life and individual safety; (g) a diverse workforce that is motivated, skilled and knowledgeable of and uses the most effective practices known; (h) an environment rich in diversity in which each person is respected and has the opportunity to reach their optimal potential; (i) an individual's right to choose to participate in and contribute to all aspects of home and community life; (j) a system of services and supports which are—(i) responsive: timely and flexible responses to internal and external customers; (ii) strength based: recognizing people's strengths, promoting self-reliance, enhancing confidence and building on community assets; (iii) effective: ongoing identification of effective methods and practices and incorporation of those practices into operations; and (iv) accountable: to our customers and to Arizona and Federal taxpayers and AHCCCS.

16. To be eligible for services from DES/DDD, an individual must be an Arizona resident who has a chronic disability that: (a) is attributable to cognitive disability, cerebral palsy, epilepsy or autism; (b) was manifested before the age of 18; (c) is likely to continue indefinitely; and (d) reflects the need for a combination and sequence of individually planned or coordinated special, interdisciplinary or generic case, treatment or other services that are of lifelong or extended duration.

17. To fulfill its obligations, DES/DDD subcontracts for physical and behavioral health care services to health plans. For home and community-based services (HCBS), DES/DDD subcontracts with Qualified Vendors for and including but not limited to group home services.

18. A Qualified Vendor must comply with the extensive terms and conditions

of the Qualified Vendor Agreement which includes, but is not limited to, a scope of work, service requirements, service specifications, career training, employment support, daycare, habilitation, numerous varieties of therapies, nursing services, transportation, and acceptance of DES/DDD's published rate schedule.

19. DES/DDD follows the Qualified Vendor Application process to qualify potential vendors to provide services to DES/DDD members. That process includes: (a) the potential vendor attending a DES/DDD qualified vendor system seminar or completing prerequisites on the DES/DDD vendor website; (b) completing and submitting a Qualified Vendor Application (QVA); (c) the DES/DDD Qualified Vendor Unit reviewing and accepting complete and clean application packages; (d) the DES/DDD Network Unit reviewing service details, analyzing program management proposals, and completing a policy and readiness review; (e) the DES/DDD Office of Business and Finance completing a financial review of the applicant; (f) the DES/DDD Contract Unit determining if the potential vendor meets pre-award requirements; (g) the DES/DDD Office of Licensing, Certification & Regulation (OLCR) completing HCBS certification for subsequent submission by a vendor to AHCCCS for an AHCCCS ID number; (h) DES/DDD analyzing whether the potential vendor meets contract requirements for insurance; (i) DES/DDD awarding a contract to a Qualified Vendor; (j) DES/DDD completes an on-site administrative review and the potential vendor must pass initial credentialing; (k) upon successful completion of the review, the applicant (now a Qualified Vendor) is determined capable of providing services to members; (l) DES/DDD is then required, depending on the services approved in the QVA, to provide continuous oversight of its Qualified Vendor network through quality monitoring visits, life safety inspections, licensing by ADHS or DES, annual HCBS certification, fire department clearance, and credentialing.

20. A vendor applicant cannot, in advance of having a Qualified Vendor

Agreement, enter into a purchase or lease agreement for a Group Home, obtain HCBS certification for a Group Home, request ADHS licensure for a Group Home, obtain a fire and safety inspection for the purposes of licensure, or provide services at a Group Home to DES/DDD members.

21. DES/DDD will not license a Group Home to serve DES/DDD members without documentation of HCBS certification of each site and advance confirmation that DES/DDD needs the particular Group Home.

22. DES/DDD's award and approval of Qualified Vendor Agreements is based on DES/DDD's statutory duties and responsibilities to serve vulnerable individuals, provide care, and protect the health and welfare of developmentally disabled members.

23. Without a Qualified Vendor Agreement, an entity cannot operate an Arizona Group Home for members.

24. An entity cannot operate an Arizona Group Home for members without AHCCCS registration and ADHS licensure.

25. Once a Qualified Vendor Agreement is effective between the vendor and DES/DDD, the Qualified Vendor cannot assign the Qualified Vendor Agreement without the prior written consent of DES/DDD.

26. Unlike most procurement processes, the open, lengthy, and continuous nature of the qualified vendor application process does not contemplate a "low-bid" analysis to determine what vendor will provide the State of Arizona with the most economical rate or price. The Qualified Vendor process is not based on monetary bids from potential providers. The potential vendor either accepts DES/DDD's published rate schedule or it will not become an approved Qualified Vendor.

27. DES/DDD is not advancing any pecuniary interest through a Qualified Vendor, the Qualified Vendor Agreement process, or the limited relief sought by its Motion.

28. The material and sole interest DES/DDD has in the Qualified Vendor process is securing a provider to care for those members who are disabled currently living in the Group Homes operated by CPES AZ with minimal interruption to the member's daily lives.

29. Duties associated with group home services include providing a variety of interventions designed to maximize the functioning of persons with developmental disabilities. Services may include, but are not limited to: habilitative therapies, special developmental skills, behavioral intervention, and sensorimotor development.

30. It is the responsibility of the Group Home Qualified Vendor to: (a) provide a broad array of support services to promote the physical, emotional, and mental well-being of the member; (b) to enable the member to acquire knowledge and skills and participate in his/her community based on his/her choices; (c) to provide training and supervision for the member to increase or maintain his/her self-help, socialization, and adaptive skills; (d) to develop positive relationships with others; (e) to provide opportunities to interact with others in the community; (f) to assist the member in achieving and maintaining a quality of life that promotes the member's vision for the future and priorities; and (g) to assure the health and safety of all residents.

31. DES/DDD must integrate a member-centered and person-centered planning approach for all members. The member, and family representative, as appropriate, are active participants in the planning for and the evaluation of long-term services and support. Services are mutually selected through Person Centered Service Planning to assist the member in attaining his/her goal(s) for achieving or maintaining his/her highest level of self-sufficiency. Education and up-to-date information about the ALTCS program, choices of service options and mix of services must be readily available to members.

32. This is a very complex and specialized process that is dependent on member

choice, vendor qualification, vendor capacity, and vendor competency to care for each member in a way that meets his/her specific needs. DES/DDD tracks each members and each Group Home location and has documented the choices of the member/family and roommate groups and prospective transition of each home.

33. DES/DDD already has multiple Qualified Vendors who have positively responded to DES/DDD's qualified vendor call and are ready, willing, and able step in and care for members living in the Group Homes operated by CPES AZ in order to minimize interruption to their daily lives.

34. DES/DDD does not, by its Motion, seek relief to usurp CPES AZ's ability to sell its assets or assume and assign its leases as part of its Chapter 11 bankruptcy proceedings. Rather, DES/DDD only seeks immediate confirmation that it may take all actions necessary to complete the timely operational transition of the members residing in Group Homes operated by CPES AZ, pursuant to Arizona law, including, without limitation, transitioning the members to Qualified Vendors to minimize the transitional impact to those members who are wholly dependent upon DES/DDD services.

35. I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed this 10th day of September, 2020.

By: /s/ Nicolette Fidel
Nicolette Fidel
Assistant Director, Network Operations
Arizona Department of Economic Security,
Division of Developmental Disabilities

Not notarized pursuant to:
28 U.S.C. § 1746

3890185.1

7