# EXHIBIT B

**DECLARATION OF CAROL KACHIDURIAN IN SUPPORT OF:**

**ARIZONA DEPARTMENT OF ECONOMIC SECURITY,
DIVISION OF DEVELOPMENTAL DISABILITIES
MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER
11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)**

I, Carol Kachidurian, states as follows:

1.    I am over the age of 18 and competent to testify and make this Declaration.

2.    The matters stated in this Declaration are based upon my own personal knowledge or the information contained within the books and records of the Arizona Department of Economic Security, Division of Development al Disability ("DES/DDD") in the ordinary course of business with respect to this matter.   In addition, I am able to read, interpret and understand the contents of such records.

3.    I am the Contracts Administrator for DES/DDD, a party-in-interest in the Community Provider of Enrichment Services, Inc. d/b/a/ CPES Inc., et al., Chapter 11 Bankruptcy proceedings.

4.    As part of my duties for DES/DDD, I am responsible for overall management and leadership of DES/DDD's Contracts Administration Unit.   The Contracts Administration Unit is responsible for researching, analyzing, and assessing the Division's needs and determining the most appropriate contracting methods.   I oversee the development, implementation, and evaluation of various solicitations for goods and services needed by members and in support of members in accordance with the Arizona Administrative Code and the Arizona Procurement Code.

5.    I am authorized to submit this Declaration on behalf of DES/DDD in connection with DES/DDD's Motion for Relief from the Automatic Stay in the Community Provider of Enrichment Services, Inc. d/b/a/ CPES Inc., et al., Chapter 11

3890197.2

1

1  Bankruptcy proceedings.

2      6.    If called upon to testify concerning the matters addressed herein, I would

3  testify to the facts as stated.

4      7.    DES/DDD is responsible for providing services and supports to over

5  44,000 Arizonans with developmental disabilities (DDD members).  Over 35,000 DDD

6  members receive long term services and supports, integrated physical and behavioral

7  healthcare, and case management services.  Over 8,000 DDD members receive case

8  management services and access to community resources.

9      8.    To be a Qualified Vendor, the potential vendor must agree to DES/DDD's

10  published rate schedule.

11      9.    DES/DDD maintains an open and continuous Notice of Request for

12  Qualified Vendor Applications, under which DES/DDD solicits potential providers to

13  serve the developmentally disabled population.  Accordingly, DES/DDD has (and must

14  maintain) a list of multiple Qualified Vendors ready, willing, and able to care for Group

15  Home members.

16      10.    DES/DDD operates as a fiduciary for the disbursement of federal and state

17  funds to Qualified Vendors pursuant to their Qualified Vendor Agreement which

18  requires reimbursement for services rendered.

19      11.    The proposed Stalking Horse Bidder, CTBAZ, LLC, is not a Qualified

20  Vendor, does not currently have a Qualified Vendor Application before DES/DDD for

21  approval, is not registered with the Arizona Health Care Cost Containment System

22  ("AHCCCS"), does not have the required group home licenses from the Arizona

23  Department of Health Services ("ADHS"), and does not have the required certification

24  from DES/DDD and the Office of Licensing and Regulation for Home and Community

25  Based Services ("HCBS").

26

3890197.2

1        12.    I declare under penalty of perjury under the laws of the United States that

2    the forgoing is true and correct.

3        Executed this 10th day of September, 2020.

4                                    By: _____

5                                    Carol Kachidurian
                                     Contracts Administrator
6                                    Arizona Department of Economic Security,
                                     Division of Developmental Disabilities

7                                    Not notarized pursuant to:
                                     28 U.S.C. § 1746

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3890197.2

3