# EXHIBIT 2

Division of Developmental Disabilities
Operations Manual
Chapter 6000
Administrative Operations
Incident Management

DEPARTMENT OF ECONOMIC SECURITY
Your Partner For A Stronger Arizona

**6002-A   DEFINITIONS OF INCIDENTS AND SERIOUS INCIDENTS**

REVISION DATE: 3/2/2015
EFFECTIVE DATE: July 31, 1993

An Incident is defined as an occurrence, which could potentially affect the health and well-being of a member enrolled with the Division or poses a risk to the community. If the incident is determined to be "serious" as defined in this policy, the "Serious Incident" section of this policy shall be followed.

<u>Incidents</u>

Incidents include, but are not limited to:

A.   Death of member;

B.   Potentially dangerous situations due to neglect of the member;

C.   Allegations of sexual, physical, programmatic, verbal/emotional abuse;

D.   Suicide threats and attempts;

E.   Member missing;

F.   Accidental injuries which may or may not result in medical intervention;

G.   Violation of a member's rights as stated in this policy manual;

H.   Provider and/or member fraud;

I.   Complaints about a community residential setting, resident or the qualified vendor;

J.   Allegations of inappropriate sexual behavior;

K.   Theft or loss of member's money or property;

L.   Use of emergency measures;

M.   Medication errors such as:

   1.   Wastage of a Class II substance;

   2.   Giving medication to the wrong member;

   3.   Wrong method of medication administration;

   4.   Wrong dosage administered; or,

   5.   Missed medications;

Case 9:20-bk-10554-DS    Doc 343-2    Filed 09/18/20    Entered 09/18/20 20:43:59    Desc
Exhibit Exhibit 2    Page 3 of 6

DEPARTMENT OF
ECONOMIC SECURITY
Your Partner For A Stronger Arizona

Division of Developmental Disabilities
Operations Manual
Chapter 6000
Administrative Operations
Incident Management

N. Community disturbances in which the member or the public may have been placed at risk;

O. Serious work related illnesses or injuries (Division employees). (See DES Policy # DES 1-07-02.A, Unusual Incident Reporting [Employee] ;)

P. Threats to Division employees or state property (See DES Policy # DES 1-07-02.A, Unusual Incident Reporting [Employee]); and accidents on state property involving non-member/non-employees. (See DES Policy # DES 1-07-02B, Unusual Incident Reporting [Client] ;)

Q. Environmental circumstances which pose a threat to health, safety or welfare of members such as loss of air conditioning, loss of water or loss of electricity;

R. Unplanned hospitalization or emergency room visit in response to an illness, injury, medication error;

S. Unusual weather conditions or other disasters resulting in an emergency change of operations; or,

T. Provider drug use.

Serious Incidents

A Serious Incident is an extraordinary event involving a member, facility, or employed/contracted worker. A serious incident poses the threat of immediate death or severe injury to a person, substantial damage to individual or state property, and/or widespread interest in the news media.
Serious incidents include, but are not limited to the following:

A. All deaths;

B. A circumstance that poses a serious and immediate threat to the physical or emotional well-being of a member or staff member;

C. Severe physical injury that:

1. Creates a reasonable risk of death;

2. Causes serious or permanent disfigurement: or,

3. Causes serious impairment of a member's or worker's health;

D. Property damage estimated in excess of $10,000;

E. Theft or loss of a member's money or property of more than $1,000;

F. Reporting to law enforcement officials because a Division enrolled member is missing and presumed to be in imminent danger;


Case 9:20-bk-10554-DS   Doc 343-2   Filed 09/18/20   Entered 09/18/20 20:43:59   Desc
Exhibit Exhibit 2   Page 4 of 6

DEPARTMENT OF
ECONOMIC SECURITY
Your Partner For A Stronger Arizona

Division of Developmental Disabilities
Operations Manual
Chapter 6000
Administrative Operations
Incident Management

G.  Reporting to law enforcement officials due to possession and/or use of illegal substances by members or staff/providers;

H.  A 9-1-1 call due to a suicide attempt by a member; or,

I.  An incident or complaint from the community that could be or is reported by the media.

DEPARTMENT OF
ECONOMIC SECURITY
Your Partner For A Stronger Arizona

Division of Developmental Disabilities
Operations Manual
Chapter 6000
Administrative Operations
Incident Management

## 6002-C    REPORTING REQUIREMENTS

REVISION DATE: 11/29/2017, 3/2/2015
EFFECTIVE DATE: July 31, 1993

When an incident occurs, take whatever actions are necessary to resolve the emergency and implement protective measures immediately for the person's safety, which may include calling 9-1-1 or taking other emergency action.

