# EXHIBIT 3

Case 9:20-bk-10554-DS   Doc 343-3   Filed 09/18/20   Entered 09/18/20 20:43:59   Desc
Exhibit Exhibit 3   Page 2 of 3



Division of Developmental Disabilities
Provider Policy Manual
Chapter 33
Assessment Requirements for Members
Placed in Residential Settings

**CHAPTER 33 - ASSESSMENT REQUIREMENTS FOR MEMBERS PLACED IN RESIDENTIAL SETTINGS**

REVISION DATE: 10/9/2015, 4/1/2015
EFFECTIVE DATE: July 31, 1993
REFERENCES: A.A.C. R6-6-806(B)

Members residing in group home settings operated or financially supported by the Division must receive certain assessments.  Residential staff is responsible for obtaining the following documentation:

A. Vital Information

   1. The name, address, and telephone numbers of the health care provider for each resident;

   2. The name and telephone numbers of the health plan and insurance carrier for each resident and the process for authorization of health care for each resident;

   3. Guardianship status for each resident; and,

   4. The name and telephone number of the responsible party and the person to be contacted in case of emergency for each resident.

B. Individualized Needs

   1. Allergies including the signs and symptoms of allergic reactions specific to the individual

   2. Nutritional needs or special diets with parameters

   3. Special fluid intake needs

   4. Seizure activity including the type or characteristics of the seizures, frequency and duration and instructions for staff response to seizure activity

   5. Adaptive Equipment, Protective Devices and Facility Adaptations

   6. Required Medical Monitoring (e.g., blood glucose testing, blood pressure checks, lab work)

   7. Reference to the Behavior Treatment Plan or the ISP if healthcare related issues are addressed

   8. Special instructions for carrying, lifting, positioning, bathing, feeding, or other aspects of personal care

   9. Other individualized healthcare routines



    C.    Complete Medical History

        1.    Physical examination

        2.    Immunization record

        3.    Tuberculosis screening

        4.    Hepatitis B screening

        5.    Type of developmental disability

        6.    Medication history

        7.    History of allergies

        8.    Dental history

        9.    Seizure history

        10.    Developmental history

        11.    Family medical history

In addition, the Planning Team (Individual Support Plan/Individualized Family Services Plan team) must ensure that additional evaluations and assessments are identified and obtained.