# EXHIBIT 5

ISSUE 2

NOVEMBER 2006

# Group Home Bulletin

## Arizona Department of Economic Security
## Division of Developmental Disabilities

Hello, Hello!!

Questions and Answers

AHCCCS Approved Emergency Dental Services for Adults          Page 2

Prone Restraints          Page 2

Name the Bulletin          Page 2

Equal Opportunity Employer/Program

Under Titles VI and VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act of 1990 (ADA), Section 504 of the Rehabilitation Act of 1973, and the Age Discrimination Act of 1975, the Department prohibits discrimination in admissions, programs, services, activities, or employment based on race, color, religion, sex, national origin, age, and disability. The Department must make a reasonable accommodation to allow a person with a disability to take part in a program, service or activity. For example, this means if necessary, the Department must provide sign language interpreters for people who are deaf, a wheelchair accessible location, or enlarged print materials. It also means that the Department will take any other reasonable action that allows you to take part in and understand a program or activity, including making reasonable changes to an activity. If you believe that you will not be able to understand or take part in a program of activity because of your disability, please let us know of your disability needs in advance if at all possible. To request this document in alternative format or for further information about this policy, contact

### The Central Office Program Monitoring Unit has moved!

We are now located at 2200 N Central Ave, Suite 404, Phoenix, AZ 85004

To reach Mary Ann DeLeon, our Administrative Assistant, call **602-206-6151**

The following are the direct numbers for our staff:

**Program Monitors:**

| | | | |
|---|---|---|---|
| Ernest Dale | 602-377-2101 | Arnita Diggs | 602-320-8397 |
| Steve Galindo | 602-402-9992 | Sherry Huey | 602-361-8912 |
| John Lastrico | 602-361-7460 | Amelia Lopez | 602-350-1174 |
| Roslyn Moore | 602-319-4796 | Donna Phillips | 602-402-4615 |
| Manuel Saenz | 602-319-2766 | Pat Spence | 602-316-8846 |

Our current supervisor, Pat Spence will be retiring in December. Until then, she is working on some special projects, so supervision of the unit is being provided by:

| | | |
|---|---|---|
| Jan Cawthorne | Acting QA Manager | 602-316-1522 |
| Shannon LaRance | Incident Management | 602-316-6764 |

## Questions and Answers

**Q. Should a program monitor inspect fire alarms, fire extinguishers, barriers, etc during a monitoring review?**

Due to concerns for health and safety, some of the components that DHS reviews are also reviewed by the monitors during their visits. The monitors notify DHS of any findings.

**Q. How should it be handled when it is observed during monitoring that the prescription reads HS or bedtime and the group home is administering the medication at a set time every night?**

A. Some medications are prescribed to be given just before bed, especially those with sedating effects. If a monitor finds that a medication is prescribed for bedtime and is given at a set time every night (e.g. 8 PM), the monitor will make a **recommendation** under Physician's Authorization that the agency contact the physician for clarification to determine whether it must be taken right before bed or if a set time is permissible. The physician order should then reflect the time rather than *hs*. If the physician wants the medication to be given at bedtime, the medication log should state bedtime. If, a bedtime medication is being given repeatedly before 6pm, then it will be considered a **rule violation** under Client Rights.



Arizona Department of Economic
Security
Division of Developmental Disabilities
Program Monitoring Unit
Site Code 791A
P.O. Box 6123
1789 West Jefferson, 4th NW

## Prone Restraints

## A Prohibited and Deadly Practice

In 1999, a group of representatives from seven community agencies, District I Division staff, and private consultants joined to form the Inter-agency Committee for Alternatives to Prone Re-straints. Their efforts resulted in a letter, dated December 7, 1999, informing all providers of the prohibition of prone restraints across the state effective January 1, 2000.  Despite this prohibi-tion, prone restraints continue to cause injury and even death in our state.

A prone restraints, in which a person is held face down on the stomach or chest is a dangerous procedure and the deadliest form of restraint.  A 2002 study by Protection and Advocacy Inc. in California suggests " sudden death during prone restraint … is not an uncommon phenomenon."

The appropriate use of approved CIT procedures must be used for the protection of everyone!

## What emergency dental services can be provided for adults through AHCCCS?

Did you know that emergency dental services are available for adults through AHCCCS? A list of covered dental services is available online through the AHCCCS Medical Policy Manual available at www.

If an injury or serious problem occurs involving the teeth,  a call can be made to the customer service number for the health plan. Just request a list of *contracted* dentists who are AHCCCS *cer-tified*! The health plan will be able to pay for any AHCCCS approved emergency dental service if contracted and certified dentists are used.

## Questions and Answers Continued...

**Q. What will occur if the monitor goes to a home to complete a review and the consumer books are not in the home?**

A. At this time, if consumer program books are not in the home, it is cited under one rule violation, Records Management. Begin-ning January 1, 2007, if the program books are not in the home at the time of the review and the consumers are in the home, this will be considered a systems issue in your agency and will re-quire corrective action.

**Q. Can a medication be used as PRN to alleviate symptoms of a behavior modifying medication?**

A. A medication may be used PRN to alleviate medical symp-toms of a behavior modifying medication. If the medication is being used daily then it will be a recommendation for the agen-cy to take that medication to the consumer's physician for clari-fication on usage. If the symptoms referred to are behavioral in nature, the medication in question would be treated as any other behavior modifying medication.

Published by:
 Division of Developmental
Disabilities
Editor Jan Cawthorne, Quality
Assurance Unit
Phone: 602-316-1522
Email: dddnewsletter@azdes.gov

### *Help us name the*

### *Bulletin*

We need your creativity! Please help us name this monthly bulletin by submit-ting your creative names to Mary Ann DeLeon at mdeleon@azdes.gov

**Page 3**

GROUP HOME BULLETIN

