# EXHIBIT 8

| Arizona Department of Economic Security (DES) | | | |
|---|---|---|---|
| **Meeting Title** | | | |
| Facilitator: | Penny Baroldy | Note Taker: | Cynthia Ford |
| Date/Time: | Friday June 5, 2020 8:30-9am | | |
| Location: | Hangouts | | |
| Conference Line: | | | |
| | | | |

| MEETING PARTICIPANTS | | | |
|---|---|---|---|
| ☒ | Nicolette Fidel | ☐ | Franny Hyland |
| ☒ | Penny Baroldy | ☒ | Mary Lynn Greenhow |
| ☒ | Cynthia Ford | ☒ | Rick Becker |
| ☒ | Christine Willis | ☒ | Tricia Bawn |
| ☒ | Minnie Williams | ☐ | |

| AGENDA | | |
|---|---|---|
| **Time** | **Agenda/Topic** | **Person Responsible** |
| | Introductions | Nicolette |
| | Overview of the three workgroups<br>• HCBS – Colleen Suarez – Lead<br>• GH – Jennifer Atkins – Lead<br>• HPD – Kathy Ludban<br>Statewide groups determined the best way to handle the transition for this project was to have it centralized rather than by individual Districts. | |
| | Member Call Data<br>• Community Protection (HPD) group homes will have separate vendor call to convey the specific clinical requirements<br>• GH line of business<br>  o Efforts being made to have staff and home structure maintained<br>  o Penny stated that 97% of members have been contacted and based on their responses planning can be had for next steps/ action and implementation<br>  o Chris confirmed only twenty-four (24) members and families need to be contacted as of this morning | |
| | Communications<br>• Staff and member communication has been shared with CPES<br>• Mary Lynn asked for clarification on dates for GH transitions. Nicolette explained that the dates had been moved up to allow for extenuating circumstances that may require additional or specific action. The | |



| | | |
|---|---|---|
| | movement of the dates will ensure that the final deadline is met with no unresolved issues.<br>• Continue to review messaging for clarity and to ensure understanding of what is requested/required by potential vendors<br>• Nicolette wants CPES to participate in meetings that will be held with potential vendors in that CPES can provide valued direction. No date has yet been set for the vendor meeting<br>• Rick stated that he anticipates the potential vendors will want to review financial records as well<br>• Nicolette asked if there is a site by site plan on CPES part or if they have an overall broader plan. Mary Lynn stated that CPES isn't ready just yet with a plan to present. Wanted to have this initial meeting to help with understanding of what is expected before CPES puts their transition plan together for presentation<br>• Nicolette agreed that this meeting should help with CPES planning on how they can best assist moving forward<br>• | Desc |
| | Current Barriers<br>• MaryLynn raised a question about members who may need to be moved now. Nicolettes stated that special situations/circumstances are being tracked and the Team will make a decision on how to handle either vendor calls or direct calls for those individual cases<br>• Minnie informed the group that there is a meeting planned to discuss IDLA. Request was made by Nicolette to include MaryLynn in those meetings<br>• Nicolette shared that all Developmental Homes licenses have been transitioned with the exception of one new home, she will follow up with OLCR<br>• Employment and Day services are the only remaining service issues. Will be evaluating at a later date how to fill this gap because of COVID-19<br>• MaryLynn emphasized the importance of Raytheon group supported employment site. They require a clearance to cone on site. This may take some time to obtain. Margaret and Marie from DDD will need to be involved in these discussions. Penny will reach out to them . Need to find a location and come up with a plan B.<br>• Some concerns have been raised about when members are supposed to be moved. Nicolette stated that she noticed on the tracker that some members had specific requests for new locations. Need to keep members informed regarding current state  and how that impacts their future move requests<br>• MaryLynn requested having spreadsheet shared. She will also send Penny names of members where there are questions and or concerns<br>• Communications regarding Guardianship was addressed. Mary Lynn stated that it would be quite simple, just not the level of participation of the Guardian for those members who have one | Nicolette |
| | Review of Action Items and Assignments | Penny |



| | | |
|---|---|---|
| Schedule Next Meeting<br>• Consider afternoon on Monday or Wednesday, preferably after 2pm | | Penny |
| | | |
| | | |

| ACTION ITEMS LOG ||||| 
|---|---|---|---|---|
| No | Action Items | Owner | Due Date | Status |
| 1 | Send invite to MaryLynn for IDLA meetings | Penny | 6/5/20 | |
| 2 | Share spreadsheet with CPES team | Penny | 6/8 | |
| 3 | MaryLynn to provide Penny with member names with special concerns/questions | MaryLynn | 6/8 | |
| 4 | Raytheon homes need to be pushed to the front of the priorities list | | | |
| 5 | Plan meeting with vendors regarding infrastructure issues | | | |
| 6 | Schedule next meeting for this workgroup | Penny | 6/5 | |

| BUSINESS DECISIONS LOG |||||
|---|---|---|---|---|
| No | Business Decision | Date Identified | Date Approved | Approved By |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| | | | | |



