# EXHIBIT 9



**Carol Starr** ████████████████

# INFORM: STATE WIDE GROUP HOME PROVIDERS NEEDED, CLS 615
1 message

**Carol Starr** ████████████████                                  Mon, Jun 8, 2020 at 9:51 AM
To: DDD DE Network Coordinator - Carol Starr ████████████████
Bcc:



The Department of Economic Security/Division of Developmental Disabilities (DES/DDD) is issuing this State-wide vendor call to identify existing Qualified Vendors of group home services to take over the operation of 61 established group homes serving 138 DD ALTCS Members.  DDD plans to facilitate the transition such that members remain in their current homes, to the greatest extent possible, to limit disruption.

Preference will be given to Vendors who will:
· Take over current leases for homes, if possible.
· Interview, hire, and retain current eligible staff.
· Hire additional staff, as necessary.
· Coordinate transition of homes with DDD and the relinquishing vendor.

Summary of Homes by County/District

| COUNTY/DISTRICT | Number of Homes | Current Occupancy | Current Capacity | Total Bedrooms |
|---|---|---|---|---|
| Cochise/ South | 5 | 14 | 19 | 19 |
| Gila/North | 2 | 3 | 6 | 7 |
| Graham/South | 1 | 4 | 4 | 4 |
| Maricopa/East, Central, West | 26 | 63 | 71 | 79 |
| Pima/South | 25 | 54 | 62 | 72 |
| TOTAL | 61 Homes | 138 Members | 162 Capacity | 181 Bedrooms |

If your agency is interested in obtaining more information regarding specific home locations, leases, and available infrastructure, please respond to this vendor call via email no later than **5:00pm June 15, 2020.** to ███████████████. Please submit a written response that outlines:

- Qualified Vendor name contact person's name, email address, and phone/fax numbers.
- The Qualified Vendor's experience and background to provide the service requested.
- Number/locations of homes the Qualified Vendor may be interested in operating
- Assurances that the Qualified Vendor will:
  · Take over current leases for homes, if possible.
  · Interview, hire, and retain current eligible staff.
  · Hire additional staff, as necessary.
  · Coordinate transition of homes with DDD and the relinquishing vendor.

Failure to provide a complete response may result in a disqualification for consideration. Questions about this vendor call may be sent to ████████████████

The DDD will review the responses and will contact Qualified Vendors to schedule a virtual meeting to answer questions and provide additional information within five (5) business days. Based on the discussion and questions during this meeting, the Division will identify information vendors may need to confirm final responses. This will include but may not be limited to:

Specific Home Addresses
Range/ Rate/ capacity/ for each home
Available staff for each home
Census for each home (male/ female)
Landlord Information (Lease, HOA, Deposits, Current Rent)
Planning Documents and Behavioral Treatment plans will be provided upon request.


Thank you for your time and consideration.




**Thank you.**


**Carol Starr**
**DE Network Coordinator**

Department of Economic Security
Division of Developmental Disabilities



120 W. 1st Avenue
Mesa Arizona, 85210
Mail Drop: 2E42
Cell: ▉▉▉▉▉▉▉



---

📄 **Group Home Network Vendor Call 06 08 2020.pdf**
124K