Jennifer C. Kalvestran - CA Bar #242157
Sean P. O'Brien - AZ Bar #010540
*Admitted Pro Hac Vice*
Robert C. Williams – AZ Bar #033213
*Admitted Pro Hac Vice*
GUST ROSENFELD, PLC
11900 W. Olympic Boulevard, Suite 800
Los Angeles, CA 90064
Tel: (602) 257-7460
Fax: (602) 254-4878
E-Mail: jkalvestran@gustlaw.com
E-Mail: spobrien@gustlaw.com
E-Mail: rwilliams@gustlaw.com

William A. Richards - #013381
*Admitted Pro Hac Vice*
RICHARDS & MOSKOWITZ PLC
1850 N. Central Ave., Suite 2010
Phoenix, AZ 85004
Tel: (602) 595-7800
Fax: (602) 812-7995
E-Mail: brichards@rmazlaw.com

Attorneys for the Arizona Department
of Economic Security, Division of Developmental Disabilities

**FILED & ENTERED**

**OCT 01 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** rust **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Community Provider of Enrichment Services, Inc.<br><br>Debtor.<br>In re:<br><br>Novelles Developmental Services, Inc.<br><br>Debtor.<br>In re:<br><br>CPES California, Inc.<br><br>Debtor.<br>☐ Affects all debtors<br>☒ Affects Community Provider of Enrichment Services, Inc.<br>☐ Affects Novelles Developmental Services, Inc.<br>☐ Affects CPES California, Inc. | Lead Case No. 9:20-bk-10554-DS<br><br>Chapter 11<br><br>Jointly Administered With:<br><br>Case No. 9:20-bk-10553-DS<br>Case No. 9:20-bk-10994-DS<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)**<br><br>Hearing:<br>Date:    September 24, 2020<br>Time:   12:00 p.m.<br>Place:   Courtroom 201<br>            1415 State Street<br>            Santa Barbara, CA 93101 |

A continued hearing was held on the above date and time to consider the "Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 (Action in Non-Bankruptcy Forum)" (the "Motion," Docket No. 308) filed by the Arizona Department of Economic Security, Department of Developmental Disability ("DES/DDD"). Appearances were noted on the record.

The court has reviewed and considered the pleadings, associated declarations and exhibits, the arguments presented at the hearings, and the record in this case.  For the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that the motion is granted as follows:

1. The automatic stay of 11 U.S.C. § 362(a) does not apply to DES/DDD's exercise of its available police and regulatory powers including, without limitation, those duties and obligations pertaining to the Members[1] living in the 53 Group Homes currently operated by CPES AZ;

2. Pursuant to 11 U.S.C. § 362(b)(4), DES/DDD may continue to, and is entitled to, execute and enforce of all of its available police and regulatory powers including, without limitation, those duties and obligations pertaining to the Members living in the 53 Group Homes currently operated by CPES AZ;

3. DES/DDD may take all actions necessary to complete the operational transition of the Members living in the 53 Group Homes operated by CPES AZ to other Qualified Vendors within DES/DDD's network of providers;

4. DES/DDD may take all actions necessary to complete service authorization awards for the Members living in the 53 Group Homes operated by CPES AZ; and

/ / /

---

[1] Capitalized terms used in this order but not otherwise defined have the meanings ascribed in the Motion.

5.  DES/DDD is entitled to enforce all of its other available police and regulatory powers in connection with the CPES AZ Group Homes Members, without limitation.

###

Date: October 1, 2020

Deborah J. Saltzman
United States Bankruptcy Judge