**FAEGRE DRINKER BIDDLE & REATH LLP**
JEREMY M. PELPHREY (CA Bar #249862)
Jeremy.Pelphrey@faegredrinker.com
RYAN M. SALZMAN (CA Bar #299923)
Ryan.Salzman@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Telephone:     (310) 203-4000
Facsimile:     (310) 229-1285
*Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>Community Provider of Enrichment Services, Inc. d/b/a CPES Inc., et al.,<br>EIN: 86-0804057<br><br>Novelles Developmental Services, Inc.<br>EIN: 27-5174435<br><br>CPES California, Inc.<br>EIN: 27-2315212<br><br>Debtors. | Lead Case No. 9:20-bk-10554-DS<br><br>Jointly Administered With:<br><br>Case No. 9:20-bk-10553-DS<br><br>Case No. 9:20-bk-10994-DS<br><br>Chapter 11 Cases<br><br>**NOTICE OF AUCTION FOR THE SALE OF CPES INC.'S ASSETS**<br><br>Related Docket Nos. 296, 386, 398, 399 |
| [ ] Affects all Debtors<br><br>[·] Community Provider of Enrichment Services, Inc. d/b/a CPES Inc.<br>[ ] Novelles Developmental Services, Inc.<br>[ ] CPES California, Inc.<br><br>Debtors and Debtors in Possession | |

      **PLEASE TAKE NOTICE** that, on October 5, 2020, the Court entered the *Order Granting Motion for Entry of (I) an Order (A) Authorizing and Approving the Debtor's Entry Into and Assumption of the Stalking Horse Asset Purchase Agreement, (B) Authorizing and Approving Bidding Procedures and Break-Up Fee, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing, and (E) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Determining Cure Amounts* [Docket. No. 386] (the "Bidding Procedures Order") approving, among other things, the Bidding Procedures and authorizing the Debtor to conduct an Auction for the sale of the Debtor's assets.[1]

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Bidding Procedures Order or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that on October 7, 2020, the Debtor filed the *Notice of Entered Bidding Procedures Order, Auction Date, and Sale Hearing* [Dkt. No. 398] (the "Sale Notice").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures, the Debtor will conduct the Auction on **October 15, 2020, beginning at 10:00 a.m. (prevailing Pacific Time) via Zoom.**[2]

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, Bidding Procedures, Sale Notice, and related documents are available free of charge on the Debtor's case website: www.bmcgroup.com/cpes.

| | |
|---|---|
| Dated: October 14, 2020 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br>By: */s/ Ryan M. Salzman*<br>Ryan M. Salzman (CA Bar #299923)<br>Ryan.Salzman@faegredrinker.com<br>Jeremy M. Pelphrey (CA Bar #249862)<br>Jeremy.Pelphrey@faegredrinker.com<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA  90067<br>Telephone: (310) 203-4000<br>Facsimile: (310) 229-1285<br><br>Vince Slusher (TX Bar # 00785480)<br>1717 Main Street, Suite 5400<br>Dallas, Texas 75201<br>Telephone: (469) 357-2500<br>Facsimile: (469) 327-0860<br>Vince.Slusher@faegredrinker.com<br>*Admitted Pro Hac Vice*<br><br>*Counsel for the Debtors and Debtors in Possession* |

---

[2] Zoom meeting information will be distributed to all Qualified Bidders prior to the Auction.