| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Brian J. Jackiw (6296807)<br>Tucker Ellis LLP<br>233 South Wacker Drive<br>Suite 6950<br>Chicago, IL 60606<br>Tel: (312) 624-6300<br>Fax: (312) 624-6309<br>Email: brian.jackiw@tuckerellis.com<br><br>*Attorney for:* Prudent Fiduciary Services, LLC and Miguel Paredes | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>Community Provider of Enrichment Services, Inc., d/b/a CPES Inc., et al.,<br><br><br><br>Debtor(s). | CASE NO.: 9:20-bk-10554-DS<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br><br><br>Plaintiff(s).<br>vs.<br><br><br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Brian J. Jackiw _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   Prudent Fiduciary Services, LLC and Miguel Paredes

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*        Page 1        **F 2090-1.2.APP.NONRES.ATTY**

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

    Tucker Ellis LLP
    233 South Wacker Drive, Suite 6950
    Chicago, IL 60606

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (s*pecify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):
    Supreme Court of Illinois (11/6/08); Northern District of Illinois (12/18/08); Central District of Illinois (8/27/15);
    Northern District of Indiana (3/28/13); Eastern District of Wisconsin (4/6/15); Western District of Wisconsin (10/20/17)

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California.  I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have  ☒ have not   been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

    I ☐ resigned  ☐ did not resign    while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

    Name of attorney (Designee):
    Chelsea Mikula

    Name and address of law firm, or residence address:
    Tucker Ellis LLP
    950 Main Ave., Suite 1100
    Cleveland, OH 44113

    Telephone number of law firm: (216) 592-5000

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                    Page 2                        **F 2090-1.2.APP.NONRES.ATTY**

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 10/23/2020

_____
Signature of applicant

Brian J. Jackiw
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 10/23/2020

_____
Signature of Designee

Chelsea Mikula
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                     Page 3                              **F 2090-1.2.APP.NONRES.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Tucker Ellis LLP, 950 Main Ave., Suite 1100, Cleveland, OH 44113

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/23/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kyra E Andrassy on behalf of Creditor CapGrow Holdings JV Sub III, LLC
   kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
Kyra E Andrassy on behalf of Creditor CapGrow Holdings JV Sub IV, LLC
   kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/23/2020 | Chelsea Mikula | /s/ Chelsea Mikula |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Lisa D Angelo on behalf of Interested Party Beazley Insurance Company
  langelo@murchisonlaw.com, cthomas@murchisonlaw.com
Lisa D Angelo on behalf of Interested Party Beazley Staff Underwriting Ltd
  langelo@murchisonlaw.com, cthomas@murchisonlaw.com
Lisa D Angelo on behalf of Interested Party Beazley USA Services, Inc
  langelo@murchisonlaw.com, cthomas@murchisonlaw.com
Lisa D Angelo on behalf of Interested Party Beazley Underwriting Ltd
  langelo@murchisonlaw.com, cthomas@murchisonlaw.com
Lisa D Angelo on behalf of Interested Party Beazley, PLC
  langelo@murchisonlaw.com, cthomas@murchisonlaw.com
Lisa D Angelo on behalf of Interested Party Certain Underwriters at Lloyd's London,
  langelo@murchisonlaw.com, cthomas@murchisonlaw.com
Lisa D Angelo on behalf of Interested Party Underwriters at Lloyd's, London, Truestees of Syndicate 623, 2623
  langelo@murchisonlaw.com, cthomas@murchisonlaw.com
Scott B Cohen on behalf of Creditor CTB AZ, LLC
  sbc@eblawyers.com, mkk@eblawyers.com
Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
  brian.fittipaldi@usdoj.gov
David R Johanson on behalf of Creditor Bob Bennetti
  djohanson@hpylaw.com, drubel@hpylaw.com;rthompson@hpylaw.com
David R Johanson on behalf of Creditor Charles Foust, Jr.
  djohanson@hpylaw.com, drubel@hpylaw.com;rthompson@hpylaw.com
David R Johanson on behalf of Creditor Linda Mariano
  djohanson@hpylaw.com, drubel@hpylaw.com;rthompson@hpylaw.com
David R Johanson on behalf of Creditor Linki Peddy
  djohanson@hpylaw.com, drubel@hpylaw.com;rthompson@hpylaw.com
Jennifer Kalvestran on behalf of Interested Party Arizona Department of Economic Security
  jkalvestran@gustlaw.com, spobrien@gustlaw.com
Kelsey L Maxwell on behalf of Interested Party Beazley Insurance Company
  kmaxwell@murchisonlaw.com
Chelsea Mikula on behalf of Creditor Prudent Fiduciary Services, LLC
  chelsea.mikula@tuckerellis.com, bethany.mackay@tuckerellis.com
Chelsea Mikula on behalf of Creditor Miguel Paredes
  chelsea.mikula@tuckerellis.com, bethany.mackay@tuckerellis.com
Roksana D. Moradi-Brovia on behalf of Health Care Ombudsman Timothy J Stacy
  roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;
  pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Roksana D. Moradi-Brovia on behalf of Interested Party Courtesy NEF
  roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;
  pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Sean P O'Brien on behalf of Interested Party Arizona Department of Economic Security
  spobrien@gustlaw.com
Steven P Ordaz on behalf of Interested Party BMC Group, Inc.
  sordaz@bmcgroup.com, tfeil@bmcgroup.com
Steven P Ordaz on behalf of Other Professional BMC Group, Inc.
  sordaz@bmcgroup.com, tfeil@bmcgroup.com
Agustin R Pina on behalf of Creditor 1814 Ogden, LLC
  pina@schinner.com
Ryan M Salzman on behalf of Debtor CPES California, Inc.
  ryan.salzman@faegredrinker.com, willie.ackart@faegredrinker.com;susan.carlson@faegredrinker.com
Ryan M Salzman on behalf of Debtor Community Provider of Enrichment Services, Inc.
  ryan.salzman@faegredrinker.com, willie.ackart@faegredrinker.com;susan.carlson@faegredrinker.com
Ryan M Salzman on behalf of Debtor Novelles Developmental Services, Inc.
  ryan.salzman@faegredrinker.com, willie.ackart@faegredrinker.com;susan.carlson@faegredrinker.com
United States Trustee (ND)
  ustpregion16.nd.ecf@usdoj.gov
Scott L Whitman on behalf of Creditor Flower Valley Plaza, LLC
  slw@mwlegal.com, holly@mwlegal.com
Scott L Whitman on behalf of Interested Party Courtesy NEF
  slw@mwlegal.com, holly@mwlegal.com

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                           Page 5                                               **F 2090-1.2.APP.NONRES.ATTY**

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA210758
Cashier ID: freas
Transaction Date: 10/13/2020
Payer Name: TUCKER ELLIS LLP

PRO HAC VICE
 For: BRIAN I. JACKIW
 Case/Party: D-CAC-2-21-AT-002021-001
 Amount:         $500.00

CHECK
 Check/Money Order Num: 4755
 Amt Tendered: $500.00

Total Due:       $500.00
Total Tendered:  $500.00
Change Amt:      $0.00

9:20-BK-10554-DS

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```