| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Chelsea Mikula (SBN 289330)<br>TUCKER ELLIS LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113<br>Tel: (216) 592-5000<br>Fax: (216) 592-5009<br>Email: chelsea.mikula@tuckerellis.com<br><br>Brian J. Jackiw (*pro hac vice pending*)<br>Tucker Ellis LLP<br>233 South Wacker Drive, Suite 6950<br>Chicago, IL 60606<br>Tel: (312) 624-6300<br>Fax: (312) 624-6309<br>Email: brian.jackiw@tuckerellis.com<br><br>☒ *Attorneys for*: Prudent Fiduciary Services. LLC and Miguel Paredes | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - Northern DIVISION**

| In re:<br><br>Community Provider of Enrichment Services, Inc., d/b/a CPES Inc., et al.,<br><br>                                             Debtor(s)<br><br>                                             Plaintiff(s)<br>vs.<br><br><br><br>                                             Defendant(s) | CASE NO.: 9:20-bk-10554-DS<br>CHAPTER: 11<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☐ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): Brian J. Jackiw

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

### 

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                     F 2090-1.2.ORDER.NONRES.ATTY

017266\000002\4877319.1