Roksana D. Moradi-Brovia (Bar No. 266572)
Matthew D. Resnik (Bar No. 182562)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
matt@RHMFirm.com

*Proposed Attorneys for*
Patient Care Ombudsman,
Timothy J. Stacy, DNP, ACNP-BC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | LEAD CASE NO. 9:20-bk-10554-DS |
| COMMUNITY PROVIDER OF ENRICHMENT SERVICES, INC., | Jointly administered with:<br>Case No. 9:20-bk-10553-DS and<br>Case No. 9:20-bk-10994-DS |
| Debtor. | Chapter 11 |
| NOVELLES DEVELOPMENTAL SERVICES, INC. | **NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2015.1(a) BY PATIENT CARE OMBUDSMAN** |
| Debtor. | |
| CPES CALIFORNIA, INC. | [NO HEARING REQUIRED] |
| Debtor. | |

PLEASE TAKE NOTICE THAT pursuant to Rule 2015.1(a) of the Federal Rules of Bankruptcy Procedure, Timothy J. Stacy, DNP, ACNP-BC, the Patient Care Ombudsman (the "PCO") appointed under Section 333 of the Bankruptcy Code in the above referenced Chapter 11 bankruptcy cases of Community Provider of Enrichment Services, Inc., Novelles Developmental Services, Inc., and CPES California, Inc. (collectively, the "Debtors"), made his written *Emergency Preliminary Report* to the Court

**RESNIK HAYES MORADI LLP**

regarding the quality of patient care provided to the patients of the Debtors on September 23, 2020 (Docket No. 354).

PLEASE TAKE FURTHER NOTICE THAT pursuant to 11 U.S.C. §333(b)(2), future reports will be filed at least every 60-days. *Future reports will similarly be in writing and filed with the Bankruptcy Court.*

Any party wishing to obtain a copy of any written report can contact counsel for the PCO whose name, address, phone number, electronic mail ("e-mail") address is shown on the top left-hand corner of this Notice. <u>The request may be made by e-mail and a copy will be provided by return e-email.</u>

PLEASE TAKE FURTHER NOTICE THAT the attached "NOTICE BY PATIENT CARE OMBUDSMAN" **<u>(see Exhibit "A")</u>** will be posted conspicuously at the Debtors' facilities.

Dated: October 23, 2020                                    **RESNIK HAYES MORADI LLP**

                                                                                    **By:    /s/ Roksana D. Moradi-Brovia**
                                                                                    **Roksana D. Moradi-Brovia**
                                                                                    **Matthew D. Resnik**
                                                                                    *Attorneys for*
                                                                                    Patient Care Ombudsman,
                                                                                    Timothy J. Stacy, DNP, ACNP-BC

# EXHIBIT A

# **NOTICE BY PATIENT CARE OMBUDSMAN**

Dr. Timothy J. Stacy, DNP, ACNP-BC has been appointed as the Patient Care Ombudsman (the "PCO") in the Chapter 11 bankruptcy cases of Community Provider of Enrichment Services, Inc., Novelles Developmental Services, Inc., and CPES California, Inc. (collectively, the "Debtors") [Case Nos. 9:20-bk-10554-DS, jointly administered with Case No. 9:20-bk-10553-DS and Case No. 9:20-bk-10994-DS], pursuant to Section 333 of the Bankruptcy Code.

The PCO will make reports to the Court regarding the quality of patient care provided to the patients of the Debtor. The first written report was made to the Bankruptcy Court on September 23, 2020. *Subsequent written reports will be made in 60-day intervals and will similarly be filed with the Bankruptcy Court.*

Any party wishing to obtain a copy of the written reports can contact counsel for the PCO, as follows. *The request may be made by e-mail and a copy will be provided by return e-mail.*

**Roksana D. Moradi-Brovia**
RESNIK HAYES MORADI LLP
17609 Ventura Blvd., Suite 314
Encino, CA 91316
Telephone: (818) 285-0100
Email: Roksana@RHMFirm.com

Any party wishing to contact the PCO with any concerns about patient care issues can contact him, as follows.

**Timothy J. Stacy, DNP ACNP-BC**
Telephone: (805) 208-0434
Email: tstacy@ucla.edu

**RESNIK HAYES MORADI LLP**