**FAEGRE DRINKER BIDDLE & REATH LLP**
JEREMY M. PELPHREY (CA Bar # 249862)
Jeremy.Pelphrey@faegredrinker.com
RYAN M. SALZMAN (CA Bar #299923)
Ryan.Salzman@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Telephone:     (310) 203-4000
Facsimile:      (310) 229-1285
*Counsel for the Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Community Provider of Enrichment Services, Inc. d/b/a CPES Inc., et al.,<br>EIN: 86-0804057<br><br>Novelles Developmental Services, Inc.<br>EIN: 27-5174435<br><br>CPES California, Inc.<br>EIN: 27-2315212<br><br>   Debtors.<br><br>[ ] Affects All Debtors<br><br>[•] Community Provider of Enrichment Services, Inc. d/b/a CPES Inc.<br><br>[ ] Novelles Developmental Services, Inc.<br><br>[ ] CPES California, Inc.<br><br>Debtors and Debtors in Possession | Lead Case No. 9:20-bk-10554-DS<br><br>Jointly Administered With:<br><br>Case No. 9:20-bk-10553-DS<br><br>Case No. 9:20-bk-10994-DS<br><br>Chapter 11 Cases<br><br>**STIPULATION BETWEEN DEBTOR AND CAPGROW HOLDINGS JV SUB IV LLC RELATED TO REJECTION OF PROPERTY LEASE AT 102 SHERWOOD DR, PAYSON, ARIZONA 85710** |

**PLEASE TAKE NOTICE** that Community Provider of Enrichment Services, Inc., ("CPES AZ") as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and CapGrow Holdings JV Sub IV LLC ("CapGrow," and collectively with the Debtors, the "Parties"), a counterparty-landlord, by and through their respective counsel, hereby stipulate and agree as follows:

## RECITALS

A. On April 24, 2020, Debtor commenced the above-captioned Chapter 11 Cases.

B. On October 15, 2020, Debtor filed its Motion for Entry of an Order Authorizing Debtors to Reject Certain Unexpired Real Property Lease Pursuant to 11 U.S.C. § 365 (the "Motion") [Dkt. 409].

C. As reflected on Exhibit A of the Motion, CapGrow is a counterparty-landlord for the Debtor's property lease (collectively, the "CapGrow Lease") at 102 Sherwood Dr, Payson, Arizona 85710.

D. The Parties entered into negotiations regarding the Motion and rejection of the CapGrow Lease and on October 16, 2020, Debtor and CapGrow entered into an agreement regarding the CapGrow Lease.

## AGREEMENT

NOW THEREFORE, the Parties hereto agree to as follows:

1. The rejection of the CapGrow Lease shall be effective as of October 31, 2020 (the "CapGrow Rejection Date").

2. Prior to the CapGrow Rejection Date, CPES AZ will pay $573.02 related to the CapGrow Lease for the period from April 24, 2020 through April 30, 2020, which amounts are entitled to administrative priority under section 503(b)(1) of the Bankruptcy Code.

3. After the CapGrow Rejection Date, CapGrow shall be granted relief from the automatic stay to apply all security deposits related to the CapGrow Lease in its possession (the "CapGrow Lease Security Deposit") against its pre-petition damages and rejection damages claims related to the CapGrow Lease (in the aggregate, the "CapGrow Lease Claim"), provided that the CapGrow Lease Claim exceeds the CapGrow Lease Security Deposit. In the event that the CapGrow Lease Claim is less than the CapGrow Lease Security Deposit, CapGrow may only apply the CapGrow Lease Security

Deposit in the amount of the CapGrow Lease Claim.  CapGrow will provide a draft calculation of the CapGrow Lease Claim to CPES AZ on or prior to December 1, 2020.

**IT IS SO STIPULATED.**

Dated: October 28, 2020						**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ Ryan M. Salzman
Ryan M. Salzman (CA Bar #299923)
Ryan.Salzman@faegredrinker.com
Jeremy M. Pelphrey (CA Bar #249862)
Jeremy.Pelphrey@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Vince Slusher (admitted *pro hac vice*)
1717 Main Street, Suite 5400
Dallas, Texas 75201
Telephone: (469) 357-2500
Facsimile: (469) 327-0860
Vince.Slusher@faegredrinker.com

*Counsel for the Debtors and Debtors in Possession*

Dated: October _____, 2020					**LEVENFELD PEARLSTEIN, LLC**

By: _____
Sean P. Williams (IL Bar # 6314275)
swilliams@lplegal.com
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
Telephone: (312) 476-7531

*Counsel for CapGrow Holdings JV Sub IV LLC*

Deposit in the amount of the CapGrow Lease Claim. CapGrow will provide a draft calculation of the CapGrow Lease Claim to CPES AZ on or prior to December 1, 2020.

**IT IS SO STIPULATED.**

Dated: October [____], 2020

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ _____
Ryan M. Salzman (CA Bar #299923)
Ryan.Salzman@faegredrinker.com
Jeremy M. Pelphrey (CA Bar #249862)
Jeremy.Pelphrey@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Vince Slusher (admitted *pro hac vice*)
1717 Main Street, Suite 5400
Dallas, Texas 75201
Telephone: (469) 357-2500
Facsimile: (469) 327-0860
Vince.Slusher@faegredrinker.com

*Counsel for the Debtors and Debtors in Possession*

Dated: October [26], 2020

**LEVENFELD PEARLSTEIN, LLC**

By: _____
Sean P. Williams (IL Bar # 6314275)
swilliams@lplegal.com
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
Telephone: (312) 476-7531

*Counsel for CapGrow Holdings JV Sub IV LLC*