| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

| In re: | CASE NO.: |
|---|---|
| | ADVERSARY NO.: |
| | CHAPTER: |
| Debtor(s). | |
| vs.  Plaintiff(s).  Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**  [No hearing required per LBR 2090-1(b)(6)] |

1.  I, _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):


2.  I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.  I am a lawyer with the following law firm (*specify name and address of law firm*):

4.  I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (s*pecify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

5.  I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California.  I am not currently suspended or disbarred in any court.

6.  I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|-------|-------------|-----------------|---------------------|----------------------------|
|       |             |                 |                     |                            |

7.  I  ☐ have  ☐ have not   been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

_____
_____
_____
_____
_____
_____
_____

I  ☐ resigned  ☐ did not resign    while disciplinary proceedings were pending.

8.  I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9.  I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

Name of attorney (Designee):

Name and address of law firm, or residence address:

Telephone number of law firm:

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                        Page 2                           **F 2090-1.2.APP.NONRES.ATTY**

10.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: _____

_____
Signature of applicant


_____
Printed name of applicant


**CONSENT OF DESIGNEE**

I consent to the foregoing designation.


Date: _10/28/2020_

 /s/ Gary Owen Caris_____
Signature of Designee


_____
Printed name of Designee


This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                    Page 3                          **F 2090-1.2.APP.NONRES.ATTY**

**Mark R. Owens**

**Jurisdictions admitted to Practice Law**

| Jurisdiction | Bar Number | Admission Date |
|---|---|---|
| Supreme Court of Pennsylvania Admitted | 83895 | October 25, 1999 |
| United States District Court for the Middle District of Pennsylvania | 83895 | December 16, 1999 |
| United States Bankruptcy Court for the Middle District of Pennsylvania | 83895 | December 16, 1999 |
| United States District Court for the Eastern District of Pennsylvania | 83895 | September 11, 2000 |
| United States Bankruptcy Court for the Eastern District of Pennsylvania | 83895 | September 11, 2000 |
| Supreme Court of New Jersey Admitted | 009112002 | May 9,  2002 |
| United States District Court for the District of New Jersey | 009112002 | June 28, 2002 |
| United States Bankruptcy Court for the District of New Jersey | 009112002 | May 9, 2002 |
| Supreme Court of Delaware Admitted | 4364 | July 8, 2003 |
| United States District Court for the District of Delaware | 4364 | July 8, 2003 |
| United States Bankruptcy Court for the District of Delaware | 4364 | July 8, 2003 |
| United States Court of Appeals for the Third Circuit | N/A | May 23, 2000 |
| United States District Court for the Southern District of New York | MO9742 | Jan. 11, 2005 |
| United States Bankruptcy Court for the Southern District of New York | MO9742 | Jan. 11, 2005 |
| United States District Court for the Eastern District of New York | MO9742 | Jan. 11, 2005 |
| United States Bankruptcy Court for the Eastern District of New York | MO9742 | Jan. 11, 2005 |
| Supreme Court of Indiana Admitted | 26195-49 | July 2006 |
| United States District Court for the Southern District of Indiana | 83895* | Feb. 23, 2006 |
| United States Bankruptcy Court for the Southern District of Indiana | 83895* | Feb. 23, 2006 |
| United States District Court for the Northern District of Indiana | 26195-49 | April 12, 2007 |
| United States Bankruptcy Court for the Northern District of Indiana | 26195-49 | April 12, 2007 |

*Uses Pa Bar Number

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mark R. Owens (Indiana Bar No. #26195-49)<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>Telephone:  (317) 231-7459<br>Facsimile:  (317) 231-7433<br>E-Mail:  mark.owens@btlaw.com<br><br>*Attorney for:* ResCare Arizona, Inc. | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| In re:<br>COMMUNITY PROVIDER OF ENRICHMENT SERVICES, INC. d/b/a CPES INC., et al., EIN: 86-0804057<br>NOVELLES DEVELOPMENTAL SERVICES, INC., EIN: 27-5174435<br>CPES CALIFORNIA, INC., EIN: 27-2315212,<br><br>                                                     Debtor(s). | CASE NO.:.  9:20-bk-10554-DS<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| PAID<br>OCT 2 8 2020<br>Clerk, US District Court<br>COURT 4612<br><br>                                                     Plaintiff(s).<br>                         vs.<br><br><br><br><br>                                                     Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

1.  I, <u>Mark R. Owens</u>_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

    ResCare Arizona, Inc.

2.  I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                     Page 1                                     **F 2090-1.2.APP.NONRES.ATTY**

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA213676
Cashier ID: rscash
Transaction Date: 10/28/2020
Payer Name: LEGAL SUPPORT
------------------------------------
PRO HAC VICE
  For: MARK R OWENS
  Case/Party: D-CAC-2-21-AT-002021-001
  Amount:        $500.00
------------------------------------
CHECK
  Check/Money Order Num: 1031823
  Amt Tendered: $500.00
------------------------------------
Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00

BARNES & THORNBURG LLP

11 SOUTH MERIDIAN STREET

INDIANAPOLIS, INDIANA 46204


ATTORNEY: MARK R.OWENS


CASE NO: 9:20-bk-10554-DS

ADVERSARY NO: None


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/28/2020____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[x]  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ]  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ]  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/2020 | | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;
  gcruz@swelawfirm.com; jchung@swelawfirm.com
- Lisa D Angelo    langelo@murchisonlaw.com, cthomas@murchisonlaw.com
- Scott B Cohen    sbc@eblawyers.com, mkk@eblawyers.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- David R Johanson    djohanson@hpylaw.com, drubel@hpylaw.com;rthompson@hpylaw.com
- Jennifer Kalvestran    jkalvestran@gustlaw.com, spobrien@gustlaw.com
- Kelsey L Maxwell    kmaxwell@murchisonlaw.com
- Chelsea Mikula    chelsea.mikula@tuckerellis.com, bethany.mackay@tuckerellis.com
- Roksana D. Moradi-Brovia    roksana@rhmfirm.com, matt@rhmfirm.com; janita@rhmfirm.com;
  susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com;
  russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
- Sean P O'Brien    spobrien@gustlaw.com
- Steven P Ordaz    sordaz@bmcgroup.com, tfeil@bmcgroup.com
- Agustin R Pina    pina@schinner.com
- Ryan M Salzman    ryan.salzman@faegredrinker.com, willie.ackart@faegredrinker.com;
  susan.carlson@faegredrinker.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Scott L Whitman    slw@mwlegal.com, holly@mwlegal.com

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 5                          **F 2090-1.2.APP.NONRES.ATTY**