| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mark R. Owens (Indiana Bar No. #26195-49)<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>Telephone:  (317) 231-7459<br>Facsimile:  (317) 231-7433<br>E-Mail:  mark.owens@btlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:*  ResCare Arizona, Inc. |  |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>COMMUNITY PROVIDER OF ENRICHMENT SERVICES, INC. d/b/a CPES INC., et al., EIN: 86-0804057<br><br>NOVELLES DEVELOPMENTAL SERVICES, INC., EIN: 27-5174435<br><br>CPES CALIFORNIA, INC., EIN: 27-2315212,<br><br>                                                          Debtor(s) | CASE NO.: 9:20-bk-10554-DS<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  *(title of motion[1])*: APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)] |

PLEASE TAKE NOTE that the order titled ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]

was lodged on (*date*)  10/28/2020        and is attached.  This order relates to the motion which is docket number  423.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mark R. Owens (Indiana Bar No.: 26195-49)<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>Telephone:  (317) 231-7459<br>Facsimile:  (317) 231-7433<br>E-Mail:  mark.owens@btlaw.com<br><br>☒ *Attorney for*:  ResCare Arizona, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*NORTHERN* DIVISION**

| In re:<br><br>COMMUNITY PROVIDER OF ENRICHMENT SERVICES, INC. d/b/a CPES INC., et al., EIN: 86-0804057<br><br>NOVELLES DEVELOPMENTAL SERVICES, INC., EIN: 27-5174435<br><br>CPES CALIFORNIA, INC., EIN: 27-2315212,<br><br>                                        Debtor(s) | CASE NO.: 9:20-bk-10554-DS<br>CHAPTER: 11<br>ADVERSARY NO.: |
|---|---|
| | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| <br>                                        Plaintiff(s)<br><br>                         vs.<br><br>                                        Defendant(s) | [No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒    The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Mark R. Owens

☒    Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

                                        ###

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 BARNES & THORNBURG LLP

 2029 Century Park East, Suite 300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____10/28/2020____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/2020 | Stephanie L. Moore | /s/  Stephanie L. Moore |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 2                              **F 9021-1.2.BK.NOTICE.LODGMENT**

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- Lisa D Angelo    langelo@murchisonlaw.com, cthomas@murchisonlaw.com
- Scott B Cohen    sbc@eblawyers.com, mkk@eblawyers.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- David R Johanson    djohanson@hpylaw.com, drubel@hpylaw.com;rthompson@hpylaw.com
- Jennifer Kalvestran    jkalvestran@gustlaw.com, spobrien@gustlaw.com
- Kelsey L Maxwell    kmaxwell@murchisonlaw.com
- Chelsea Mikula    chelsea.mikula@tuckerellis.com, bethany.mackay@tuckerellis.com
- Roksana D. Moradi-Brovia    roksana@rhmfirm.com, matt@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
- Sean P O'Brien    spobrien@gustlaw.com
- Steven P Ordaz    sordaz@bmcgroup.com, tfeil@bmcgroup.com
- Agustin R Pina    pina@schinner.com
- Ryan M Salzman    ryan.salzman@faegredrinker.com, willie.ackart@faegredrinker.com; susan.carlson@faegredrinker.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Scott L Whitman    slw@mwlegal.com, holly@mwlegal.com