# EXHIBIT A

**DECLARATION OF NICOLETTE FIDEL IN SUPPORT OF:**

**ARIZONA DEPARTMENT OF ECONOMIC SECURITY, DIVISION OF DEVELOPMENTAL DISABILITIES' ("DES-DDD") OBJECTION TO THE SALE OF CPES HOMES TO NON-DES-DDD DESIGNATED VENDORS AND OBJECTION TO DECLARATION OF JEFFREY R. MANNING IN SUPPORT OF DEBTOR CPES INC.'S ASSET SALE UNDER SECTION 363 OF THE BANKRUPTCY CODE AND IN SUMMARY OF THE OCTOBER 15, 2020 AUCTION [DOC. 412]**

I, Nicolette Fidel, state as follows:

1. I am over the age of 18 and competent to testify and make this Declaration.

2. The matters stated in this Declaration are based upon my own personal knowledge or information obtained during my work as the Deputy Assistant Director, Network Operations for the Arizona Department of Economic Security, Division of Developmental Disabilities ("DES-DDD"), or upon information provided to me by others in the course of my work as the Deputy Assistant Director, Network Operations of DES-DDD.

3. Before the virtual auction held by on October 15, 2020, by Community Provider of Enrichment Services, Inc. d/b/a CPES Inc. ("CPES"), DES-DDD executed its well-established qualified vendor matching and member selection procedures to determine who would take over the Medicaid-reimbursed care and service for the vulnerable, developmentally disabled DES-DDD members ("Members") residing in each CPES group home. This is a process DES-DDD follows when it learns that an existing qualified vendor providing authorized services to DES-DDD members under a DES-DDD Qualified Vendor Agreement ("QVA") intends to leave the DES-DDD QVA network and stop providing services to DES-DDD eligible Members. The QVA executed by CPES and by which it is bound to DES-DDD specifically contemplates the implementation of a transition process and requires cooperation by CPES.

4. The well-established member-driven selection process set up by DES-DDD

3896928.2

1

when it needs to transfer services to a new qualified vendor includes an inquiry about the needs and conditions of the Members being served in the group homes and the qualifications, experience, size, resources and reliability of the qualified vendors who express interest and capacity to serve new members.

5. The DES-DDD team initiated its vendor replacement and transition process as soon as it learned earlier in 2020 that CPES intended to leave the DES-DDD qualified vendor network and stop performing services for DES-DDD members. The DES-DDD began transitioning the CPES non-group home line of business using the DES-DDD transition process as early as May 5, 2020. The DES-DDD team began meeting with CPES's leadership to finish the non-group home service transition and begin planning for the group home transition on June 8, 2020. To the best of my knowledge this was before DES-DDD was made aware of any proposal by CPES to conduct an auction of the group home leases and personal property it was using to serve DES-DDD members.

6. Following its standard protocols, DES-DDD through its case management staff and using its established service planning processes, assesses each Member receiving group home serves each 90 days for the exact physical and psychological conditions, disabilities, health issues, treatment and service needs, enrichment needs, and behavioral challenges, risks and triggers of each member. DES-DDD was able to bring that member-specific information into the process for identifying appropriate vendors to transition services to from CPES.

7. On June 8, 2020, DES-DDD placed a "Vendor Call" to interested, existing qualified vendors with capacity, ability, and willingness to undertake services for the Members being served by CPES. DES-DDD then held a vendor meeting with interested vendors and CPES representatives to outline the collective needs of the population and explain the requirements of DES-DDD for ensuring Members stay in the current homes with current staff. DES-DDD provided the interested vendors guidance about responding

3896928.2

1 with more specific information in a second vendor call which was sent on July 2, 2020.

8. The qualified vendors who responded to each of the two Vendor Calls were assessed by DES-DDD officials experienced in member care and vendor operations, quality control and compliance to see that they met the requirements outlined in the vendor call(s) to support the needs of those Members whose servicing they had expressed interest in. Only those that met the requirements were notified that they could continue through the Member-selection process.

9. Then, to encourage and facilitate an informed selection by Member family and guardians of the most appropriate vendors for their Members, DES-DDD afforded all potentially appropriate and capable vendors who had answered the Vendor Call the opportunity to present their qualifications, advantages, service model, and portfolio of services to the Members' guardians/family. DES-DDD officials were available to provide input, coordinate with and answer questions and obtain information for the concerned Members, families, and guardians.

