SCOTT B. COHEN, CA BAR #171941
**ENGELMAN BERGER, P.C.**
2800 NORTH CENTRAL AVENUE, SUITE 1200
PHOENIX, ARIZONA 85004

Ph: (602) 271-9090
Fax: (602) 222-4999
Email: sbc@eblawyers.com

Attorneys for CTB AZ, LLC

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>Community Provider of Enrichment Services, Inc. d/b/a CPES Inc., *et al.*,<br>EIN: 86-0804057<br><br>Novelles Developmental Services, Inc.<br>EIN: 27-5174435<br><br>CPES California, Inc.<br>EIN: 27-2315212<br><br>Debtors. | Lead Case No. 9:20-bk-10554-DS<br><br>Jointly Administered With:<br>Case No. 9:20-bk-10553-DS<br>Case No. 9:20-bk-10994-DS<br><br>Chapter 11 Cases<br><br>**Hearing Date: November 3, 2020<br>Time: 11:30 p.m.<br>Place: Via Zoom for Government<br>Courtroom 201<br>United States Bankruptcy Court<br>1415 State Street<br>Santa Barbara, CA 93101** |

**CTB AZ, LLC'S STATEMENT OF POSITION CONCERNING
AUCTION RESULTS AND SALE OF CPES's ARIZONA ASSETS**

Stalking Horse Bidder CTB AZ, LLC ("CTB"), by and through its undersigned counsel, hereby provides this statement of position concerning the results of the auction process conducted by debtor Community Provider of Enrichment Services, Inc. ("CPES") pursuant to this Court's *Order Granting Motion for Entry of (I) An order (A) Authorizing and Approving Debtor's Entry into the Stalking Horse Asset Purchase Agreement, (B) Authorizing and Approving Bidding Procedures and Break-up Fee, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing, and (E) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Determining Cure Amounts* filed at Dkt. 386 in these jointly administered chapter 11 proceedings (the "Bidding Procedures

{0006244.0000/01161581.DOCX / }

Order").[1]

## STATEMENT OF POSITION

CTB echoes the positions concerning DDD outlined by CPES in its reply filed on October 31, 2020 at Dkt. 430 (the "CPES Reply"). DDD's approach to CPES's bankruptcy cases, and DDD's refusal to offer even a modicum of cooperation with CPES, CTB, or any of the other parties has led all parties to an unfortunate and impaired auction result.

While CTB recognizes the practical realities that have resulted in CPES's decision to generally adopt the results of DDD's separate liquidation process and transfer a significant portion of the Purchased Assets to DDD selected care providers for little or *de minimus* remuneration, CTB notes that even the limited success of the CPES sale process now pursued would not have been achieved without CTB's agreement and participation in the sale process as the Stalking Horse Bidder. Accordingly, CTB respectfully requests that any order approving the sale of the Purchased Assets as now proposed by CPES and DDD fully respect the Bidding Procedures Order and the Break-Up Fees terms approved thereby.

Specifically, CPES's Motion requesting approval of the bidding procedures and sale (Dkt. 296) included a request to approve the Stalking Horse Asset Purchase Agreement and proposed Bidding Procedures, both of which incorporated terms requiring the payment of a Break-Up fee to CTB in the amount of $37,600 (calculated as $25,000 plus 3% of the initially defined Purchase Price of $420,000.00) in the event that CTB was not designated by CPES as the successful bidder for the Purchased Assets after completion of the auction process. This Court's Bidding Procedures Order approved the Stalking Horse Purchase Agreement and the Bidding Procedures as proposed by the Motion without any modifications to the Break-Up Fee terms and over the objections of DDD and creditor CapGrow. CTB has incurred fees and invested in resources totaling almost $100,000 in connection with its efforts to acquire the Purchased Assets in reliance on the approved Break-Up Fee terms, only a portion of which

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

{0006244.0000/01161581.DOCX / }

2

1  will now be recoverable through payment of the Break-Up Fee.

2       As is now evident from the CPES Reply, CPES has not designated CTB as the successful bidder and does not intend to seek approval of the sale of any of the Purchased Assets to CTB. As a result of the foregoing, any order approving the sale of the Purchased Assets as now requested by CPES should direct CPES to pay CTB the Break-up Fee in the amount of $37,600.00 from the sale proceeds collected by CPES at closing and without any further required procedures or orders of this Court.

     **DATED** this 2nd day of November 2020.

**ENGELMAN BERGER, P.C.**

By   /s/ *Scott B. Cohen, Bar #171941*
    Scott B. Cohen
    2800 North Central Avenue, Suite 1200
    Phoenix, Arizona 85004
    *Attorneys for CTB AZ, LLC*

{0006244.0000/01161581.DOCX / }

3

**COPY** of the foregoing electronically filed and served via method indicated this 2nd day of November 2020 to:

| | |
|---|---|
| Jeremy M. Pelphrey<br>Email: jeremy.pelphrey@faegredrinker.com<br>Ryan M. Salzman<br>Email: Ryan.Salzman@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>*Attorney for Debtors* | Jennifer C. Kalvestran<br>**GUST ROSENFELD, P.L.C.**<br>Email: JKalvestran@gustlaw.com<br>*Attorneys for Arizona Department of Economic Security* |
| U.S. Trustee<br>915 Wilshire Blvd., Ste. 1850<br>Los Angeles, CA 90017 | David R. Johanson<br>**HAWKINS PARNELL & YOUNG, LLP**<br>Email: djohanson@hpylaw.com<br>*Attorneys for CPES Employee Stock Ownership Plan and Trust Participants* |
| Brian D Fittipaldi<br>**UNITED STATES DEPARTMENT OF JUSTICE/OUST**<br>Email: brian.fittipaldi@usdoj.gov<br>*Attorneys for U.S. Trustee* | Lisa D. Angelo<br>Email: Langelo@murchisonlaw.com<br>Gina E. Och<br>Email: Goch@murchisonlaw.com<br>**MURCHISON & CUMMING, LLP**<br>*Attorneys for Certain Underwriters at Lloyd's, London et al.* |
| Michael G. Schinner<br>Agustín R. Piña<br>**SCHINNER & SHAIN, LPP**<br>Email: pina@schinner.com<br>*Attorneys for 1814 OGDEN, LLC* | Stephen M. Dichter<br>Email: sdichter@cdslawfirm.com<br>**CHRISTIAN DICHTER & SLUGA, P.C.**<br>*Attorneys for Certain Underwriters at Lloyd's, London et al.* |

/s/    Marie K. Kelly
           Legal Assistant

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

{0006244.0000/01161581.DOCX / }