| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mark R. Owens (Indianapolis Bar No. 009112002)<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>Telephone: (317) 231-7459<br>Facsimile: (317) 231-7433<br>E-Mail: mark.owens@btlaw.com<br><br>☒ *Attorney for*: ResCare Arizona, Inc. | **FILED & ENTERED**<br><br>NOV 03 2020<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY rust    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –NORTHERN DIVISION**

| In re<br><br>COMMUNITY PROVIDER OF ENRICHMENT SERVICES, INC.<br><br>Debtor | LEAD CASE NO. 9:20-bk-10554-DS<br><br>CHAPTER: 11<br><br>Jointly Administered With:<br>Case No. 9:20-bk-10553-DS<br>Case No. 9:20-bk-10994-DS |
|---|---|
| In re<br><br>NOVELLES DEVELOPMENTAL SERVICES, INC.<br><br>Debtor | **ORDER APPROVING APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| In re<br><br>CPES CALIFORNIA, INC.,<br><br>Debtor | [No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒  The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Mark R. Owens

/ / /

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                    F 2090-1.2.ORDER.NONRES.ATTY

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: November 3, 2020

_____
Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                           F 2090-1.2.ORDER.NONRES.ATTY