| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Chelsea Mikula (SBN 289330)<br>TUCKER ELLIS LLP<br>515 South Flower Street<br>Forty Second Floor<br>Los Angeles, CA 90071<br>Tel: (216) 592-5000<br>Fax: (216) 592-5009<br>Email: chelsea.mikula@tuckerellis.com<br><br>Brian J. Jackiw (*pro hac vice pending*)<br>Tucker Ellis LLP<br>233 South Wacker Drive, Suite 6950<br>Chicago, IL 60606<br>Tel: (312) 624-6300<br>Fax: (312) 624-6309<br>Email: brian.jackiw@tuckerellis.com<br><br>☒ *Attorneys for*: Prudent Fiduciary Services. LLC and Miguel Paredes | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 03 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** rust          **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re<br><br>COMMUNITY PROVIDER OF ENRICHMENT SERVICES, INC.<br><br>Debtor | LEAD CASE NO. 9:20-bk-10554-DS<br><br>CHAPTER: 11<br><br>Jointly Administered With:<br>Case No. 9:20-bk-10553-DS<br>Case No. 9:20-bk-10994-DS |
|---|---|
| In re<br><br>NOVELLES DEVELOPMENTAL SERVICES, INC.<br><br>Debtor | **ORDER APPROVING APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| In re<br><br>CPES CALIFORNIA, INC.<br><br>Debtor | [No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒   The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Brian J. Jackiw

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                   **F 2090-1.2.ORDER.NONRES.ATTY**

017266\000002\4877319.2

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: November 3, 2020

_____
Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                             F 2090-1.2.ORDER.NONRES.ATTY