sAEGRE DRINKER BIDDLE & REATH LLP
JEREMY M. PELPHREY (CA Bar #249862)
Jeremy.Pelphrey@faegredrinker.com
RYAN M. SALZMAN (CA Bar #299923)
Ryan.Salzman@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
*Counsel for Debtors and Debtors in Possession*

FILED & ENTERED

NOV 13 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>COMMUNITY PROVIDER OF ENRICHMENT SERVICES, INC.,<br><br>Debtor. | Lead Case No. 9:20-bk-10554-DS<br><br>Chapter 11<br><br>Jointly Administered With:<br>Case No. 9:20-bk-10553-DS<br>Case No. 9:20-bk-10994-DS |
| In re<br><br>NOVELLES DEVELOPMENTAL SERVICES, INC.,<br><br>Debtor. | **ORDER AUTHORIZING DEBTOR TO ASSUME AND ASSIGN CERTAIN UNEXPIRED REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365** |
| In re<br><br>CPES CALIFORNIA, INC.<br><br>Debtor. | |
| ☐ Affects All Debtors<br><br>☒ Affects Community Provider of Enrichment Services, Inc. d/b/a CPES Inc.<br><br>☐ Affects Novelles Developmental Services, Inc.<br><br>☐ Affects CPES California, Inc. | |

FAEGRE DRINKER
BIDDLE & REATH

A hearing was held at the above time and place on the "Motion for Entry of (I) an Order (A) Authorizing and Approving the Debtor's Entry into and Assumption of the Stalking Horse Asset Purchase Agreement, (B) Authorizing and Approving Bidding Procedures and Break-Up Fee, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing, and (E) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Determining Cure Amounts; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases" (the "Motion," Docket No. 296)[1] filed by Community Provider of Enrichment Services, Inc. (the "Debtor").  The court has reviewed and considered the Motion, the record in this case, the statements of counsel at the hearing (the "Sale Hearing"), and has granted the Motion with respect to the Bidding Procedures (the "Bidding Procedures Order," Docket No. 386) after previous hearings held on September 14, 2020, and September 24, 2020 (the "Bidding Procedures Hearing").  For the reasons stated on the record at the hearing held on November 3, 2020,

IT IS HEREBY ORDERED that the relief requested in the Motion as modified by the comments placed on the record at the Sale Hearing is granted as provided herein:

    1.    Pursuant to section 365 of the Bankruptcy Code, Debtor is authorized to assume and assign the leases identified on Exhibit A attached hereto (the "Leases"), subject to any modifications agreed to by the non-Debtor parties identified on Exhibit A as the counter parties and the assigned vendors. The assumption of the Leases includes any modifications, amendments supplements or any other ancillary documents related thereto.

    2.    All requirements and conditions under Bankruptcy Code §§ 363 and 365 for the assumption of the Leases by the Debtor and assignment to the vendors (the "Vendor

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

Assignees") as reflected on Exhibit A have been satisfied and each Vendor Assignee will be fully and irrevocably vested in all right, title and interest of each assigned Lease, and each Lease will remain valid and binding and in full force and effect for the benefit of the applicable Vendor Assignee in accordance with its terms or as otherwise agreed by the non-Debtor parties to the Leases, notwithstanding any provision in any such Lease (including those of the type described in Bankruptcy Code § 365(b)(2), (e)(1), and (f)(1)) that prohibits, restricts, or conditions such assignment or transfer.  The Cure Amounts set forth in the notice thereof filed by the Debtor (Docket No. 386, including any amendments and supplements thereto), or as otherwise agreed by the non-Debtor parties to the Leases, constitute all of the Cure Amounts that are required to be paid under Bankruptcy Code § 365(b)(1) in connection with the assumption and assignment of the Leases. The Debtor must pay such cure amounts within 10 days of entry of this Order. Pursuant to Bankruptcy Code § 363(k), upon the assignment of each Lease to the applicable Vendor Assignees and upon payment of the Cure Amount, the Debtor will have no further liability or obligations with respect thereto.

      3.      Pursuant to Bankruptcy Code § 363(f), the Leases are assigned to the Vendor Assignees free and clear of any and all liens, claims, encumbrances and other interests, and the Vendor Assignees will have no liability with respect to the Leases prior to the Assignment Closing.

      4.      Notwithstanding entry of this order, nothing herein creates, or is intended to create, any rights in favor of, or enhances the status of any claim held by, any party.

      5.      Under the circumstances of these chapter 11 cases, notice of the Motion is adequate under Bankruptcy Rule 6004(a) and no other or further notice is required.

      6.      Notwithstanding Bankruptcy Rule 6004(h), this Final Order will be immediately effective and enforceable upon its entry.

7. The Debtor and the applicable Vendor Assignees are authorized to take all action necessary to effectuate the relief granted in this order.

