| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Ryan M. Salzman (CA Bar #299993)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>Telephone: (310) 203-4000<br>Facsimile: (310) 229-1285<br>ryan.salzman@faegredrinker.com<br><br>☐ Individual *appearing without an attorney*<br>X   Attorney for: Community Provider of Enrichment Services | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION** ||
| In re:<br><br>Community Provider of Enrichment Services, Inc., d/b/a CPES, Inc., et al<br><br><br><br><br><br>Debtor(s) | CASE NO.: 9:20-bk-10554<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:   SUPPLEMENTAL ORDER AUTHORIZING DEBTOR TO ASSUME AND ASSIGN CERTAIN UNEXPIRED REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365** |

PLEASE TAKE NOTE that the order titled **SUPPLEMENTAL ORDER AUTHORIZING DEBTOR TO ASSUME AND ASSIGN CERTAIN UNEXPIRED REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365** was lodged on (*date*) November 16, 2020 and is attached.  This order relates to the motion which is docket number 296.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**



**Bankruptcy LODGED ORDER UPLOAD FORM**

Monday, November 16, 2020

CONFIRMATION :

Your Lodged Order Info:
( **10293743.docx** )
A new order and exhibit has been added

- **Office**: Northern Division
- **Case Title**: Community Provider of Enrichment Services, Inc.
- **Case Number**: 20-10554
- **Judge Initial**: DS
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 296
- **On Date**: 11/16/2020 @ 03:22 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

**FAEGRE DRINKER BIDDLE & REATH LLP**
JEREMY M. PELPHREY (CA Bar #249862)
Jeremy.Pelphrey@faegredrinker.com
RYAN M. SALZMAN (CA Bar #299923)
Ryan.Salzman@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
*Counsel for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Community Provider of Enrichment Services, Inc. d/b/a CPES Inc., et al.,<br>EIN: 86-0804057<br><br>Novelles Developmental Services, Inc.<br>EIN: 27-5174435<br><br>CPES California, Inc.<br>EIN: 27-2315212<br><br>Debtors.<br><br>[ ] Affects All Debtors<br><br>[•] Community Provider of Enrichment Services, Inc. d/b/a CPES Inc.<br><br>[ ] Novelles Developmental Services, Inc.<br><br>[ ] CPES California, Inc.<br><br>Debtors and Debtors in Possession | Lead Case No. 9:20-bk-10554-DS<br><br>Jointly Administered With:<br><br>Case No. 9:20-bk-10553-DS<br><br>Case No. 9:20-bk-10994-DS<br><br>Chapter 11 Cases<br><br>**SUPPLEMENTAL ORDER AUTHORIZING DEBTOR TO ASSUME AND ASSIGN CERTAIN UNEXPIRED REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365** |

A hearing was held on the "Motion for Entry of (I) an Order (A) Authorizing and Approving the Debtor's Entry into the Stalking Horse Asset Purchase Agreement, (B) Authorizing and Approving Bidding Procedures and Break-Up Fee, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing, and (E) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Determining Cure Amounts; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtor's Assets Free and Clear of All

Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases" (the "Motion," Docket No. 296)[1] filed by Community Provider of Enrichment Services, Inc. d/b/a CPES, Inc. (the "Debtor"). The court has reviewed and considered the Motion, any objections thereto, the statements of counsel at the hearing held on November 3, 2020 (the "Sale Hearing"), and has granted the Motion with respect to the Bidding Procedures (the "Bidding Procedures Order," Docket No. 386) after previous hearings held on September 14, 2020, and September 24, 2020 (the "Bidding Procedures Hearing"). For the reasons stated on the record at the Sale Hearing and the status conference held on November 10, 2020,

**IT IS HEREBY ORDERED THAT**

1. The Motion as modified by the Auction and the comments placed on the record at the Sale Hearing is granted solely to the extent set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code and subject to payment of Cure Amounts, Debtor is authorized to assume and assign the leases and executory contracts identified on <u>Exhibit A</u> attached hereto (the "Leases"), subject to any modifications agreed to or to be agreed to by the non-Debtor parties identified on Exhibit A as the counter parties and the assigned vendor. The assumption of the Leases includes any modifications, amendments supplements or any other ancillary documents related thereto.

3. Upon payment of the Cure Amounts, all requirements and conditions under Bankruptcy Code §§ 363 and 365 for the assumption of the Leases by the Debtor and assignment to the vendor (the "Vendor Assignee") as reflected on Exhibit A have been satisfied and each Vendor Assignee will be fully and irrevocably vested in all right, title and interest of each assigned Lease, and each Lease will remain valid and binding and in full force

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

FAEGRE DRINKER
BIDDLE & REATH

ORDER AUTHORIZING ASSUMPTION AND
ASSIGNMENT                                               - 2 -                              CASE NO. 9:20-BK-10554-DS

and effect for the benefit of the applicable Vendor Assignee in accordance with its terms or as otherwise agreed by the non-Debtor parties to the Leases, notwithstanding any provision in any such Lease (including those of the type described in Bankruptcy Code § 365(b)(2), (e)(1), and (f)(1)) that prohibits, restricts, or conditions such assignment or transfer. The Cure Amounts set forth in the notice thereof filed by the Debtor (Docket No. 386, including any amendments and supplements thereto and Exhibit A hereto), or as otherwise agreed by the non-Debtor parties to the Leases, constitute all of the Cure Amounts that are required to be paid under Bankruptcy Code § 365(b)(1) in connection with the assumption and assignment of the Leases. The Debtor shall pay such Cure Amounts within 10 days of entry of this Order. Pursuant to Bankruptcy Code § 363(k), upon the assignment of each Lease to the applicable Vendor Assignee and upon payment of the Cure Amount, the Debtor will have no further liability or obligations with respect to the Leases.

