**FAEGRE DRINKER BIDDLE & REATH LLP**
JEREMY M. PELPHREY (CA Bar # 249862)
Jeremy.Pelphrey@faegredrinker.com
RYAN M. SALZMAN (CA Bar #299923)
Ryan.Salzman@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone:   (310) 203-4000
Facsimile:   (310) 229-1285
*Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>COMMUNITY PROVIDER OF ENRICHMENT SERVICES, INC.<br>     Debtor. | Lead Case No. 9:20-bk-10554-DS<br><br>Chapter 11<br><br>Jointly Administered With:<br>Case No. 9:20-bk-10553-DS<br>Case No. 9:20-bk-10994-DS |
| In re:<br><br>NOVELLES DEVELOPMENTAL SERVICES, INC.<br><br>     Debtor. | **STIPULATION BETWEEN DEBTOR AND SCIOTO PROPERTIES SP-16, LLC RELATED TO ASSUMPTION AND ASSIGNMENT OF PROPERTY LEASE AT 1237 TOPAZ WAY, SANTA MARIA, CALIFORNIA 93454** |
| In re:<br><br>CPES CALIFORNIA, INC.<br><br>     Debtor. | |
| [ ] Affects All Debtors<br>[ ] Affects Community Provider of Enrichment Services, Inc. d/b/a CPES Inc.<br>[•] Affects Novelles Developmental Services, Inc.<br>[ ] Affects CPES California, Inc. | |

**PLEASE TAKE NOTICE** that Novelles Developmental Services, Inc. ("Novelles" or the "Debtor") and CPES California, Inc. ("CPES CA," and together with Novelles, the "California Debtors") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and Scioto Properties SP-16, LLC ("Scioto," and collectively with the California Debtors,

the "Parties"), a counterparty-landlord, by and through their respective counsel, hereby stipulate and agree as follows:

## RECITALS

A.    On April 24, 2020, Debtor commenced the above-captioned Chapter 11 Cases.

B.    On May 8, 2020, the California Debtors filed a *Motion of the Debtors for the Entry of an Order Authorizing Debtor to Reject Certain Unexpired Real Property Leases Pursuant to 11 U.S.C. § 365* [Docket No. 103] (the "First Omnibus Rejection Motion").

C.    As reflected on Exhibit A of the Motion, Scioto is a counterparty-landlord for the Debtor's property lease (collectively, the "Scioto Lease") at 1237 Topaz Way, Santa Maria, California 93454.

D.    The Court issued its *Order Authorizing Debtor to Reject Certain Unexpired Real Property Leases Pursuant to 11 U.S.C. § 365* [Docket No. 173] (the "First Omnibus Rejection Order") granting the relief requested in the First Omnibus Rejection Motion on June 15, 2020. The Scioto Lease was listed on the second page of Exhibit A attached to the First Omnibus Rejection Order.

E.    The First Omnibus Rejection Order provided that the leases identified in Exhibit A attached thereto "are rejected as of the stated rejection date of each Rejected Lease. For the avoidance of all doubt, the 'Rejection Date' of each Rejected Lease is the date on which the Debtors surrender possession of the premises to their counterparty under such Rejected Lease unless otherwise specified."

F.    The Debtor never surrendered possession of the premises subject to the Scioto Lease.

G.    On August 14, 2020, the California Debtors filed a *Motion for Entry of (I) An Order (A) Authorizing and Approving the California Debtors' Entry into and Assumption of the Stalking Horse Asset Purchase Agreement, (B) Authorizing and Approving Bidding Procedures and Break-Up Fee, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing, and (E) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Determining Cure Amounts; and (II) An Order (A) Authorizing the Sale of Substantially All of the California*

*Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [Docket No. 256] (the "Bidding Procedures Motion"). Attached to the Bidding Procedures Motion as Exhibit A was an Asset Purchase Agreement by and among National Mentor Healthcare, LLC d/b/a California Mentor, CPES California, Inc., and Novelles Developmental Services, Inc., dated as of August 6, 2020 (the "Stalking Horse Agreement"). On September 13, 2020, the Court entered the *Order Granting Motion for Entry of (I) an Order (A) Authorizing and Approving the California Debtors' Entry into and Assumption of the Stalking Horse Asset Purchase Agreement, (B) Authorizing and Approving Bidding Procedures and Break-Up Fee, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing, and (E) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Determining Cure Amounts; and (II) An Order (A) Authorizing the Sale of Substantially All of the California Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [Docket No. 326] (the "Bidding Procedures Order"), authorizing the California Debtors to, among other things, conduct an auction to select the party or parties to purchase the California Debtors' assets.

H.  In accordance with the Bidding Procedures Order, the California Debtors conducted an auction on September 29, 2020, at 10:00 a.m. Pacific Daylight Time (the "Auction"). At the conclusion of the Auction, the California Debtors determined that the bid of National Mentor Healthcare, LLC d/b/a California Mentor (the "California Mentor") was the highest and best bid for the Purchased Assets and declared the California Mentor the Winning Bidder. At a hearing on October 6, 2020 (the "Sale Hearing"), the California Debtors sought the Court's approval of the Purchased Assets in accordance with the Auction results. In advance of the Sale Hearing, the California Debtors filed another copy of the Stalking Horse Agreement, as amended to reflect California Mentor's final offer amount (the "APA"). On October 9, 2020, the Court issued its *Order: (A) Authorizing the Sale of Substantially All*

*of the California Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No. 404] (the "<u>Sale Order</u>"), approving the APA. The Scioto Lease was among those to be assumed by California Mentor pursuant to Schedule 1.2(a)(v) of the Disclosure Schedules to the APA.

I.    The Parties agree that the Scioto Lease should be assumed and assigned to California Mentor pursuant to the terms of the Sale Order and the APA.

**<u>AGREEMENT</u>**

NOW THEREFORE, the Parties hereto agree to as follows:

1.    The Debtor never surrendered possession of the premises subject to the Scioto Lease and therefore never effected the rejection of the Scioto Lease.

2.    The Scioto Lease shall be assumed and assigned to California Mentor pursuant to the terms of the Sale Order and the APA.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: November 18, 2020 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 2 | | By: */s/ Ryan M. Salzman* |
| 3 | | Ryan M. Salzman (CA Bar #299923) |
| | | Ryan.Salzman@faegredrinker.com |
| 4 | | Jeremy M. Pelphrey (CA Bar #249862) |
| 5 | | Jeremy.Pelphrey@faegredrinker.com |
| | | 1800 Century Park East, Suite 1500 |
| 6 | | Los Angeles, CA 90067 |
| 7 | | Telephone: (310) 203-4000 |
| | | Facsimile: (310) 229-1285 |
| 8 | | Vince Slusher (admitted *pro hac vice*) |
| 9 | | 1717 Main Street, Suite 5400 |
| | | Dallas, Texas 75201 |
| 10 | | Telephone: (469) 357-2500 |
| 11 | | Facsimile: (469) 327-0860 |
| | | Vince.Slusher@faegredrinker.com |
| 12 | | |
| 13 | | *Counsel for the Debtors and Debtors in Possession* |
| 14 | | |
| 15 | Dated: November 18, 2020 | **SCIOTO PROPERTIES SP-16 LLC** |
| 16 | | By: */s/* |
| 17 | | Matthew F. Mumma |
| | | mmumma@scioto.com |
| 18 | | Scioto Properties SP-16 LLC |
| | | 4145 Powell Road |
| 19 | | Powell, OH 43065 |