# **EXHIBIT B**

**Liquidation Analysis**

**Liquidation Analysis**
*As of 12/31/2020*

| | Note | Chapter 11 | (% recovery) | Chapter 7 | (% recovery) |
|---|---|---|---|---|---|
| **Estimated Proceeds** | | | | | |
| Cash on Hand | 1 | | | | |
|   CPESAZ | | $ 1,533,821.07 | | $ 1,533,821.07 | |
|   NDS | | $ 6,209,887.95 | | $ 6,209,887.95 | |
|   CPESCA | | $ 6,886,920.36 | | $ 6,886,920.36 | |
| Expected AR | 2 | | | | |
|   CPESAZ | | $ 802,884.23 | | $ 802,884.23 | |
|   NDS | | $ (66,475.92) | | $ (66,475.92) | |
|   CPESCA | | $ 112,789.93 | | $ 112,789.93 | |
| De Minimis Sale Proceeds | | | | | |
|   CPESAZ | 3 | $ 20,000.00 | | $ 20,000.00 | |
|   NDS | | $ - | | $ - | |
|   CPESCA | | $ - | | $ - | |
| Net Proceeds of Estate Claims | 4 | | | | |
|   CPESAZ | | TBD | | TBD | |
|   NDS | | TBD | | TBD | |
|   CPESCA | | TBD | | TBD | |
| Insurance Refunds | 5 | | | | |
|   CPESAZ | | TBD | | TBD | |
|   NDS | | TBD | | TBD | |
|   CPESCA | | TBD | | TBD | |
| **Total Estimated Proceeds** | | | | | |
|   CPESAZ | | $ 2,356,705.30 | | $ 2,356,705.30 | |
|   NDS | | $ 6,143,412.03 | | $ 6,143,412.03 | |
|   CPESCA | | $ 6,999,710.29 | | $ 6,999,710.29 | |
| **Debtors' Combined Total Estimated Proceeds** | | $ 15,499,827.62 | | $ 15,499,827.62 | |
| | | | | | |
| **Estimated Wind-Down Expenses** | 6 | | | | |
| Corporate Wind-Down Expenses | 7 | $ (490,000.00) | | $ (490,000.00) | |
| Chapter 11 & Wind-Down Professional Fees | 8 | $ (2,500,000.00) | | $ (2,400,000.00) | |
| Chapter 11 Liquidating Trust Fees | 9 | $ (450,000.00) | | $ - | |
| Chapter 7 Fees | 10 | $ - | | $ (930,000.00) | |
| UST Fees | 11 | $ (125,000.00) | | $ (125,000.00) | |
| Future Claims Reserve | 12 | $ (1,500,000.00) | | $ (1,500,000.00) | |
| **Total Estimated Wind-Down Expenses** | | | | | |
|   CPESAZ | 6 | $ (1,688,333.33) | | $ (1,815,000.00) | |
|   NDS | 6 | $ (1,688,333.33) | | $ (1,815,000.00) | |
|   CPESCA | 6 | $ (1,688,333.33) | | $ (1,815,000.00) | |
| **Debtors' Combined Total Estimated Wind-Down Expenses** | 6 | $ (5,065,000.00) | | $ (5,445,000.00) | |
| | | | | | |
| **Total Estimated Proceeds Available for Distribution to Allowed Claims** | | | | | |
|   CPESAZ | | $ 668,371.97 | | $ 541,705.30 | |
|   NDS | | $ 4,455,078.70 | | $ 4,328,412.03 | |
|   CPESCA | | $ 5,311,376.96 | | $ 5,184,710.29 | |
| **Debtors' Combined Total Estimated Proceeds Available for Distribution to Allowed Claims** | | $ 10,434,827.62 | | $ 10,054,827.62 | |
| | | | | | |
| **Estimated Allowed Administrative Claims** | | | | | |
|   CPESAZ | | $ (11,538.65) | 100% | $ (11,538.65) | 100% |
|   NDS | | $ (1,894.92) | 100% | $ (1,894.92) | 100% |
|   CPESCA | | $ - | 100% | $ - | 100% |
| | | | | | |
| **Estimated Allowed Secured Claims** | | | | | |
|   CPESAZ | | $ (22,368.75) | 100% | $ (22,368.75) | 100% |
|   NDS | | $ - | 100% | $ - | 100% |
|   CPESCA | | $ - | 100% | $ - | 100% |
| | | | | | |
| **Estimated Allowed Priority Claims** | | | | | |
|   CPESAZ | | $ (141,514.62) | 100% | $ (141,514.62) | 100% |
|   NDS | | $ (6,022.42) | 100% | $ (6,022.42) | 100% |
|   CPESCA | | $ (391.82) | 100% | $ (391.82) | 100% |
| | | | | | |
| **Estimated Allowed General Unsecured Claims** | | | | | |
|   CPESAZ | | $ (1,551,091.76) | 100% | $ (1,551,091.76) | 100% |
|   NDS | | $ (150,163.91) | 100% | $ (150,163.91) | 100% |
|   CPESCA | | $ (110,349.39) | 100% | $ (110,349.39) | 100% |
| | | | | | |
| ***Estimated Proceeds Remaining After Distributions to Allowed Claims*** | | | | | |
| *CPESAZ* | 13 | $ (1,058,141.81) | | $ (1,184,808.48) | |
| *NDS* | 13 | $ 4,296,997.45 | | $ 4,170,330.78 | |
| *CPESCA* | 13 | $ 5,200,635.75 | | $ 5,073,969.08 | |
| | | | | | |
| **Estimated Distribution to CPES ESOP Trust** | | $ 8,439,491.38 | | $ 8,059,491.38 | |

**NOTES**
1. Cash on hand as of 12/31/2020.
2. Includes amounts due to/from Mentor under TSA. NDS has net balance owed to Mentor.
3. Estimated proceeds of de minimis asset sales.
4. Net proceeds includes proceeds of Litigation Claims preserved under the Plan.
5. Sentry is holding approximately $1.5 million of Debtors' cash in reserve for future loss activity related to workers' compensation claims against the Debtors.
6. Wind-down expenses are calculated as a total amount and allocated 1/3 to each Debtor.
7. This figure reflects estimated wind-down costs include expenses other than professional fees through the Effective Date.
8. This figure reflects the total estimated amount of professional fees through the Effective Date, including any current accrued/unpaid balances, and is net of the prepetition retainer held by FDBR, which will remain in the firm's trust account pending further order of the Court.
9. Estimated Liquidating Trustee fee and related professional fees.
10. Estimated Chapter 7 Trustee fee (3%) and related professional fees.
11. Estimated UST fees through the Effective Date of the Plan or conversion to Chapter 7.
12. Any remaining funds are to be distributed to the CPES ESOP Trust.
13. Remaining proceeds at NDS and CPESCA flow up to CPESAZ as 100% owner.