**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>CPESAZ LIQUIDATING, INC.,<br><br>                Debtors | Lead Case No. 9:20-bk-10554-DS<br><br>Chapter 11<br><br>Joint Administrated With:<br>Case No. 9:20-bk-10553<br>Case No. 9:20-bk-10994 |
| In re:<br><br>NDS LIQUIDATING, INC.,<br><br>                Debtors | |
| In re:<br><br>CPESCA LIQUIDATING, INC.,<br><br>                Debtors | **PROOF OF SERVICE** |
| [•] Affects All Debtors<br><br>[ ] Affects CPESAZ Liquidating, Inc.<br><br>[ ] Affects NDS Liquidating, Inc.<br><br>[ ] Affects CPESCA Liquidating, Inc. | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

BMC Group
3732 West 120th Street
Hawthorne, CA 90250

A true and correct copy of the foregoing document entitled (*specify*):
Docket 625: NOTICE OF MOTION AND MOTION OF THE DEBTORS FOR THE ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT AND COMPENSATION OF PROFESSIONALS IN THE ORDINARY COURSE OF BUSINESS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF MARK M. MONSON IN SUPPORT THEREOF

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 29, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Address list regarding docket 625
  Those parties who have requested special notice and the Core Group are referenced in Service List No. 74095 and additional affected parties are referenced in Service List Nos. 74093.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 19, 2021 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- Address list regarding docket 625
  Those parties who have requested special notice and the Core Group are referenced in Service List Nos. 74094.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

| February 1, 2021 | Steven P. Ordaz | _[signature]_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Page 3 of 7

