EVE H. KARASIK (State Bar No. 155356)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: EHK@LNBYG.COM; JSK@LNBYG.COM

DOUGLAS L. LUTZ (Admitted Pro Hac Vice)
A.J. WEBB (Admitted Pro Hac Vice)
FROST BROWN TODD LLC
3300 Great American Tower 301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: DLUTZ@FBTLAW.COM; AWEBB@FBTLAW.COM

Counsel for Oxford Restructuring Advisors LLC,
as Liquidating Trustee of the CPES Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

| | |
|---|---|
| In re: | ) Lead Case No. 9:20-bk-10554-DS |
| | ) |
| CPESAZ Liquidating, Inc., et al., | ) Jointly Administered With: |
|    EIN: 86-0804057 | ) Case No. 9:20-bk-10553-DS |
| NDS Liquidating, Inc. | ) Case No. 9:20-bk-10994-DS |
|    EIN: 27-5174435 | ) |
| CPESCA Liquidating, Inc. | ) Chapter 11 Cases |
|    EIN: 27-2315212 | ) |
| | ) **SIXTH STIPULATION TO CONTINUE** |
| Debtors. | ) **OBJECTION DEADLINE ON CLAIM** |
| | ) **NOS. 3 AND 296** |
| | ) |
| [•] Affects All Debtors | ) |
| | ) [No Hearing Required] |
| [ ] CPESAZ Liquidating, Inc. | ) |
| [ ] NDS Liquidating, Inc. | ) |
| [ ] CPESCA Liquidating, Inc. | ) |
| | ) |
| Debtors and Debtors in Possession | ) |
| | ) |

Oxford Restructuring Advisors LLC, as Liquidating Trustee for the CPES Liquidating Trust (the "Liquidating Trustee") and Alberto J. Tarajano ("Mr. Tarajano"), by and through their respective attorneys of record, enter into this stipulation, premised on the following:

**WHEREAS**, on April 24, 2020, CPESAZ Liquidating, Inc., f/k/a Community Provider of Enrichment Services, Inc. ("CPESAZ") and NDS Liquidating, Inc., f/k/a Novelles Developmental Services, Inc. ("NDS"), and on August 11, 2020, CPESCA Liquidating, Inc. f/k/a CPES California, Inc. ("CPESCA", together with CPESAZ and NDS, the "Debtors") each filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Central District of California (this "Court").

**WHEREAS**, on May 10, 2021, this Court entered the "*Order Confirming the Debtors' First Amended Joint Chapter 11 Plan of Liquidation, as Modified*" (Docket No. 836) (the "Confirmation Order"), which confirmed the "*Debtors' First Amended Joint Chapter 11 Plan of Liquidation, as Modified*" (Docket No. 802) (the "Plan") and is currently on appeal.[1]

**WHEREAS**, on June 17, 2021, the above-captioned Debtors filed the "*Notice of: (1) Effective Date of Plan; (2) Bar Dates for (A) Rejection Damage Claims, (B) Professional Claims, (C) General Unsecured Claims Against CPESCA Liquidating Inc., and (D) Administrative Claims; and (3) Membership of the Trust Oversight Committee*" (Docket No. 900) (the "Effective Date Notice"). As of the Effective Date, the Liquidating Trustee is the successor in interest to the Debtors and the Estates in accordance with the Liquidating Trust Agreement.

**WHEREAS**, on: (i) May 8, 2020, Mr. Tarajano filed a proof of claim against CPESAZ in the amount of $77,385.00, which is identified as Claim No. 3 by the Debtors' claims and noticing agent ("Claim No. 3"); and (ii) February 9, 2022, Mr. Tarajano amended Claim No. 3 with the filing of an amended proof of claim against CPESAZ in an unknown amount, which is identified as Claim No. 296 by the Debtors' claims and noticing agent ("Claim No. 296").

**WHEREAS**, on April 5, 2022, Mr. Tarajano and the Liquidating Trustee entered into a stipulation to continue the Liquidating Trustee's objection deadline on Claim No. 3, as amended by

---

[1] Capitalized terms used herein but undefined shall have the meanings ascribed to them in the Plan.

2

Claim No. 296, to June 15, 2022, which was approved by this Court on April 7, 2022. *See* Docket Nos. 1203 and 1204.

**WHEREAS**, on June 13, 2022, Mr. Tarajano and the Liquidating Trustee entered into a stipulation to continue the Liquidating Trustee's objection deadline on Claim No. 3, as amended by Claim No. 296, to September 13, 2022, which was approved by this Court on June 14, 2022. *See* Docket Nos. 1275 and 1279.

