EVE H. KARASIK (State Bar No. 155356)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Email: EHK@LNBYG.COM; JSK@LNBYG.COM

JILLIAN NOLAN SNIDER (Admitted Pro Hac Vice)
A.J. WEBB (Admitted Pro Hac Vice)
FROST BROWN TODD LLP
3300 Great American Tower 301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Email: JSNIDER@FBTLAW.COM; AWEBB@FBTLAW.COM

Counsel for Oxford Restructuring Advisors LLC,
as Liquidating Trustee of the CPES Liquidating Trust

**FILED & ENTERED**

**JUN 11 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CPESAZ LIQUIDATING, INC.,<br><br>Debtor. | Lead Case No. 9:20-bk-10554-DS<br><br>Chapter 11<br><br>Jointly Administered With:<br>Case No. 9:20-bk-10553-DS<br>Case No. 9:20-bk-10994-DS |
| In re:<br><br>NDS LIQUIDATING, INC.,<br><br>Debtor. | |
| In re:<br><br>CPESCA LIQUIDATING, INC.,<br><br>Debtor. | **ORDER GRANTING MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR ENTRY OF ORDER APPROVING SETTLEMENT AND COMPROMISE**<br><br>Hearing:<br>Date: June 6, 2024<br>Time: 11:30 a.m.<br>Place: Courtroom 1639<br>   255 East Temple Street<br>   Los Angeles, California 90012<br>   (via ZoomGov) |
| [•] Affects All Debtors | |

1

The court held a hearing at the above time and place on the "Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of Order Approving Settlement and Compromise Between the Liquidating Trustee, Miguel Paredes, the Former Fiduciaries of the Debtors and the ESOP, and the Arizona Plaintiffs" (the "Motion," Docket No. 1405). Appearances were noted on the record.

Based on the Motion, the arguments and statements made by counsel at the hearing, and the record in this case, and for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that the Motion is granted as follows:

1. The Settlement Agreement is approved in its entirety.[1] The Parties are authorized to enter into the Settlement Agreement.

2. Any stay that may apply to this order is waived.

3. Any Creditors and Interested Parties that did not file or assert and serve a written objection to the Motion are deemed to have waived any objection they have or may have to the Motion, the Settlement Agreement, and the releases contemplated therein.

4. The court retains exclusive jurisdiction to enforce, interpret, and resolve any disputes or controversies arising from this order and the Settlement Agreement.

###

Date: June 11, 2024

Deborah J. Saltzman
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein are used as defined in the Motion.