A. As designated by law, medical professionals, psychologists, social workers, Support Coordinators, peace officers, and other people who have the responsibility for the care of a child or a vulnerable adult are mandatory reporters.

   Mandatory reporters who have a reasonable basis to suspect that abuse or neglect or exploitation of the member has occurred must report such information immediately to a peace officer or protection services worker, (i.e., Adult/Department of Child Safety, Tribal Social Services). Refer to Support Coordination and Operations Policy 6002-E Incident Reports, for additional information regarding mandated reporting.

B. Serious Incidents, as described in Operations Manual Policy 6002-A Definitions of Incidents and Serious Incidents, must be reported and written as soon as possible, but no later than 24 hours after the incident.

   Within 24 hours of a serious incident:

   1. The provider must notify the District of the serious incident to include the submission of a detailed incident report.

   2. District personnel must enter the incident into the Incident Management System (IMS) database within 24 hours or the next business day if the incident occurs over a weekend or holiday.

   3. Notification to Responsible Person, i.e., guardian or family member - The responsible person must be notified, unless otherwise specified in the Planning Document (Individual Support Plan/Individualized Family Service Plan/Person Centered Plan).

      The procedures for notification of the responsible person must be coordinated between the service provider and the Support Coordinator. The Support Coordinator or designated District staff member must ensure notification of the responsible person of an incident within 24 hours after the incident. The responsible person must also be notified of any follow up actions that occurs.

C. All other incidents listed in Policy 6002-A must be reported to the District by close of the next business day following the incident, and be entered by designated District personnel into the IMS database within 48 hours of notification (if applicable).

D. Incidents occurring after normal business hours must meet the above reporting requirements.

Case 9:20-bk-10554-DS    Doc 343-2    Filed 09/18/20    Entered 09/18/20 20:43:59    Desc
Exhibit Exhibit 2    Page 6 of 6

Division of Developmental Disabilities
Operations Manual
Chapter 6000
Administrative Operations
Incident Management

DEPARTMENT OF
ECONOMIC SECURITY
*Your Partner For A Stronger Arizona*

## 6002-E    INCIDENT REPORTS

REVISION DATE: 11/29/2017, 3/2/2015
EFFECTIVE DATE: July 31, 1993

The Incident Management System (IMS) is the computerized database for incidents and reports.

A. All incidents meeting the criteria of the IMS including serious incidents must be entered into the IMS as defined in this policy.

B. Reporting an Incident

   Providers may use either of the following to record/report incidents:

   - Division's *Incident Report (DD-191-FF)* form

   - A provider's own internal incident report form, as defined in this policy.

C. Incident Reports must:

   1. Be written clearly, objectively, and in order of occurrence without reference to the writer's opinion (incident reports may be available to family/guardians and are considered legal documentation)

   2. Include demographic information (i.e., full name, address, date of birth and Focus ID number) about the member

   3. Include the names and job titles of staff that witnessed or were involved in the alleged incident

   4. Include a description of the incident including all known facts, location, and the date and time the incident occurred

   5. Include causes of injury (if applicable)

   6. State whether the responsible person was notified and, if not, why

   7. Include whether or not law enforcement, Adult Protective Services, Department of Child Safety or Tribal Social Services were contacted

   8. Include signatures and names of the person completing the report and his/her supervisor and any additional comments

      Note: If electronic incident reports are completed/submitted from a hand-written document, those documents must be maintained and provided to the Division, upon request.

   9. Be completed for each individual involved in the incident and reference other individuals by initials only

   10. Be included in the member's primary record maintained by the Support Coordinator and by the provider completing the report.