DEPARTMENT OF
ECONOMIC SECURITY
*Division of Technology Services*

| Arizona Department of Economic Security (DES) | |||
|---|---|---|---|
| **CPES – LEADERSHIP TEAM MEETING** | |||
| Facilitator: | Nicolette Fidel | Note Taker: | Cynthia Ford |
| Date/Time: | Monday June 22, 2020 3-3:45pm | | |
| Location: | Hangouts | | |
| Conference Line: | | | |
| | | | |

| MEETING PARTICIPANTS | | | |
|---|---|---|---|
| ☒ | Nicolette Fidel | ☒ | Franny Hyland |
| ☐ | Penny Baroldy | ☒ | Mary Lynn Greenhow |
| ☒ | Cynthia Ford | ☒ | Rick Becker |
| ☐ | Christine Willis | ☒ | Tricia Bawn |
| ☒ | Minnie Williams | ☒ | Jennifer Atkins |
| ☐ | | ☒ | Colleen Suarez |

| AGENDA | | |
|---|---|---|
| Time | Agenda/Topic | Person Responsible |
| | Review GH Census and make appropriate updates where applicable<br><br>• Team review Census and went through each district. Jenn took notes on needed changes and will update based on group's discussion | Nicolette |
| | Confirm any vendor service agreements that might be in place (ie, pools landscaping)<br>• There are some . When site details are discussed, that can be determined. Pool is in one and there are pest controls. New vendor will have to determine who will continue with those specific services | MaryLynn |
| | Review of the slide deck for the vendor meeting Wed 6/24<br>• There will be welcome , introductions and purpose. Reviewed slide with timeline. The document viewed today is just a draft. MaryLynn and Nicolette had some concerns with logistics involved with this timeline. MaryLynn suggested that a Dec 30th date be avoided for any transitions or movement of members<br>• Marylynn asked if AHCCCS information can be obtained from them earlier than has traditionally happened. Since AHCCCS is launching new system, want to ensure that everything is smooth, This also needs to be communicated to the vendors as agreements are made and licenses are transferred (Nicolette)<br>• Nicolette discussed the potential of having a regional strategy for the vendor presentation. Wants the selection process will be more | Nicolette |



| | | |
|---|---|---|
| | manageable by providing families with information about vendors and vendors being grouped by regions.<br>• Vendors will respond by addresses so that vendors can respond accordingly<br>• Nicolette wants to know if CPES will be presenting. They informed that they will be there in the event that there are specific questions they can answer<br>• Nicolette, PHI will not be initially shared with the vendors. That will be later in the process<br>• Nicolette wanted to know if the information regarding infrastructure for each location will be available by Wed (6/24). Marylynn suggested having more standard pricing for furnishings in home based on the size or the accommodation. Major appliances should be noted if they are part of the takeover<br>• Explanation of the supplemental vendor call will be explained during the meeting and understand who will be making the final decision where a member will be placed. Information will be shared with the vendors regarding award letters, meaning of same and next steps<br>• Nicolette will add the timelines discussed in the HCBS meeting for vendor call process, family meetings and selection of the preferred vendor by families | |
| | Review Agenda for the vendor meeting, discuss regional strategy – CPES recommendations for grouping<br>• | Nicolette |
| | Discuss update on Raytheon<br>• Bankruptcy Attorneys for Tungland have been contacted. These negotiations/purchase orders will cover vehicles, staff, purchasing houses and furnishings.<br>• Nicolette wanted to know if there is a process for each home or will it be a package deal<br>• The particulars should be worked out by next week with Tungland | MaryLynn |
| | Other discussion included sharing the communications and meeting process with the members<br>• CPES discussed property manager that they use that may be problematic<br>• MaryLynn wants to know if there are some locations that aren't transitioned by Dec 31st…what happens. Nicolette assured that we hope not to have that issue but need to have a plan in the event that that may happen | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



DEPARTMENT OF ECONOMIC SECURITY
Division of Technology Services

| No | ACTION ITEMS LOG | | | |
|---|---|---|---|---|
| | **Action Items** | **Owner** | **Due Date** | **Status** |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| | | | | |

| No | BUSINESS DECISIONS LOG | | | |
|---|---|---|---|---|
| | **Business Decision** | **Date Identified** | **Date Approved** | **Approved By** |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| | | | | |



| Arizona Department of Economic Security (DES) | | | |
|---|---|---|---|
| **CPES – LEADERSHIP TEAM MEETING** | | | |
| Facilitator: | Nicolette Fidel | Note Taker: | Cynthia Ford |
| Date/Time: | Monday June 29, 2020 3-3:45pm | | |
| Location: | Hangouts | | |
| Conference Line: | | | |
| | | | |