10. The Members' responsible family members and guardians then engaged in a process to rank prospective vendors and select the vendor the Member or family and guardians of members living together wanted to take over care for their Members from CPES.

11. Based on the selections by Members, families, and guardians, DES-DDD issued service award letters telling those selected qualified vendors of their designations to transition servicing of specific Members in CPES group homes.

12. Under the requirements of the QVA between DES-DDD and CPES, CPES is expected to make provisions for continuing all management/administrative services until the transition of members is completed and all other requirements of their Qualified Vendor Agreement are satisfied. To meet this obligation, CPES agreed to negotiate in good faith with the new DES-DDD designated vendors over the sale of personal property

(including furnishings, equipment, consumables, and vehicles) ("Personal Property") associated with the group homes housing the Members designated to be served by each vendor. And, DES-DDD requires CPES to facilitate and cooperate in negotiations between the new qualified vendors selected by the DES-DDD member guardians and family and the landlords for the CPES group homes in which each such vendor's designated Members are residing.

13. CPES has asserted to DES-DDD that it has complied with its obligations under the QVA and facilitated these separate negotiations. DES-DDD understands from separate and ongoing communications with its vendors and counsel for CPES that separate negotiations with the DES-DDD designated vendors, apart from the auction process, only commenced in earnest shortly before the auction, but they have been ongoing and many of them appear to be making substantial progress toward agreement on terms between the DES-DDD designated vendor and the relevant CPES landlords and/or on terms for acquisition by various DES-DDD designated vendors of certain Personal Property used in connection with the CPES group homes. DES-DDD continues to monitor the progress of these negotiations.

14. The Court's authorization of the separate auction process after the Member-driven selection process had taken place and after DES-DDD had issued its service awards based on Members' family and guardian choice has proven confusing to the designated vendors. Based on communications between my staff and some of the DES-DDD designated vendors, both before and after the auction, I understand that some of the DES-DDD designated vendors were uncertain if they needed to bid at the auction to maintain their designation by DES-DDD or uncertain whether the auction process would supersede the DES-DDD designations somehow.

15. Some, but not all, of the DES-DDD designated vendors participated in bidding at the October 15, 2020 virtual auction.

3896928.2

4

16. The "Stalking Horse Bidder" for the CPES auction is CTB AZ, LLC. That entity does not have an approved and active QVA with DES-DDD. Therefore CTB AZ, LLC could not be, and therefore was not, selected by any of the responsible Member family or guardians as the next qualified vendor for their Member. CTB AZ, LLC was therefore also not the recipient of a service award letter from DES-DDD designating CTB AZ, LLC as the next service provider for the Members in the group homes for which they are the highest or back up bidder. Based on my understanding of the law, policies and procedures governing the DES-DDD QVA program, DES-DDD could not legally authorize CTB AZ, LLC at this time or any prior time to perform any of the Medicaid-reimbursable services to which the Members being served by CPES are entitled. Again, based on my understanding of the relevant law, regulations, and policies, DES-DDD could not lawfully pay CTB AZ, LLC to provide any Medicaid-reimbursable services to which the Members being served by CPES are entitled.

17. It is the Members' responsible family and guardians that make the ultimate selection of the new qualified vendor to provide services to their Member. The Arizona DES-DDD Medicaid services program is a member-directed system that requires DES-DDD to honor the choice of qualified vendors made by members and their responsible family or public fiduciary guardians.

18. ResCare is an example of an entity with an existing DES-DDD QVA that indicated in response to the Vendor Call its interest in serving all of the DES-DDD members served by CPES across the State of Arizona. I confirmed that ResCare had an opportunity to present information about its resources, operations, plans and services to the responsible family members and guardians for the Members served by CPES before those family members and guardians made their selection decisions for a new vendor. ResCare was not ultimately selected as the new vendor for all the Members served by CPES despite their opportunity to be considered by all such Members, responsible family

3896928.2

5

members and guardians. ResCare was selected by some Members, family members, and guardians to be the new vendor for their Members.

19. Attached to this Declaration as Exhibit 1 is a copy of a modified version of the auction bid spreadsheet produced to DES-DDD by CPES's auctioneer. For ease of reference, I have added a column and coloring to the spreadsheet to show: (1) which group homes that were the subject of the auction received high bids from the qualified vendor DES-DDD had designated to take over servicing of the Members in that home (designated by a "Y" in the column entitled "Match" and a dark green overlay); (2) which group homes received high bids from an entity other than the qualified vendor previously designated by DES-DDD for the care of members in that home (designated with the letter "N" in the column entitled "Match" and a red overlay; and (3) the group homes run by CPES for which no bids were submitted (designated with the words "No Bid" in the column entitled "Match" and with a light green overlay).