8. The court will retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this order.

### 

Date: November 13, 2020

_____
Deborah J. Saltzman
United States Bankruptcy Judge

FAEGRE DRINKER
BIDDLE & REATH

# **EXHIBIT A**

| Counterparty and Address | Contract Type | Subject Matter | Vendor Assignee | Cure Amount |
|---|---|---|---|---|
| HSL Asset Management, LLC 201 S Kolb Rd. Tucson, AZ 85710-3614 | Property Lease | 243 S Kolb Rd # B Tucson, AZ 85710 | Community Options[2] | $701.27 |
| Tucson's Choice Property Management 7077 E Marilyn Rd. Bldg 4 Scottsdale, AZ 85254-2782 | Property Lease | 5035 E Cecelia St Tucson, AZ 85710 | Community Options[3] | $1,150.00 |
| Janet Case 1325 E Rockwood Blvd. Spokane, WA 99203-3317 | Property Lease | 1821, 1823, 1825 and 1827 E Silver St Tucson, Arizona 85719 | Community Options[4] | $3,150.00 |
| Bill Linderman 18021 N 50th Place Scottsdale, AZ 85254-7567 | Property Lease | 3924 W Quail Avenue Glendale, Arizona 85308 | Active Friendly Care | $1,350.00 |
| Lee Childress 6514 S Mountainside Dr. Gold Canyon, AZ 85118-2901 | Property Lease | 1005 W Granada St Willcox, Arizona 85643 | Advanced Support Living | $725.00 |
| Madelyn Evenson P.O. Box 89699 Tucson, AZ 85752-9699 | Property Lease | 7640 E 29th St Tucson, Arizona 85710 | Advanced Support Living | $1,025.00 |
| La Estancia Apartments 6445 S Maple Ave Tempe, AZ 85283-3673 | Property Lease | 6445 S. Maple #1017 Tempe, Arizona 85283 | Healthy Homes | $1,296.95 |

---

[2] Assumption of Lease includes lease modifications as agreed to by and between HSL Asset Management, LLC and Community Options.

ACTIVE.125450103.01

FAEGRE DRINKER
BIDDLE & REATH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

[3] Assumption of Lease includes lease modifications as agreed to by and between Tucson's Choice Property Management and Community Options.

[4] Assumption of Lease includes lease modifications as agreed to by and between Janet Case and Community Options.

FAEGRE DRINKER
BIDDLE & REATH

ACTIVE.125450103.01

- 3 -    CASE NO. 9:20-BK-10554-DS

| Counterparty and Address | Contract Type | Subject Matter | Vendor Assignee | Cure Amount |
|---|---|---|---|---|
| Estancia Apartments 6445 S Maple Ave Tempe, AZ 85283-3673 | Property Lease | 6445 S. Maple #1019 Tempe, Arizona 85283 | Healthy Homes | $1,296.95 |
| Grijalva Realty 4937 E 5th, Suite 115 Tucson, AZ 85711-2282 | Property Lease | 7921 N Casimir Pulaski Avenue Tucson, Arizona 85741 | Desert Horizons | $1,195.00 |
| West USA Realty 7077 E Marilyn R, Bldg. 4 Scottsdale, AZ 85254-2782 | Property Lease | 1720 E Tulsa St Chandler, Arizona 85225 | AHCCMS | $1,319.50 |
| Wyatt Siegal 8511 E Edgemont Ave Scottsdale, AZ 85257-1813 | Property Lease | 5255 S. Mill Ave. Tempe, Arizona 85283 | On Angel's Wings[5] | $1,527.00 |
| J.E. Towns 780 Cayo Grande Court Newbury Park, CA 91320-1942 | Property Lease | 1124 E. Lodge Drive Tempe, Arizona 85283 | Cornerstone | $1,300.00 |
| La Estancia Apartments 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 6445 S. Maple #1031 Tempe, Arizona 85283 | Vema Corp | $1,296.95 |
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 3401 W Marco Polo Rd Phoenix, Arizona 85027 | ResCare[6] | $1,734.00 |

---

[5] Assumption of Lease includes lease modifications as agreed to by and between Wyatt Siegal and On Angel's Wings.
[6] In this Exhibit A, ResCare shall mean ResCare Residential Services, LLC d/b/a A Place to Call Home.

ACTIVE.125450103.01

| Counterparty and Address | Contract Type | Subject Matter | Vendor Assignee | Cure Amount |
|---|---|---|---|---|
| Jay Carter 515 E Carefree Hwy #392 Phoenix, AZ 85085 | Property Lease | 4212 W. Desert Cove Phoenix, Arizona 85029 | ResCare | $1,600.00 |

ACTIVE.125450103.01

- 5 -    CASE NO. 9:20-BK-10554-DS

FAEGRE DRINKER
BIDDLE & REATH