4. Pursuant to Bankruptcy Code § 363(f), the Leases are assigned to the Vendor Assignee free and clear of any and all liens, claims, encumbrances and other interests, and the Vendor Assignee shall have no liability with respect to the Leases prior to entry of this Order.

5. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of, or enhance the status of any claim held by, any party.

6. Notwithstanding entry of this Order, nothing herein, nor the payment of any cure or other amount, including those amounts modified by agreement, shall be dispositive of any claim relating to the rejection of any lease in existence on the Petition Date nor any claim asserted in this case by any landlord party to a rejected lease whether under § 502(b)(6) or otherwise, all defenses and objection to any such claim are preserved for the benefit of the Debtor and this estate. Debtor reserves all rights to object to any such claim not subject to or affected by this Order. Nothing in

this Order or this paragraph affects CapGrow's ability to assert damages claims for any reason with respect to claims no subject to or affected by this Order.

7. Under the circumstances of these chapter 11 cases, notice of the Motion is adequate under Bankruptcy Rule 6004(a) and no other or further notice is required.

8. Notwithstanding Bankruptcy Rule 6004(h), this Final Order shall be immediately effective and enforceable upon its entry.

9. The Debtor and the applicable Vendor Assignee are authorized to take all action necessary to effectuate the relief granted in this Order.

10. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

###

# **EXHIBIT A**[2]

---

[2] Assumption of Leases on Exhibit A includes lease modifications to be agreed to by and between CapGrow and Community Options.

| Counterparty and Address | Contract Type | Subject Matter | Vendor Assignee | Cure Amount |
|---|---|---|---|---|
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 7730 E David Dr. Tucson, AZ 85730 | Community Options | $7,640.00 |
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 4132-4134 E Pima St Tucson, AZ 85712 | Community Options | $7,976.00 |
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 1500 Nevins Dr. Tucson, Arizona 85746 | Community Options | $7,402.00 |
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 402 E Jacinto St Tucson, Arizona 85705 | Community Options | $7,614.00 |
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 5709 E 35th St Tucson, Arizona 85711 | Community Options | $7,428.00 |
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 3072 Patrick Lane Phoenix, Arizona 85027 | Divine Hearts | $8,097.00 |
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 4225 E Frankfort Strav Tucson, Arizona 85706 | Advanced Support Living | $7,250.00 |

| Counterparty and Address | Contract Type | Subject Matter | Vendor Assignee | Cure Amount |
|---|---|---|---|---|
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 5612 E Kelso St. Tucson, Arizona 85712 | Advanced Support Living | $7,741.00 |
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 4108 E Coronado Road Phoenix, Arizona 85008 | Advanced Support Living | $8,292.00 |
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 7953 E Onza Ave Mesa, Arizona 85212 | Healthy Homes | $8,106.00 |
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 2116 E 8th St. Douglas, Arizona 85607 | AIRES | $7,029.00 |
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 7740 E Olla Ave. Tucson, Arizona 85710 | On Angel's Wings | $8,234.00 |
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 1249 Andrea Dr. Sierra Vista, Arizona 85635 | RISE | $7,191.00 |
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 1210 S Heritage Place Safford, Arizona 85546 | Danville | $1,735.00 |

| Counterparty and Address | Contract Type | Subject Matter | Vendor Assignee | Cure Amount |
|---|---|---|---|---|
| CapGrow Holdings JV Sub IV LLC 320 W. Ohio St., Ste. 650N Chicago, IL 60654 | Property Lease | 5034 E Scarlett St. Tucson, Arizona 85711 | Danville | $1,947.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FAEGRE DRINKER BIDDLE & REATH LLP, 90 South 7th St, Ste 2200, Minneapolis, MN 55402

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 16, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Brian D. Fittipaldi, Office of the U.S. Trustee, brian.fittipaldi@usdoj.gov
United States Trustee, ustregion16.nd.ecf@usdoj.gov
Steve Ordaz, BMC Group, Inc., sordaz@bmcgroup.com; tfeil@bmcgroup.com
Scott L. Whitman, slw@mwlegal.com; holly@mwlegal.com
Agustin R. Pina, pina@schinner.com
Jennifer C. Kalvestran, Gust Rosenfeld, jkalvestran@gustlaw.com; spobrien@gustlwa.com
David R. Johanson, djohanson@hpylaw.com; drj@esop-law.com
Kelsey L. Maxwell, kmaxwell@murchisonlaw.com
Lisa D. Angelo, langelo@murchisonlaw.com; cthoms@murchisonlaw.com
Abram Feuerstein, abram.s.feuerstein@usdoj.gov
Everett L. Green, Everett.l.green@usdoj.gov
Cameron Ridley, cameron.ridley@usdoj.gov
Scott B. Cohen, sbc@eblawyers.com
Roksana D. Moradi-Brovia, roksana@RHMFirm.com
Chelsea Mikula, chelsea.mikula@tuckerellis.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 27, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 16, 2020 | Susan Carlson | /s/ Susan Carlson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**