# CPES

**Total number of parties: 72**

**Exhibit  - CPES**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 74095 | 1814 OGDEN, LLC, C/O SIERRA INVESTMENTS, 311 9TH AVENUE, SAN MATEO, CA, 94401 | US Mail (1st Class) |
| 74095 | AIRPORT SERVICE CENTER, PORTFOLIO REALTY MANAGEMENT, 4020 MOORPARK AVE, SUITE 218, SAN JOSE, CA, 95117 | US Mail (1st Class) |
| 74095 | AMERICAN EXPRESS, CORPORATE CARD, 200 VESEY STREET, NEW YORK, NY, 10285-3106 | US Mail (1st Class) |
| 74095 | AURORA SKY REALTY LLC, 1843 PASEO SAN LUIS, STE A, SIERRA VISTA, AZ, 85635 | US Mail (1st Class) |
| 74095 | BEACH AREA STORAGE, 464 LEONI DRIVE, GROVER BEACH, CA, 93433 | US Mail (1st Class) |
| 74095 | BILL LINDERMAN, 18021 N 50TH PLACE, SCOTTSDALE, AZ, 85254 | US Mail (1st Class) |
| 74095 | CALEB A LOPEZ, TRUSTEE OF THE LOPEZ FAMILY TRUST, PO BOX 13614, SAN LUIS OBISPO, CA, 93406 | US Mail (1st Class) |
| 74095 | CAPGROW HOLDINGS JV SUB III LLC, 320 W OHIO ST., STE 650N, CHICAGO, IL, 60654 | US Mail (1st Class) |
| 74095 | CAPGROW HOLDINGS JV SUB IV LLC, 320 W OHIO ST., STE 650N, CHICAGO, IL, 60654 | US Mail (1st Class) |
| 74095 | CTC PROPERTY MANAGEMENT, LLC, 2197 S 4TH AVE. STE 206, YUMA, AZ, 85364 | US Mail (1st Class) |
| 74095 | EASLEY SUNLAND TUJUNGA LLC, 808 LAKE BREEZE DR, HIGHLAND VILLAGE, TX, 75077 | US Mail (1st Class) |
| 74095 | ELLWOOD PROFESSIONAL BUILDING LLC, ATT: KEN ALKER, 81 DAVID LOVE PLACE, SANTA BARBARA, CA, 93117 | US Mail (1st Class) |
| 74095 | ENGELMAN BERGER, P.C., SCOTT B. COHEN, (RE: CTB AZ, LLC), 2800 NORTH CENTRAL AVENUE, STE 1200, PHOENIX, AZ, 85004 | US Mail (1st Class) |
| 74094 | ENGELMAN BERGER, P.C., SCOTT B. COHEN, (RE: CTB AZ, LLC), SBC@EBLAWYERS.COM | E-mail |
| 74094 | FAEGRE DRINKER BIDDLE & REATH LLP, KAITLIN MACKENZIE;DALLASTAYLOR, (RE: DEBTORS), KAITLIN.MACKENZIE@FAEGREDRINKER.COM | E-mail |
| 74094 | FAEGRE DRINKER BIDDLE & REATH LLP, KAITLIN MACKENZIE;DALLASTAYLOR, (RE: DEBTORS), DALLAS.TAYLOR@FAEGREDRINKER.COM | E-mail |
| 74094 | FAEGRE DRINKER BIDDLE & REATH LLP, VINCE SLUSHER; KRISTEN PERRY, (RE: DEBTORS), VINCE.SLUSHER@FAEGREDRINKER.COM | E-mail |
| 74094 | FAEGRE DRINKER BIDDLE & REATH LLP, VINCE SLUSHER; KRISTEN PERRY, (RE: DEBTORS), KRISTEN.PERRY@FAEGREDRINKER.COM | E-mail |
| 74094 | FAEGRE DRINKER BIDDLE & REATH LLP, VINCE SLUSHER; KRISTEN PERRY, (RE: DEBTORS), RYAN.SALZMAN@FAEGREDRINKER.COM | E-mail |
| 74094 | FAEGRE DRINKER BIDDLE & REATH LLP, VINCE SLUSHER; KRISTEN PERRY, (RE: DEBTORS), WILLIE.ACKART@FAEGREDRINKER.COM | E-mail |
| 74094 | FAEGRE DRINKER BIDDLE & REATH LLP, VINCE SLUSHER; KRISTEN PERRY, (RE: DEBTORS), SUSAN.CARLSON@FAEGREDRINKER.COM | E-mail |
| 74094 | FENNEMORE DOWLING AARON, DON J. POOL, (RE: PETRA TREVIZO HERNANDEZ, ET AL), DPOOL@FENNEMORELAW.COM | E-mail |
| 74094 | FLOWER VALLEY PLAZA LLC, SCOTT L WHITMAN, SLW@MWLEGAL.COM | E-mail |
| 74095 | FLOWER VALLEY PLAZA LLC, SCOTT L WHITMAN, A PROFESSIONAL LAW CORPORATION, 6310 SAN VICENTE BLVD, STE 430, LOS ANGELES, CA, 90048 | US Mail (1st Class) |
| 74095 | GRECO REALTY INCORPORATED, 118 W FESLER, SANTA MARIA, CA, 93458 | US Mail (1st Class) |
| 74095 | GUST ROSENFELD P.L.C., JC KALVESTRAN;SÉAN P. O'BRIEN, (RE: ARIZONA DEPT OF ECONOMIC SECURITY), 11900 WEST OLYMPIC BLVD., SUITE 800, LOS ANGELES, CA, 90064 | US Mail (1st Class) |
| 74094 | GUST ROSENFELD P.L.C., JC KALVESTRAN;SÉAN P. O'BRIEN, (RE: ARIZONA DEPT OF ECONOMIC SECURITY), JKALVESTRAN@GUSTLAW.COM | E-mail |
| 74094 | GUST ROSENFELD P.L.C., JC KALVESTRAN;SÉAN P. O'BRIEN, (RE: ARIZONA DEPT OF ECONOMIC SECURITY), SPOBRIEN@GUSTLAW.COM | E-mail |
| 74095 | HARRIS FAMILY PROPERTIES, LLC, PO BOX 636, PASO ROBLES, CA, 93447 | US Mail (1st Class) |
| 74095 | HAWKINS PARNELL & YOUNG, LLP, DAVID R. JOHANSON, ESQ., 1776 SECOND STREET, NAPA, CA, 94559 | US Mail (1st Class) |