**WHEREAS**, on September 9, 2022, Mr. Tarajano and the Liquidating Trustee entered into a stipulation to continue the Liquidating Trustee's objection deadline on Claim No. 3, as amended by Claim No. 296, to September 29, 2022, which was approved by this Court on September 14, 2022. *See* Docket Nos. 1337 and 1338.

**WHEREAS**, on September 23, 2022, Mr. Tarajano and the Liquidating Trustee entered into a stipulation to continue the Liquidating Trustee's objection deadline on Claim No. 3, as amended by Claim No. 296, to December 29, 2022, which was approved by this Court on September 26, 2022. *See* Docket Nos. 1342 and 1343.

**WHEREAS**, on December 15, 2022, Mr. Tarajano and the Liquidating Trustee entered into a stipulation to continue the Liquidating Trustee's objection deadline on Claim No. 3, as amended by Claim No. 296, to March 29, 2023, which was approved by this Court on December 15, 2022. *See* Docket Nos. 1350 and 1351.

**WHEREAS**, Mr. Tarajano and the Liquidating Trustee have agreed to a continuance of the Liquidating Trustee's objection deadline on Claim No. 3, as amended by Claim No. 296, to June 29, 2023.

**NOW, THEREFORE**, in consideration of the foregoing, the parties stipulate that:

(1)    Each of the foregoing recitals are incorporated by reference herein by this reference;

(2)    The deadline to object to, and to request a hearing on, Claim No. 3, as amended by Claim No. 296, shall be continued to June 29, 2023 for the Liquidating Trustee.

[*Signature Page Follows*]

3

Dated: 3/22/23

LEVENE, NEALE, BENDER, YOO
    & GOLUBCHIK L.L.P.

By: /s/ Jeffrey S. Kwong
    EVE H. KARASIK
    JEFFREY S. KWONG
    *Counsel for Oxford Restructuring Advisors LLC, as Liquidating Trustee of the CPES Liquidating Trust*

Dated: 3-22-23

ZOLKIN TALERICO LLP

By: _____
    David B. Zolkin

    *Counsel for Alberto J. Tarajano*

0147226.0742316    4879-2643-3367v1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **SIXTH STIPULATION TO CONTINUE OBJECTION DEADLINE ON CLAIM NOS. 3 AND 296** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 22, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Lisa D Angelo    langelo@murchisonlaw.com, cthomas@murchisonlaw.com
- Gary O Caris    gcaris@btlaw.com, slmoore@btlaw.com;rsutton@btlaw.com
- Maria Cho    Maria.Cho@faegredrinker.com, ann.grosso@faegredrinker.com
- Russell Clementson    russell.clementson@usdoj.gov
- Brian David Fittipaldi    brian.fittipaldi@usdoj.gov
- Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Scott F Gautier    scott.gautier@faegredrinker.com, ann.grosso@faegredrinker.com;DocketGeneral@faegredrinker.com
- David R Johanson    djohanson@hpylaw.com, drubel@hpylaw.com;rthompson@hpylaw.com
- Jennifer Kalvestran    jkalvestran@gustlaw.com, spobrien@gustlaw.com
- Eve H. Karasik    ehk@lnbyg.com
- Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Douglas L Lutz    dlutz@fbtlaw.com
- Aaron J Malo    amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- Kelsey L Maxwell    kmaxwell@murchisonlaw.com
- Scott H McNutt    smcnutt@ml-sf.com
- Chelsea Mikula    chelsea.mikula@tuckerellis.com, brian.jackiw@tuckerellis.com
- Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- Roksana D. Moradi-Brovia    Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- Sean P O'Brien    spobrien@gustlaw.com
- Steven P Ordaz    sordaz@bmcgroup.com, tfeil@bmcgroup.com
- Christian Oronsaye    christian.oronsaye@gmail.com
- Agustin R Pina    pina@schinner.com
- Don J Pool    dpool@fennemorelaw.com, mmeister@fennemorelaw.com;clalonde@fennemorelaw.com
- Amelia Puertas-Samara    itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- Ryan M Salzman    ryan.salzman@faegredrinker.com, susan.carlson@faegredrinker.com
- Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Vince Slusher    vince.slusher@faegredrinker.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Adam J Webb    awebb@fbtlaw.com, awebb@ecf.courtdrive.com;jsnider@fbtlaw.com
- Scott L Whitman    slw@mwlegal.com, holly@mwlegal.com
- Steven W Yuen    syuen@heathandyuen.com, wyang@heathandyuen.com
- David B Zolkin    dzolkin@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**: On **March 22, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 22, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 22, 2023** | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **F 9013-3.1.PROOF.SERVICE**