| MEETING PARTICIPANTS | | | |
|---|---|---|---|
| ☒ | Nicolette Fidel | ☒ | Franny Hyland |
| ☐ | Penny Baroldy | ☒ | Mary Lynn Greenhow |
| ☒ | Cynthia Ford | ☒ | Rick Becker |
| ☐ | Christine Willis | ☒ | Tricia Bawn |
| ☒ | Minnie Williams | ☒ | Jennifer Atkins |
| ☐ | | ☒ | Colleen Suarez |

| AGENDA | | |
|---|---|---|
| **Time** | **Agenda/Topic** | **Person Responsible** |
| | Status for non GH and GH services: Colleen for non-services, vendor calls continue and are currently closed. Members who are without services, have been elevated to now have direct calls Colleen says that about 50% have selected the service. Anticipated the data being updated onto the tracker asap. DH homes are not 100% nor employment. MaryLynn requested updated tracking sheet be sent to CPES. Adriana tasked with updating. Nicolette wanted to know if there is a more efficient way to track for members and their selection. Some vendor calls have gone out just haven't gotten responses as expected. Nicolette thinks there may be a gap in communication. Colleen suggested that Marla step in to assist with closing this gap. | |
| | Rick stated that because some members are only receiving short time periods (eg. 1 hour) and may be difficult to have a vendor pick up those services Nicolette asked if there was a possibility to have some services conducted remotely. Rick feels that there may be some challenges to obtain vendors. Nicolette suggested possibly using MRA if necessary. | |
| | Colleen stated that there has not been much response to Vendor Calls for some of the rural areas where there are requests for service for one member. Suggested that maybe changing strategy and bundling a service to include more members/services in a particular geographic area may attract a potential vendor to provide the service. Having just one or two member services provided may not be attractive to a vendor but if there can be justification for going into an otherwise remote or obscure location, being able to service multiple member or provide multiple services, may get us more responses. | |



DEPARTMENT OF ECONOMIC SECURITY
Division of Technology Services

| | |
|---|---|
| | Only two IDLA's in Phoenix. Charlotte is a coordinator and Nicolette will connect appropriate parties |
| | Tungland will be sending due diligence list and NDA as they move forward with transfer. Still on target for the July 31st. Nicolette wants Colleen to ensure that families agree with selection of new vendor once the deal is closed. |
| | Group Homes are ready to send Amended Vendor Call. Should be finalized and sent out tomorrow. Actually ahead of projected time |
| | Received some comprehensive answers from the 1st vendor call. Member/family town hall has been scheduled for 7/22 from 6-8pm. CPES wanted to know if they are invited to attend the Town Hall. Jennifer will send invites to CPES team. Nicolette suggested that at the next meeting, take time to coordinate their efforts |
| | Nicolette emphasized that members still have choice even though ideally a vendor being able to service multiple homes would be ideal. Concerned about having coverage and manageable takeover by vendor. |
| | Vendor call for HPD has gone out as of June 25th |
| | Nicolette requested that if CPES has any feedback based on their experiences, that can be passed on to future vendors, that information would be welcomed |
| | Marylynn stated that Trish forwarded an email, looks like some vendors may have a leg up and want to ensure that everyone (vendor) has an equal opportunity and that members are afforded the opportunity to make selection from the qualified vendor list. Nicolette will review the document and analyze the data |
| | Jenn said that responses have been good and there are vendors who are waiting to receive the Amended VC |
| | |
| | |
| | |
| | |
| | |

| ACTION ITEMS LOG | | | | |
|---|---|---|---|---|
| No | Action Items | Owner | Due Date | Status |
| 1 | Send tracking sheet to CPES | Jenn | 7/1/20 | |
| 2 | Contact Marla to ensure communications and member selection is moving forward | Colleen | 7/6/20 | |
| 3 | Determine cadence for communication | Jenn | 7/6/20 | |
| 4 | Rick to send information to Colleen to ensure that members are actually the ones making selection of new vendor | Rick | 6/30 | |
| 5 | Contact James Kimball for any IDLA issues ( per Charlotte as a response Minnie) 602-771-2612 jkimball@azdes.gov | | | |



DEPARTMENT OF
ECONOMIC SECURITY
Division of Technology Services

| 6 | Send invites for family town hall to CPES team | Jennifer | 6/29/20 | **COMPLETED** |
|---|---|---|---|---|
|   |   |   |   |   |
|   |   |   |   |   |

| BUSINESS DECISIONS LOG ||||| 
|---|---|---|---|---|
| No | Business Decision | Date Identified | Date Approved | Approved By |
| 1 |   |   |   |   |
| 2 |   |   |   |   |
| 3 |   |   |   |   |
| 4 |   |   |   |   |
| 5 |   |   |   |   |
|   |   |   |   |   |



DEPARTMENT OF ECONOMIC SECURITY
*Division of Technology Services*