20. As part of its responsibilities, DES-DDD continues to monitor and assess the appropriateness of each vendor selected by the Member family members and guardians who have received the DES-DDD service award letters. To the extent DES-DDD determines from its ongoing monitoring and analysis that a vendor does not meet the requirements for servicing of a Member or Members, DES-DDD can and will take appropriate actions. However, DES-DDD has determined that except where its ongoing monitoring of vendor performance and qualifications provides cause to suspend or withdraw a service authorization or service award letter, or to recommend to member family or guardians selection of a different vendor, DES-DDD intends to support and follow through on the selections made by its member families and guardians as reflected in the service award letters. DES-DDD does not intend to reverse or terminate or reconsider those selection decisions unless provided cause to do so by actions or inactions of the vendor itself or other factors that must be considered under the governing law,

3896928.2

regulations, rules and policies. The fact alone that an alternative vendor or vendors exist is not an appropriate reason for DES-DDD to change its service award letter decisions or make any recommendations to Member family or guardians about considering a change in the designated vendors.

21. CPES has informed DES-DDD that it will terminate operations of its Arizona group homes and stop all servicing of DES-DDD members by December 31, 2020. Based on my experience with member service transitions, I am very concerned that DES-DDD and the selected new vendors may be unable to complete all efforts needed to finalize the member transitions by that time. For instance, the transition process will require that all new vendors who will be providing services in the CPES group homes to obtain a separate group home license from the Arizona Department of Health Services ("ADHS"). The ADHS licensing will require the vendors to have their lease arrangements confirmed. The new vendors will also need to obtain Home and Community Based Certification from DES-DDD, monitoring from DDD Quality Assurance, and provider enrollment from the Arizona Health Care Cost Containment System ("AHCCCS"). Though DES-DDD and its state agency partners will work to expedite these steps, without nearly immediate resolution of the negotiations by the new designated DES-DDD vendors and CPES and its landlords, it will be unlikely, if not impossible, to complete the vendor transition before CPES ends operations.

22. I also understand from CPES that it will no longer have insurance required by its QVA after December 31, 2020. The lack of insurance for a group home operation creates significant risks of harm and liability that are unacceptable to DES-DDD and the Members served in the group homes. It is critical, then, that DES-DDD have either new vendors fully on board and authorized or arrange alternative insurance coverage before December 31, 2020.

23. I believe it is imperative given the concerns stated above that the Court

3896928.2

7

provide all possible assistance to encourage that CPES cooperate to complete negotiations with the DES-DDD designated vendors that could allow those vendors to keep the Members that they will be serving in their current group home locations and facilitate all transitions as quickly as possible.

24. I have read the Declaration of Jeffrey Manning filed in this case on October 19, 2020, and I take exception to statements and implications that DES-DDD has not operated appropriately, has failed to engage in any appropriate and necessary discussions or vendor selection processes, or has sowed confusion among the vendor community. Instead, I have learned through the communications my team and I have had with DES-DDD designated vendors that substantial confusion was created by initiating the auction process amidst the standard vendor selection and transition process followed by DES-DDD. Contrary to the suggestions made in Mr. Manning's declaration, DES-DDD has acted with purpose, promptly and conscientiously to protect and serve the vulnerable Members in the care of CPES group homes, and has properly pursued the established legal and procedural processes that have been structured to provide maximum protection and service to the individual Members.

25. I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

SIGNED this 28 day of October, 2020.