CPES

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 74094 | HAWKINS PARNELL & YOUNG, LLP, DAVID R. JOHANSON, ESQ., DJOHANSON@HPYLAW.COM | E-mail |
| 74095 | HSL ASSET MANAGEMENT, LLC, 201 S KOLB RD, TUCSON, AZ, 85710 | US Mail (1st Class) |
| 74095 | IDEAL ARIZONA HOLDINGS LLC, ATTN J BRUCE FORBES, 1931 CORDOVA RD STE 220, FT LAUDERDALE, FL, 33316 | US Mail (1st Class) |
| 74094 | IDEAL ARIZONA HOLDINGS LLC, ATTN J BRUCE FORBES, FORBES7000@GMAIL.COM | E-mail |
| 74095 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 74095 | JANET CASE, PETER SPICER, 1325 E ROCKWOOD BLVD., SPOKANE, WA, 99203 | US Mail (1st Class) |
| 74095 | K LAZY V HOLDINGS, LLC, PO BOX 2641, OVERGAARD, AZ, 85933-2641 | US Mail (1st Class) |
| 74095 | LA ESTANCIA APARTMENTS, 6445 S MAPLE AVE., TEMPE, AZ, 85283 | US Mail (1st Class) |
| 74095 | LANCE AND JAMIE MOUW, ATTN: MICAH STANLEY, 20799 ROAD 132, TULARE, CA, 93274 | US Mail (1st Class) |
| 74095 | MAQSOOD & SABINA ENTERPRISES, LLC, 6000 E CALLE DE VITA, TUCSON, AZ, 85750 | US Mail (1st Class) |
| 74095 | MICHAEL WINSHIP, 572 MASON RD, VISTA, CA, 92084 | US Mail (1st Class) |
| 74095 | MURCHISON & CUMMING, LLP, LISA D. ANGELO (SBN 229000), 801 SOUTH GRAND AVENUE,, NINTH FLOOR, LOS ANGELES, CA, 90017-4613 | US Mail (1st Class) |
| 74094 | MURCHISON & CUMMING, LLP, LISA D. ANGELO (SBN 229000), LANGELO@MURCHISONLAW.COM | E-mail |
| 74095 | OFFICE OF THE ATTORNEY GENERAL, PO BOX 944255, SACRAMENTO, CA, 94244-2550 | US Mail (1st Class) |
| 74095 | OFFICE OF THE ATTORNEY GENERAL, 1300 I STREET, SACRAMENTO, CA, 95814-2919 | US Mail (1st Class) |
| 74095 | OFFICE OF THE ATTORNEY GENERAL, 300 SOUTH SPRING STREET, LOS ANGELES, CA, 90013-1230 | US Mail (1st Class) |
| 74095 | OFFICE OF THE ATTORNEY GENERAL, MARK BRNOVICH, ARIZONA ATTY GENERAL, 2005 N CENTRAL AVE, PHOENIX, AZ, 85004-2926 | US Mail (1st Class) |
| 74095 | ORSETT FOOTHILLS LLC, C/O ORSETT PROPERTIES, LTD., 5353 N 16TH ST #105, PHOENIX, AZ, 85016 | US Mail (1st Class) |
| 74095 | PAMELA G JORDAN AND PATRICIA G REES, 8010 S 101ST ST., LA VISTA, NE, 68128 | US Mail (1st Class) |
| 74095 | PINE STREET PROPERTIES INC, 2520 PROFESSIONAL PARKWAY, SANTA MARIA, CA, 93455 | US Mail (1st Class) |
| 74095 | PLAZA 44 TRUST ACCOUNT, C/O CASE, HUFF & ASSOCIATES INC, 4835 E CACTUS RD #443, SCOTTSDALE, AZ, 85254 | US Mail (1st Class) |
| 74095 | PRESERVING ALAMEDA COUNTY HOUSING, 22941 ATHERTON ST., HAYWARD, CA, 94541 | US Mail (1st Class) |
| 74095 | RON W BROWN, C/O HVI, LLC, PO BOX 65648, TUCSON, AZ, 85728 | US Mail (1st Class) |