_____
Nicolette Fidel

3896928.2

8

# EXHIBIT 1



| # | DDD District | DDD Designate | Opening Bid | Bidder | Match | Back Up Bidder | Bidder | Street Address | City | Zip | County | House Name | Bedrooms | Max Capacity | Current Census | Vacancy | Staffing Range | Landlord | Monthly Rent | Cure Cost | Vehicle Make/Model | VIN# | Approx Mileage | Est. KBB Value | Leased/Owned | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Central | Active Friendly | $ 10,000.00 | CTB | n | | | 1716 W Sequoia Dr # A | Phoenix | 85027 | Maricopa | Huntington A | 3 | 3 | 3 | 0 | 12 | CapGrow | $ 2,099 | $ 2,058 | 2016 Dodge Caravan | 2C4RDGBG1GR263516 | 71350 | $ 8,150 | Leased | No wheelchair |
| 2 | Central | Active Friendly | | CTB | n | | | 1716 W Sequoia Dr # B | Phoenix | 85027 | Maricopa | Huntington B | 0 | 0 | 0 | 0 | Included in Huntington A Matrix | CapGrow | shared with Huntington A | | | | | See Huntington A | | |
| 3 | Central | Active Friendly | $ 28,000.00 | ResCare | n | $ 26,000.00 | Prd Choice | 3072 W. Patrick lane | Phoenix | 85027 | Maricopa | North Haven | 3 | 3 | 3 | 0 | 17 | CapGrow | $ 2,349 | $ 2,303 | 2017 Dodge Grand Caravan | 2C4RDGCG4ER290530 | 130274 | $ 5,750 | Leased | No wheelchair |
| 4 | Central | Advanced Supported | $ 10,000.00 | ResCare | n | | | 4108 E. Coronado Rd | Phoenix | 85008 | Maricopa | Quail Point Ctr | 3 | 3 | 3 | 0 | 12 | CapGrow | $ 2,548 | $ 2,498 | 2015 Dodge Grand Caravan | 2C4RDGCG5FR555764 | 133592 | $ 6,775 | Leased | No Wheelchair |
| 5 | Central | AJ's Safe Place | $ 18,000.00 | ResCare | n | $ 13,000.00 | Prd Choice | 916 W Saint Charles Ave | Phoenix | 85041 | Maricopa | Mohria II | 3 | 3 | 3 | 0 | 10 | Caldwell | $ 1,144 | $ 1,147 | 2013 Dodge Grand Caravan | 2C4RDGCG6DR770793 | 66347 | $ 3,550 | Leased | No wheelchair |
| 6 | Central | Cornerstone | $ 16,000.00 | CTB | n | $ 15,000.00 | Prd Health | 1124 E. Lodge Dr | Tempe | 85283 | Maricopa | Lodge | 3 | 3 | 1 | 2 | 24 | JE Towns | $ 1,300 | $ 1,300 | 2015 Ford Transit-350 | 1FBVU4XG6FKA63433 | 18402 | $ 22,850 | Leased | No wheelchair |
| 7 | Central | Active Friendly | $ 22,000.00 | CTB | n | $ 21,000.00 | Prd Health | 1909 E. Carson Dr. | Tempe | 85282 | Maricopa | Labelle | 3 | 3 | 3 | 0 | 15 | Gittelman | $ 1,250 | $ 1,250 | 2017 Dodge Grand Caravan | 2C4RDGBG9HR853769 | 18402 | $ 12,475 | Leased | No wheelchair |
| 8 | Central | On Angel's Wings | | CTB | n | | | 5255 S. Mill Ave | Tempe | 85283 | Maricopa | Freedom | 3 | 3 | 2 | 1 | 10 | W.Siegal | $ 1,527 | $ 1,527 | | | 106255 | $ 12,475 | Leased | No Wheelchair |
| 9 | Central | Healthy Homes | $ 12,000.00 | ResCare | n | $ 11,000.00 | Prd Health | 6445 S. Maple # 1017 | Tempe | 85283 | Maricopa | Eliotts Crossing 1017 | 2 | 2 | 1 | 1 | 6 | La Estania | $ 1,300 | $ 1,297 | 2017 Dodge Grand Caravan | 2C4RDGBG5HR853767 | 106255 | $ 11,325 | Leased | No wheelchair |
| 10 | Central | Healthy Homes | | ResCare | n | | | 6445 S. Maple #1019 | Tempe | 85283 | Maricopa | West 1019 | 2 | 2 | 1 | 1 | 5 | La Estania | $ 1,427 | $ 1,296 | 2017 Dodge Grand Caravan | 2C4RDGBG1HR802895 | 106255 | $ 7,850 | Leased | No wheelchair |