| 74095 | SCHINNER & SHAIN, LLP, ATTN: AGUSTÍN R. PIÑA, (RE: 1814 OGDEN, LLC), 96 JESSIE ST., SAN FRANCISCO, CA, 94105 | US Mail (1st Class) |
| 74094 | SCHINNER & SHAIN, LLP, ATTN: AGUSTÍN R. PIÑA, (RE: 1814 OGDEN, LLC), PINA@SCHINNER.COM | E-mail |
| 74095 | SCOTT H. MCNUTT, (RE: ESOP & TRUST PARTICIPANTS), 324 WARREN ROAD, SAN MATEO, CA, 94402 | US Mail (1st Class) |
| 74094 | SCOTT H. MCNUTT, (RE: ESOP & TRUST PARTICIPANTS), SMCNUTT@ML-SF.COM | E-mail |
| 74095 | STAFF OF LIFE LLC, 4873 E SPEEDWAY BLVD, TUCSON, AZ, 85712 | US Mail (1st Class) |
| 74095 | STEVE LOUX OR TONI HOWELL-LOUX, 5557 NUTHATCH ROAD, PARKER, CO, 80134 | US Mail (1st Class) |
| 74095 | TOWNS, J E, 780 CAYO GRANDE COURT, NEWBURY PARK, CA, 91320 | US Mail (1st Class) |
| 74095 | TUCKER ELLIS LLP, CHELSEA MIKULA, (RE: PRUDENTFIDUCIARYSVCLLC;MIGUELPAREDS), 950 MAIN AVE., SUITE 1100, CLEVELAND, OH, 44113 | US Mail (1st Class) |
| 74094 | TUCKER ELLIS LLP, CHELSEA MIKULA, (RE: PRUDENTFIDUCIARYSVCLLC;MIGUELPAREDS), CHELSEA.MIKULA@TUCKERELLIS.COM | E-mail |
| 74095 | UNITED STATES ATTORNEY`S OFFICE, CENTRAL DISTRICT OF CALIFORNIA, 312 NORTH SPRING STREET, STE 1200, LOS ANGELES, CA, 90012 | US Mail (1st Class) |
| 74095 | UNITED STATES ATTORNEYS OFFICE, DISTRICT OF ARIZONA, 40 N. CENTRAL AVENUE, SUITE 1800, PHOENIX, AZ, 85004-4449 | US Mail (1st Class) |
| 74094 | UNITED STATES TRUSTEE, BRIAN FITTIPALDI, BRIAN.FITTIPALDI@USDOJ.GOV | E-mail |
| 74095 | US ATTORNEY GENERAL, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC, 20530 | US Mail (1st Class) |
| 74095 | WEST USA REALTY, ATTN: BOB MORRIS, 7077 E. MARILYN RD. BLDG 4., SCOTTSDALE, AZ, 85254 | US Mail (1st Class) |
| 74095 | WYATT SIEGAL, 8511 E EDGEMONT AVE., SCOTTSDALE, AZ, 85257 | US Mail (1st Class) |

CPES

**Subtotal for this group:  68**

CPES

**Exhibit - CPES**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 74093 | CLIFTONLARSONALLEN LLP, ATTN: LORI FENSTEMAKER, 5255 EAST WILLIAMS CIRCLE, SUITE 5000, TUCSON, AZ, 85711 | US Mail (1st Class) |
| 74093 | COWDREY JENKINS, LLP, ATTN: SEAN COWDREY, 1203 FLYNN ROAD, SUITE 160, CAMARILLO, CA, 93012 | US Mail (1st Class) |
| 74093 | LEWIS BRISBOIS BISGAARD & SMITH LLP, ATTN: KEVIN NICOLAS, PHOENIX PLAZA TOWER II, 2929 NORTH CENTRAL AVENUE SUITE 1700, PHOENIX, AZ, 85012 | US Mail (1st Class) |
| 74093 | LEWIS ROCA ROTHGERBER CHRISTIE LLP, 1 SOUTH CHURCH AVENUE, SUITE 2000, TUCSON, AZ, 85701 | US Mail (1st Class) |

**Subtotal for this group: 4**

CPES