| 11 | Central | Vema Corp | | ResCare | n | | | 6445 S. Maple #1031 | Tempe | 85283 | Maricopa | Elliotts Crossing 1031 | 2 | 1 | 1 | 1 | 6 | La Estania | $ 1,300 | $ 1,296 | | | 78760 | $ 7,850 | Leased | No wheelchair |
| 12 | East | AHCCMS | $ 22,000.00 | CTB | n | $ 21,000.00 | Hatch Haven | 1720 E Tulsa St | Chandler | 85225 | Maricopa | Longmore | 4 | 3 | 3 | 0 | 19 | Longmore | $ 1,320 | $ 1,320 | 2019 Dodge Grand Caravan | 2C4RDGBG7KR503998 | 13066 | $ 15,225 | Leased | No wheelchair |
| 13 | East | ResCare | $ 25,000.00 | ResCare | y | $ 23,000.00 | CTB | 1960 N Hamilton Pl | Chandler | 85225 | Maricopa | Hamilton | 4 | 3 | 3 | 0 | 18 | D. Volkman | $ 1,877 | $ 1,776 | 2019 Dodge Grand Caravan | 2C4RDGBG4KR789874 | #NA | $ 15,725 | Leased | No wheelchair |
| 14 | East | Hatch Haven | $ 24,000.00 | ResCare | n | $ 23,000.00 | CTB | 2107 W El Alba Way | Chandler | 85224 | Maricopa | Val Vista | 4 | 4 | 2 | 2 | 12 | J. Swans | $ 1,673 | $ 1,672 | 2013 Dodge Grand Caravan | 2C4RDGCG6DR739141 | 125009 | $ 3,800 | Leased | No wheelchair |
| 15 | East | ResCare | $ 32,000.00 | ResCare | y | $ 30,000.00 | CTB | 1142 E San Pedro Ave | Gilbert | 85234 | Maricopa | Cactus | 4 | 3 | 3 | 0 | 19 | Golba | $ 1,396 | $ 1,396 | 2011 Toyota Sienna | 5TDZK3DC3BS017091 | 151731 | $ 2,863 | Leased | No wheelchair |
| 16 | East | Res Care | $ 30,000.00 | ResCare | y | $ 28,000.00 | CTB | 1509 S Winthrop | Mesa | 85206 | Maricopa | West Monte | 4 | 4 | 4 | 0 | 15 | CapGrow | $ 2,505 | $ 2,456 | 2015 Dodge Grand Caravan | 2C4RDGBG2FR728576 | 46662 | $ 7,850 | Leased | No wheelchair |
| 17 | East | Res Care | $ 30,000.00 | ResCare | y | $ 29,000.00 | CTB | 614 W Portobello Ave | Mesa | 85210 | Maricopa | North Palms | 4 | 3 | 3 | 0 | 16 | CapGrow | $ 2,522 | $ 2,473 | 2011 Dodge Grand Caravan | 2D4RN5D13AR484670 | 162521 | $ 2,400 | Owned | |
| 18 | East | Healthy Homes | $ 12,000.00 | CTB | n | $ 11,000.00 | RISE | 7953 E Onza Ave | Mesa | 85212 | Maricopa | Shavon | 3 | 3 | 2 | 1 | 10 | CapGrow | $ 2,358 | $ 2,312 | 2011 Toyota Camry LE | 4T1BF3EK4BU596594 | 267660 | | | No Wheelchair |
| 19 | East | On Angel's Wings | $ 23,000.00 | ResCare | n | $ 22,000.00 | CTB | 7740 E Olla Ave | Mesa | 85212 | Mesa | Juniper | 3 | 3 | 2 | 1 | 10 | CapGrow | $ 2,488 | $ 2,439 | 2010 Chrsyler Town&Country | 2A4RR5D12AR461344 | 184067 | $ 1,000 | Owned | No wheelchair |
| 20 | North | RISE | $ 10,000.00 | RISE | y | | | 8132 W Sepia Rd | Payson | 85541 | Gila | Hildalgo | 3 | 3 | 2 | 1 | 20 | H.Dumitru | $ 1,100 | $ 1,100 | 2018 Dodge Grand Caravan | 2C7WDGBGXJR243214 | 3904 | $ 13,675 | Leased | Wheelchair |
| 21 | South | RISE | $ 10,000.00 | RISE | y | | | 110 Ocotillo St | Bisbee | 85603 | Cochise | Casa Alegre | 4 | 4 | 4 | 0 | 12 | N. Alvarex | $ 975 | $ 975 | 2014 Dodge Grand Caravan | 2C4RDGCG6ER477669 | 113283 | $ 4,525 | Leased | No wheelchair |
| 22 | South | AIRES | $ 10,000.00 | AIRES | y | | | 2116 E 8th St | Douglas | 85607 | Cochise | Hobbit | 4 | 3 | 3 | 0 | 11 | CapGrow | $ 1,260 | $ 1,235 | 2016 Nissan Altima | 1N4AL3AP3GC215993 | 59092 | $ 10,572 | Owned | Wheelchair |
| 23 | South | RISE | $ 10,000.00 | RISE | y | | | 660 E 16th St | Douglas | 85607 | Cochise | Paradise | 3 | 3 | 2 | 1 | 10 | | $ 850 | $ 850 | 2015 Dodge Grand Caravan SE | 2C4RDGBG8FR571283 | 99924 | $ 4,950 | Leased | No wheelchair |
| 24 | South | RISE | $ 10,000.00 | RISE | y | | | 1249 Andrea Dr. | Sierra Vista | 85635 | Cochise | Respite House | 4 | 4 | 3 | 1 | 12 | CapGrow | $ 1,424 | $ 1,396 | 2016 Dodge Grand Caravan | 2C4RDGCGXGR311450 | 93039 | $ 7,625 | Leased | Wheelchair |
| 25 | South | RISE | $ 10,000.00 | RISE | y | | | 2942 Golden Eagle Dr | Sierra Vista | 85650 | Cochise | Casa San Pedro | 4 | 4 | 3 | 1 | 16 | Aurora | $ 1,357 | $ 1,300 | 2013 Dodge Grand Caravan | 2C4RDGCG9DR628034 | 93993 | $ 4,375 | Leased | Wheelchair |
| 26 | South | Advanced Supported | No Bid | | no bid | | | 1005 W Granada St | Willcox | 85643 | Cochise | Casas Lindas | 4 | 4 | 2 | 2 | 14 | L. Childress | $ 725 | $ 725 | 2018 Nissan Sentra | 3N1AB7AP0JY214077 | 69469 | $ 11,422 | Titled recently signed off | Wheelchair |
| 27 | South | Danville Services | No Bid | | no bid | | | 1210 S Heritage Pl | Safford | 85546 | Graham | Heritage Place | 4 | 4 | 4 | 0 | 16 | CapGrow | $ 1,770 | $ 1,735 | 2016 Dodge Grand Caravan | 2C7WDGBG0GR388643 | 21731 | $ 9,120 | Leased | Wheelchair |
| 28 | South | Community Options | $ 10,000.00 | RISE | n | | | 1500 W Nevins Dr | Tucson | 85746 | Pima | Mica | 4 | 3 | 3 | 0 | 19 | CapGrow | $ 1,695 | $ 1,608 | 2017 Dodge Grand Caravan | 2C4RDGBG2HR853757 | 46768 | $ 10,750 | Leased | No wheelchair |
| 29 | South | ResCare | $ 10,000.00 | ResCare | y | | | 1821 E Silver St | Tucson | 85719 | Pima | Silverado 21 | 1 | 1 | 1 | 0 | 6 | J. Case | $ 3,300 | $ 3,150 | 2019 Dodge Grand Caravan & 2017 Dodge Grand Caravan | 2C4RDGBG4KR728847 & 2C4RDGBG6HR802892 | 12512 | $15225 & $12475 | Leased | No wheelchair |
| 30 | South | Community Options | | ResCare | n | | | 1823 E Silver St | Tucson | 85719 | Pima | Silverado 23 | 2 | 1 | 1 | 0 | 5 | J. Case | See 1821 for total property rent | | 2019 Dodge Grand Caravan & 2017 Dodge Grand Caravan | 2C4RDGBG4KR728847 & 2C4RDGBG6HR802892 | | $15225 & $12476 | | No wheelchair |
| 31 | South | Community Options | | ResCare | n | | | 1825 E Silver St | Tucson | 85719 | Pima | Silverado 25 | 2 | 2 | 1 | 1 | 5 | J. Case | See 1821 for total property rent | | 2019 Dodge Grand Caravan & 2017 Dodge Grand Caravan | 2C4RDGBG4KR728847 & 2C4RDGBG6HR802892 | 12512 | $15225 & $12477 | Leased | No wheelchair |
| 32 | South | Community Options | | ResCare | n | | | 1827 E Silver St | Tucson | 85719 | Pima | Silverado 27 | 1 | 1 | 1 | 0 | 1 | J. Case | See 1821 for total property rent | | 2019 Dodge Grand Caravan & 2017 Dodge Grand Caravan | 2C4RDGBG4KR728847 & 2C4RDGBG6HR802892 | | $15225 & $12478 | | No wheelchair |
| 33 | South | ResCare | $ 10,000.00 | ResCare | y | | | 1830 W Mountain Oak | Tucson | 85746 | Pima | Montrose | 4 | 3 | 3 | 0 | 11 | CapGrow | $ 1,770 | $ 1,735 | 2014 Dodge Caravan | 2C4RDGCG9GR243206 | #N/A | $ 8,400 | #N/A | No wheelchair |
| 34 | South | Danville Services | No Bid | | no bid | | | 237 S. Kolb Apt. A | Tucson | 85710 | Pima | Cherry Blossom | 2 | 1 | 1 | 0 | 4 | MED Mgt | $ 1,027 | $ 1,140 | 2014 Kia Sportage | KNDPBCAC5E7614723 | 80452 | $ 7,000 | Leased | No Wheelchair |

| # | Region | Provider | Bid | Bidder | Y/N | Alt Bid | Alt Bidder | Address | City | Zip | County | Name | Beds | B2 | B3 | B4 | Cap | Mgr | Rent | Rent2 | Vehicle Year/Model | VIN | Mileage | Value | Lease/Own | Wheelchair |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | South | Community Options | No Bid | | no bid | | | 243 S. Kolb Rd # B | Tucson | 85710 | Pima | Posada del Rio RA | 1 | 1 | 1 | 0 | | MED Mgt | $ 770 | $ 701 | | | 80452 | $ 7,000 | Leased | No wheelchair |
| 36 | South | Community Options | $ 10,000.00 | RISE | n | | | 2401 N Indian Ridge Dr | Tucson | 85715 | Pima | 2nd St. | 4 | 3 | 3 | 1 | 20 | CapGrow | $ 2,548 | $ 2,498 | 2015 Ford Transit-350 | 1FBZX2CM6FKB06662 | 27521 | $ 18,725 | Leased | Wheelchair |
| 37 | South | RISE | $ 10,000.00 | RISE | y | | | 2600 N Conestoga Ave | Tucson | 85749 | Pima | Sapphire | 4 | 3 | 3 | 1 | 15 | CapGrow | $ 2,781 | $ 2,726 | 2015 Dodge Grand Caravan | 2C4RDGCG1FR566423 | 93178 | $ 6,100 | Leased | No wheelchair |
| 38 | South | Community Options | No Bid | | no bid | | | 402 E Jacinto St | Tucson | 85705 | Pima | Sojourn | 3 | 2 | 2 | 1 | 12 | CapGrow | $ 1,856 | $ 1,820 | 2014 Dodge Grand Caravan | 2C4RDGCG1ER262488 | 88755 | $ 5,750 | Leased | No wheelchair |
| 39 | South | Community Options | No Bid | | no bid | | | 4132 E Pima St | Tucson | 85712 | Pima | Kamerun | 2 | 2 | 2 | 0 | 9 | CapGrow | $ 2,226 | $ 2,182 | 2019 Dodge Grand Caravan | 2C4RDGBG2KR781689 | 8818 | $ 15,475 | Leased | No wheelchair |
| 40 | South | Community Options | No Bid | | no bid | | | 4134 E Pima St | Tucson | 85712 | Pima | Pima House | 2 | 2 | 2 | 0 | 6 | CapGrow | Included in 4132 E Pima St Rent | | | | Shared with Kamerun | | Shared with Kamerun | No wheelchair |
| 41 | South | Advanced Supported | $ 17,000.00 | ResCare | n | $ 16,000.00 | RISE | 4225 E Frankfort Stra | Tucson | 85706 | Pima | Landings | 4 | 3 | 3 | 0 | 19 | CapGrow | $ 1,485 | $ 1,456 | 2017 Dodge Grand Caravan | 2C4RDGBG0HR853756 | 66531 | $ 9,500 | Leased | No Wheelchair |
| 42 | South | Community Options | $ 10,000.00 | RISE | n | | | 4450 W Meggan Pl | Tucson | 85741 | Pima | 29th St. | 4 | 4 | 2 | 2 | 9 | CapGrow | $ 1,796 | $ 1,761 | 2017 Dodge Grand Caravan | 2C4RDGBG8HR802893 | 74009 | $ 9,275 | Leased | No wheelchair |
| 43 | South | Danville Services | No Bid | | no bid | | | 5034 E Scarlett St | Tucson | 85711 | Pima | Mariposa | 4 | 3 | 3 | 0 | 13 | CapGrow | $ 1,986 | $ 1,947 | 2019 Dodge Grand Caravan | 2C4RDGBG9KR728858 | 0 | $ 15,475 | Leased | No wheelchair |
| 44 | South | Community Options | No Bid | | no bid | | | 5035 E Cecelia St | Tucson | 85711 | Pima | Venice | 4 | 3 | 3 | 0 | 11 | Tuson Choice | $ 1,300 | $ 1,150 | 2017 Dodge Grand Caravan | 2C4RDGBGXHR802894 | 45886 | $ 10,750 | Leased | No wheelchair |
| 45 | South | RISE | $ 10,000.00 | RISE | y | | | 5254 E 5th St | Tucson | 85711 | Pima | Katalina | 3 | 3 | 2 | 1 | 11 | CapGrow | $ 2,030 | $ 1,990 | 2019 Dodge Grand Caravan | 2C4RDGBG0KR728859 | 17030 | $ 14,975 | Leased | No wheelchair |
| 46 | South | Advanced Supported | $ 11,000.00 | ResCare | n | $ 10,000.00 | RISE | 5612 E Kelso St | Tucson | 85712 | Pima | Vaquero | 4 | 4 | 3 | 1 | 15 | CapGrow | $ 1,986 | $ 1,947 | 2017 Dodge Grand Caravan | 2C4RDGBG7HR848943 | 40818 | $ 11,125 | Leased | No Wheelchair |
| 47 | South | Community Options | No Bid | | no bid | | | 5709 E 35th St # A | Tucson | 85711 | Pima | Verde A | 2 | 1 | 1 | 1 | 5 | CapGrow | $ 1,667 | $ 1,634 | 2013 Dodge Grand Caravan | 2C4RDGCG0DR771342 | 144510 | $ 3,300 | Leased | No wheelchair |
| 48 | South | Community Options | No Bid | | no bid | | | 5709 E 35th St # B | Tucson | 85711 | Pima | Verde B | 1 | 1 | 1 | 0 | 6 | CapGrow | Included in 5709 E 35th St A rent | | | | shared with A | | shared with A | No wheelchair |
| 49 | South | AIRES | No Bid | | no bid | | | 6550 E Fordham Dr | Tucson | 85710 | Pima | La Colina | 3 | 3 | 2 | 1 | 9 | CapGrow | $ 1,787 | $ 1,752 | 2017 Dodge Grand Caravan | 2C4RDGBG9HR853772 | 31673 | $ 11,700 | Leased | No Wheelchair |
| 50 | South | AIRES | No Bid | | no bid | | | 7101 E 33rd Pl | Tucson | 85710 | Pima | La Entrada | 3 | 3 | 3 | 0 | 16 | CapGrow | $ 1,675 | $ 1,642 | 2016 Dodge Grand Caravan | 2C4RDGCGXGR317894 | 74239 | $ 7,150 | Leased | No Wheelchair |
| 51 | South | Advanced Supported | No Bid | | no bid | | | 7640 E 29th St | Tucson | 85710 | Pima | Quadrante | 4 | 4 | 2 | 2 | 12 | M.Evenson | $ 1,025 | | 2017 Dodge Grand Caravan | 2C4RDGBG7HR853768 | 52326 | $ 10,375 | Leased | No Wheelchair |
| 52 | South | Community Options | No Bid | | no bid | | | 7730 E David Dr | Tucson | 85730 | Pima | 45th St. | 5 | 4 | 3 | 1 | 19 | CapGrow | $ 1,883 | $ 1,846 | 2007 Dodge Grand Caravan | 1D4GP24R47B254889 | 141620 | $ 2,000 | Owned | Wheelchair |
| 53 | South | Desert Horizon | $ 10,000.00 | AIRES | n | | | 7921 N Casimir Pulaski | Tucson | 85741 | Pima | Acacia | 4 | 3 | 2 | 1 | 12 | Grijalva | $ 1,195 | $ 1,195 | 2013 Dodge Grand Caravan | 2C4RDGCG3DR717680 | 103012 | $ 4,375 | Leased | No wheelchair |
| 53 | West | Active Friendly | $ 36,000.00 | CTB | n | $ 35,000.00 | Prf Health | 3924 W Quail Ave | Glendale | 85308 | Maricopa | Brentwood North | 4 | 3 | 3 | 0 | 9 | W.Linderman | $ 1,350 | $ 1,350 | 2017 Ford Transit-150 | 1FMZK1CM2HKA23135 | 25238 | $ 30,239 | Leased | Wheelchair |
| | | | $ 518,000.00 | | | $ 334,000.00 | | | | | | | | | | | | | $ 80,981 | $ 78,362 | | | | | | |